UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 10-1866 (RJL) |
| | ) |
| POST PROPERTIES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**UNITED STATES' MOTION FOR
SUMMARY JUDGMENT AS TO LIABILITY**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7(h), Plaintiff the United States of America submits this Motion for Summary Judgment as to Liability against Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, L.P. ("Defendants").  Specifically, based on the record adduced in discovery, there exists no genuine issue of material fact that:

1)  Defendants have engaged in a denial of rights to persons with disabilities, raising an issue of general public importance, by designing and constructing multi-family properties in a manner that makes them inaccessible to persons with disabilities, in violation of the Fair Housing Act, 42 U.S.C. §§ 3604(f)(3)(C), 3614(a), and Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12183(a)(1), 12188(b)(1)(B); and,

2)  Defendants have engaged in a pattern or practice of discrimination by designing and constructing multi-family properties in a manner that makes them inaccessible to persons with disabilities, in violation of the Fair Housing Act, 42 U.S.C. §§ 3604(f)(3)(C), 3614(a), and Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12183(a)(1), 12188(b)(1)(B).

- 2 -

In support of this Motion, the United States respectfully directs the Court to the enclosed memorandum of points and authorities and the exhibits attached thereto.

In sum, the United States respectfully requests that the Court grant this Motion, find that there exists no genuine issue as to Defendants' liability based on the above issues, and order the parties to submit proposals for an appropriate remedy to address all 50 properties at issue in this action. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| JOCELYN SAMUELS<br>Acting Assistant Attorney General | RONALD C. MACHEN JR., D.C. Bar #447889<br>United States Attorney |
| /s/ *Beth Pepper*<br>STEVEN H. ROSENBAUM<br>Chief<br>SAMEENA SHINA MAJEED<br>Deputy Chief<br>BETH PEPPER<br>COLLEEN M. MELODY<br>JEFFREY A. KNISHKOWY<br>PAMELA O. BARRON<br>Trial Attorneys<br>United States Department of Justice<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>950 Pennsylvania Ave. NW – G St.<br>Washington, DC  20530<br>(202) 305-0916<br>Beth.Pepper@usdoj.gov<br>*Attorneys for the United States of America* | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:    /s/<br>    BRIAN P. HUDAK<br>    Assistant United States Attorney<br>    555 Fourth Street, NW<br>    Washington, DC 20530<br>    (202) 252-2549 |

Dated: January 14, 2014

## CERTIFICATE OF SERVICE

      I hereby certify that on January 14, 2014, I caused to be served a copy of the foregoing via ECF to the following Counsel for the Defendants:

CHRISTOPHER BRECHT HANBACK
LYNN ESTES CALKINS
RAFE PETERSEN
CHRISTINE WALZ
HOLLAND & KNIGHT, L.L.P.
800 17th Street NW, Suite 1100
Washington, DC  20006
christopher.hanback@hklaw.com
lynn.calkins@hklaw.com
rafe.petersen@hklaw.com
christine.walz@hklaw.com

                                            /s/ Beth Pepper
                                      Beth Pepper
                                      United States Department of Justice