UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>POST PROPERTIES, INC., *et al.*,<br><br>       Defendants. | Civil Action No. 10-1866 (RJL) |

**EXHIBIT LIST
IN SUPPORT OF UNITED STATES' MOTION
FOR SUMMARY JUDGMENT AS TO LIABILITY**

| Exhibit No. | Description of Exhibit |
|---|---|
| 1. | Declaration of Alice Hung (January 14, 2014). |
| 2. | Defendants' Responses and Objections to Plaintiff's Requests for Admission ¶¶ 2-3, 35-37, 56-58, 159-160, 288-289, 360-362, 439-441, 493-495, 512-514, 551-553, 600-602, 612-614, 625-627, 657-659, 735-737, 772-773, 803-805, 831, 857-858, 879-880 (August 1, 2011). |
| 3. | Post Properties, Inc. and Post Apartment Homes, L.P. Annual Report (Form 10-K) ("Annual Report") at 1-3, 21-23, 109-110 (February 27, 2013). |
| 4. | Defendants' Responses and Objections to Plaintiff's Second Set of Interrogatories No. 1 (May 22, 2013). |
| 5. | Agreement and Plan of Merger ("Merger Agreement") between Post and Columbus Realty Trust at 1-9, 58-64 (October 24, 1997). |
| 6. | Mark Wales Expert Report ¶¶ 10, 39, and Attachment A to Exhibit B, MW-D-5597-98 (August 1, 2013). |
| 7. | Alison Vredenburgh Expert Report at 1-2 (July 31, 2013). |
| 8. | Excerpts from Deposition Transcript of Post's Executive Vice President, Sherry Cohen, at 1-3, 11, 73, 102 (July 18, 2013). |

1

9. Excerpts from Deposition Transcript of Mark Wales at 1-3, 39-40, 62-65, 68-69, 73-75, 78-79, 131-138, 192-198, 233-243, 269 (October 10, 2013).

10. Excerpts from Deposition Transcript of Alison Vredenburgh at 1-3, 12-13, 19-21, 62-63, 66-76, 79-81, 151-158, 162-64 (October 15, 2013).

11. Excerpts from Deposition Transcript of Paul Sheriff at 1-3,15-19, 22, 27, 30-33, 36, 42, 43-44, 65-66, 68, 70, 74, 85-87, 104-105, 108-109,240 (October 17, 2013).

12. Excerpts from Deposition Transcript of Post's Vice President of Design, William Cartwright, at 1-3,180-184, 265 (October 29, 2013).

13. Fair Housing Accessibility Guidelines, 56 Fed. Reg. 9499-9515 (Mar. 6, 1991), incorporated by reference at 24 C.F.R. § 100.205(e).

14. *United States v. Richard & Milton Grant Co.*, No. 01-2069 D/A, slip opinion (W.D. Tenn. Apr. 27, 2004).

15. American National Standard, ANSI A117.1-1986.

16. Excerpts from Deposition Transcript of Paul Sheriff in *United States v. JPI Construction, LP*, Civil Action No. 3:09-cv-0412B at 1-3, 120 (N.D. Tex. Jan. 20, 2011).

17. Excerpts from Deposition Transcript of Mark Wales in *United States v. Edward Rose & Sons*, No. 02-CV-73518 at 1-3,154, 287, 544 (E.D. Mich. Oct. 5, 2004).

18. Excerpts from Deposition Transcript of Mark Wales *in United States v. Shanrie Co.*, No. 05-CV-306-DRH at 1-3, 174-177 (S.D. Ill. Mar. 10, 2006).

19. ADA Accessibility Guidelines for Buildings and Facilities ("ADAAG Standards"), 28 C.F.R. §§ 36.401, 36.406(a)(1), Pt. 36, App. D.

20. United States' Second Supplemental Objections and Responses to Defendants' Second Set of Interrogatory Requests to Plaintiff No. 10 (November 1, 2013).

21. Defendants' Responses and Objections to Plaintiff's Third Set of Requests for Admission ¶¶ 186-188 (October 31, 2013).

22. Defendants' Responses and Objections to Plaintiff's Fourth Set of Requests for Admission ¶¶ 610-612, 669-670 (November 1, 2013).

23. CD Produced by Defendants with Field Notes of Mark Wales with Bates-Stamp Numbers, MW-D-1 through MW-D-5568.

24. CD Produced by Defendants with Field Notes of Alison Vredenburgh with Bates-Stamp Numbers AV-D-1 through AV-D-920 and AV-D-932 through AVD-3129.

25. Construction/Permit Drawings for Post Midtown Square, Building A (RTKL) POST DOJ ATL0010799-802; Building B (RTKL) DOJ ATL0010825-28; Building C (RTKL) POST DOJ ATL0010836-839 (December 17, 1997).

26. Mark Wales Field Notes for Post Midtown Square, MW-D-2535-2536, MW-D-2553-2555, 2558.

27. Construction Drawings for Post Midtown Square, Building D-2 (RTKL), POST DOJ ATL 0011199-200 (January 21, 2000).

28. Mark Wales Field Notes for Post Park at Phillips Place, MW-D-2158, 2169, 2171, 2175, 2177, 2179- 2180, 2182-83, 2185, 2188, 2190, 2192, 2194, 2197, 2199, 2201.

29. Mark Wales Field Notes for Post Rocky Point, MW-D-2742-2744, 2781, 2783-4, 2868-69.

30. Mark Wales Field Notes for Post Uptown Village, MW-D-1772, 1780-2, 1784-86, 1793-94, 1807, 1809.

31. Construction Drawings for Post Uptown Village, Building A/B (RTKL) POST DOJ ATL0007517 (March 24, 1999).

32. Construction Drawings for Post Vintage (KSNG Architects) POST 177194-5 (November 1, 1992).

33. Mark Wales Field Notes for Post Vintage, MW-D-2625-26.

34. Mark Wales Field Notes for Post Luminaria, MW-D 2352.

| | |
|---|---|
| 35. | Alison Vredenburgh Field Notes for Post Massachusetts, AV-D-707. |
| 36. | Mark Wales Field Notes for Post Vineyard, MW-D-1744, 1748. |
| 37. | Paul Sheriff Expert Report ¶ 5 (July 31, 2013). |