# United States' Exhibit 1

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>POST PROPERTIES, INC., *et al.*,<br><br>　　　　Defendants. | Civil Action No. 10-1866 (RJL) |

### DECLARATION OF ALICE HUNG

My name is Alice Hung. I am over eighteen years of age and am competent to testify to the matters stated herein, which are based on my personal knowledge and belief.

1. I am a paralegal in the Housing and Civil Enforcement Section of the Civil Rights Division of the United States Department of Justice. My office address is 1800 G Street NW, Suite 7019, Washington, D.C. 20006.

2. I work under the supervision of the United States' trial lawyers of record in the above-captioned action.

3. In the course of my duties as a paralegal I prepared Appendix A, which is attached to the United States' Motion for Summary Judgment as to Liability ("Motion").

4. Appendix A to the Motion is a summary in chart form of information contained in voluminous documents that the Defendants produced to the United States in the course of this action. Appendix A also summarizes documents that the Defendants filed with the Court and documents that the Defendants have made available through the Post Properties public website at http://www.postproperties.com/ (last visited Jan. 6, 2014).

5. Appendix A, under the heading "Property Name and Address," includes

1

information regarding the addresses of 20 Post properties. The addresses are taken from the Post Properties public website.

6. Appendix A, under the heading "Number of Units and Source," includes the total number of units at each of 20 Post properties. With the exception of Post Uptown Village, this information is taken from Defendants' Responses and Objections to Plaintiff's Requests for Admission (August 1, 2011), attached as Exhibit 2 to the Motion. The information for Post Uptown Village is taken from the annual SEC report, Form 10-K, filed by the Defendants, Post Properties, Inc. and Post Apartment Homes, L.P. (February 27, 2013) (hereinafter "Annual Report"). A copy of the Annual Report is attached as Exhibit 3 to the Motion.

7. Appendix A, under the heading, "All Units Served by Elevator and Source" includes information regarding whether all the units at each property are served by an elevator. This information is taken from Defendants' Answer filed in this case. Answer ¶ 5.

8. Appendix A, under the heading "Date of First Occupancy After March 13, 1991, and Source" includes information about whether the date of first occupancy of a property occurred after March 13, 1991. This information is taken from Defendants' Responses and Objections to Plaintiff's Requests for Admission (August 1, 2011), attached as Exhibit 2 to the Motion.

9. Appendix A, under the heading "Designed/Constructed or Merger Agreement and Source," includes information about whether Defendants participated in the design and/or construction of each of the 20 properties. This information is taken from Defendants' Responses and Objections to Plaintiff's Requests for Admission (August 1, 2011), attached as Exhibit 2 to the Motion. In addition, under the same heading, there is information about whether Defendants acquired certain properties pursuant to a merger agreement with Columbus Realty Trust on

October 24, 1997. This information is taken from Defendants' Responses and Objections to Plaintiff's Second Set of Interrogatories (May 22, 2013), attached to the Motion as Exhibit 4.

10. Appendix B consists of six charts prepared by our office. The charts are a compilation and summary of information produced by Defendants' experts Mark Wales and Alison Vredenburgh as described below.

11. The chart identified as "Appendix B: Requirement 2, Public and Common Use Areas," found on pages B1-B5, contains seven columns labeled as follows:

- Column 1- "Line #"
- Column 2- "Feature"
- Column 3- "Property"
- Column 4- "Location"
- Column 5- "Guidelines and ANSI 117.1-1986 Standard (for reference)"
- Column 6- "Post Measurement"
- Column 7- "Bates #"

The first column containing the line number is used as a reference number to identify the information in a particular row. The remaining columns, with the exception of the column labeled "Guidelines and ANSI 117.1-1986 Standard (for reference)," contain information exclusively taken from the field notes of Mark Wales and Alison Vredenburgh, which the Defendants produced in the course of discovery. Mark Wales' field notes were produced by the Defendants to the United States with the bates-stamp numbers MW-D-1 through MW-D-5568, and Alison Vredenburgh's field notes were produced with the bates-stamp numbers, AV-D-1 through AV-D-920 and AV-D-932 through AV-D-2328. The column labeled "Bates #" identifies the particular field note from which the measurement is taken.

12. The information in the column labeled "Guidelines and ANSI 117.1-1986 Standard (for reference)" of the above-referenced chart is not derived from factual information produced by Defendants.

13. The remaining charts in Appendix B follow the same format. The remaining charts are:

- Appendix B: Requirement 3, Usable Doors at B6-B8;
- Appendix B: Requirement 4, Changes in Level at B9-B11;
- Appendix B: Requirement 5, Accessible Light Switches, Electrical Outlets, and Environmental Controls at B12-B17;
- Appendix B: Requirement 7, Kitchen and Bathroom Maneuvering Space at B18-B26;
- Appendix B: ADA at B27-B32.

14. Each of the above charts contains information taken exclusively from the field notes of Mark Wales and Alison Vredenburgh, with the exception of one column in each chart that references the standard under the Guidelines or the ADAAG that applies to a particular feature. That information was not derived from the factual information produced by Defendants.

**I, ALICE HUNG, HERBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT BASED ON MY PERSONAL KNOWLEDGE AND BELIEF.**

Dated: January 14, 2014

_____
Alice Hung