# United States' Exhibit 3

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)

3

10-K 1 d462872d10k.htm 10-K

Table of Contents

Index to Financial Statements

---

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549
Form 10-K

[X] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For fiscal year ended December 31, 2012

OR

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the transition period from _____ to _____

Commission file number 1-12080
Commission file number 0-28226

# POST PROPERTIES, INC.
# POST APARTMENT HOMES, L.P.

(Exact name of registrants as specified in their charters)

| | |
|---|---|
| Georgia | 58-1550675 |
| Georgia | 58-2053632 |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

4401 Northside Parkway, Suite 800, Atlanta, Georgia 30327
(Address of principal executive office – zip code)

(404) 846-5000
(Registrant's telephone number, including area code)

Securities registered pursuant to section 12(b) of the Act:

| Title of each class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, $.01 par value | New York Stock Exchange |
| 8 ½% Series A Cumulative Redeemable Preferred Shares, $.01 par value | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

| Title of each class | Name of Each Exchange on Which Registered |
|---|---|
| None | None |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
Post Properties, Inc.    Yes [X]   No [ ]         Post Apartment Homes, L.P.    Yes [X]   No [ ]

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
Post Properties, Inc.    Yes [ ]   No [X]         Post Apartment Homes, L.P.    Yes [ ]   No [X]

Indicate by check mark whether the Registrants (1) have filed all reports required to be filed by section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrants were required to file such reports), and (2) have been subject to such filing requirements for the past 90 days.
Post Properties, Inc.    Yes [X]   No [ ]         Post Apartment Homes, L.P.    Yes [X]   No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).
Post Properties, Inc.    Yes [X]   No [ ]         Post Apartment Homes, L.P.    Yes [X]   No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [X]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See definition of accelerated filer, large accelerated filer and smaller reporting company in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Post Properties, Inc. | Large Accelerated Filer [X] | Accelerated Filer [ ] | |
| | Non-Accelerated Filer [ ] | (Do not check if a smaller reporting company) | Smaller Reporting Company [ ] |
| Post Apartment Homes, L.P. | Large Accelerated Filer [ ] | Accelerated Filer [ ] | |
| | Non-Accelerated Filer [X] | (Do not check if a smaller reporting company) | Smaller Reporting Company [ ] |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Post Properties, Inc.    Yes [ ]   No [X]         Post Apartment Homes, L.P.    Yes [ ]   No [X]

The aggregate market value of the shares of common stock held by non-affiliates (based upon the closing sale price on the New York Stock Exchange) on June 30, 2012 was approximately $2,598,025,607. As of February 15, 2013, there were 54,566,350 shares of common stock, $.01 par value, outstanding.

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of Parts II and III of this report are incorporated by reference from the Post Properties, Inc.'s 2013 Proxy Statement in connection with its Annual Meeting of Shareholders.

---

Exhibit No. _Cohen 3_
Date: _7/18/13_
Reporter: David A. Kasdan
RDR-CRR

Table of Contents

Index to Financial Statements

## EXPLANATORY NOTE

This report combines the annual reports on Form 10-K for the year ended December 31, 2012, of Post Properties, Inc. and Post Apartment Homes, L.P. Unless stated otherwise or the context otherwise requires, references to "Post Properties" or the "Company" mean Post Properties, Inc. and its controlled and consolidated subsidiaries. References to "Post Apartment Homes" or the "Operating Partnership" mean Post Apartment Homes, L.P. and its controlled and consolidated subsidiaries. The terms "the Company," "we," "our" and "us" refer to the Company or the Company and the Operating Partnership collectively, as the text requires.

The Company is a real estate investment trust ("REIT") and the general partner of the Operating Partnership. As of December 31, 2012, the Company owned an approximate 99.7% interest in the Operating Partnership. The remaining 0.3% interests are owned by persons other than the Company.

Management believes that combining the two annual reports on Form 10-K for the Company and the Operating Partnership provides the following benefits:

- Combined reports better reflect how management and the analyst community view the business as a single operating unit;
- Combined reports enhance investors' understanding of the Company and the Operating Partnership by enabling them to view the business and its results as a whole and in the same manner as management;
- Combined reports are more efficiently prepared by the Company and the Operating Partnership and result in time and cost efficiencies; and
- Combined reports are more efficiently reviewed by investors and analysts by reducing the amount of duplicate disclosures.

Management operates the Company and the Operating Partnership as one business. The management of the Company is comprised of the same members as the management of the general partner of the Operating Partnership. These individuals are officers of the Company and employees of the Operating Partnership.

The Company believes it is important to understand the few differences between the Company and the Operating Partnership in the context of how these two entities operate as a consolidated company. The Company is a REIT, and its only material asset is its ownership of entities that, in turn, own the partnership interests of the Operating Partnership. As a result, the Company does not conduct business itself, other than owning 100% of the entity that acts as the sole general partner of the Operating Partnership, issuing public equity from time to time and guaranteeing certain debt of the Operating Partnership. The Operating Partnership holds all of the assets and indebtedness of the Company and retains the ownership interests in the Company's joint ventures. Except for net proceeds from public equity issuances by the Company, which are contributed to the Operating Partnership in exchange for partnership units, the Operating Partnership generates all remaining capital required by the Company's business. These sources include the Operating Partnership's operations and its direct or indirect incurrence of indebtedness.

There are a few differences in the disclosures for the Company and the Operating Partnership which are reflected and presented as such in the consolidated footnotes to the financial statements to this Form 10-K. Noncontrolling interests and the presentation of equity are the main areas of difference between the consolidated financial statements of the Company and the Operating Partnership. The Company's consolidated statement of operations reflects a reduction to income for the noncontrolling interests held by the Operating Partnership's unitholders other than the Company (0.3% at December 31, 2012). This annual report on Form 10-K presents the following separate financial information for both the Company and the Operating Partnership:

- Consolidated financial statements;
- The following information in the notes to the consolidated financial statements:
  - Computation of earnings (loss) per share for the Company
  - Computation of earnings (loss) per unit for the Operating Partnership
  - Quarterly financial information (unaudited) for the Company
  - Quarterly financial information (unaudited) for the Operating Partnership

POST_D0000650

Table of Contents

Index to Financial Statements

## TABLE OF CONTENTS

| Item No. | FINANCIAL INFORMATION | Page No. |
|---|---|---|
| | **PART I** | |
| 1. | Business | 1 |
| 1A. | Risk Factors | 7 |
| 1B. | Unresolved Staff Comments | 18 |
| 2. | Properties | 18 |
| 3. | Legal Proceedings | 21 |
| 4. | Mine Safety Disclosures | 21 |
| X. | Executive Officers of the Registrant | 22 |
| | **PART II** | |
| 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 23 |
| 6. | Selected Financial Data | 25 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 27 |
| 7A. | Quantitative and Qualitative Disclosures about Market Risk | 55 |
| 8. | Financial Statements and Supplementary Data | 56 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 56 |
| 9A. | Controls and Procedures | 56 |
| 9B. | Other Information | 56 |
| | **PART III** | |
| 10. | Directors, Executive Officers and Corporate Governance | 57 |
| 11. | Executive Compensation | 57 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 57 |
| 13. | Certain Relationships and Related Transactions, and Director Independence | 57 |
| 14. | Principal Accountant Fees and Services | 57 |
| | **PART IV** | |
| 15. | Exhibits and Financial Statement Schedules | 58 |

Table of Contents

Index to Financial Statements

regulations. Privacy and information security laws continue to evolve and may be inconsistent from one jurisdiction to another. Compliance with all such laws and regulations may increase the Company's operating costs and adversely impact the Company's ability to market the Company's properties and services.

The Company devotes significant resources to network security to protect the Company's systems and data. The Company's security measures include user names and passwords to access Company information technology systems. The Company also uses encryption and authentication technologies to secure the transmission and storage of data. These security measures, however, cannot provide absolute security. They may be compromised as a result of third-party security breaches, employee error, malfeasance, faulty password management, or other irregularity, and result in persons obtaining unauthorized access to company data or accounts. As cyber threats continue to evolve, the Company may be required to expend additional resources to continue to enhance the Company's information security measures and/or to investigate and remediate any information security vulnerabilities. Regardless, the Company may experience a breach of the Company's systems and may be unable to protect sensitive data. Moreover, if a computer security breach affects the company's systems or results in the unauthorized release of personal identifying information, the Company's reputation and brand could be materially damaged and materially adversely affect the Company's business. The Company also may be exposed to a risk of loss or litigation and possible liability, which could result in a material adverse effect on the Company's business, results of operations and financial condition.

### ITEM 1B.    UNRESOLVED STAFF COMMENTS

None.

### ITEM 2.    PROPERTIES

At December 31, 2012, the Company owned 57 Post® multi-family apartment communities, including three communities in lease-up and four communities held in unconsolidated entities. These communities are summarized below by metropolitan area.

| Metropolitan Area | Communities | # of Units | % of Total |
|---|---|---|---|
| Atlanta, GA | 16 | 6,609 | 31.5% |
| Dallas, TX | 15 | 4,725 | 22.6% |
| Greater Washington, D.C. | 7 | 2,914 | 13.9% |
| Tampa, FL | 4 | 2,111 | 10.1% |
| Charlotte, NC | 5 | 1,748 | 8.3% |
| Houston, TX | 2 | 961 | 4.6% |
| Austin, TX | 4 | 935 | 4.5% |
| Orlando, FL | 2 | 598 | 2.9% |
| New York, NY | 2 | 337 | 1.6% |
|  | 57 | 20,938 | 100.0% |

Thirty-seven of the communities have in excess of 300 apartment units, with the largest community having a total of 1,334 apartment units. The average age of the communities is approximately 13.1 years. The average economic occupancy rate was 96.0% and 95.6% for 2012 and 2011, respectively, and the average monthly rental rate per apartment unit was $1,353 and $1,274, respectively, for the 50 communities stabilized for 2012 and 2011. See "Selected Financial Information."

At December 31, 2012, the Company had 2,046 apartment units in seven communities currently under development or in lease-up. Three communities in lease-up totaling 766 apartment units are included in the table above and the community information on pages 19 and 20.

At December 31, 2012, the Company, through a taxable REIT subsidiary, was selling condominium homes in two ground-up luxury condominium projects and had 66 units under contract and available for sale. There can be no assurances that units under contract will actually close.

Post Properties, Inc.    18
Post Apartment Homes, L.P.

Table of Contents

Index to Financial Statements

## COMMUNITY INFORMATION

| Market / Submarket / Community | Year Completed/Year of Substantial Renovations | No. of Units | December 2012 Average Rental Rates Per Unit | 2012 Average Economic Occ. (1) |
|---|---|---|---|---|
| **Atlanta** | | | | |
| *Buckhead / Brookhaven* | | | | |
| Post Alexander™ | 2008 | 307 | $ 1,656 | 95.8% |
| Post Brookhaven® | 1990-1992 (3) | 735 | 1,058 | 96.8% |
| Post Chastain® | 1990/2008 | 558 | 1,172 | 97.2% |
| Post Collier Hills® (2) | 1997 | 396 | 1,063 | 96.5% |
| Post Gardens® | 1998 | 397 | 1,238 | 96.5% |
| Post Glen® | 1997 | 314 | 1,242 | 97.0% |
| Post Lindbergh® (2) | 1998 | 396 | 1,114 | 97.1% |
| Post Peachtree Hills® | 1992-1994/2009 (3) | 300 | 1,331 | 95.8% |
| Post Stratford™ (4) | 2000 | 250 | 1,287 | 96.7% |
| *Dunwoody* | | | | |
| Post Crossing® | 1995 | 354 | 1,128 | 97.3% |
| *Emory Area* | | | | |
| Post Briarcliff™ | 1999 | 688 | 1,199 | 96.5% |
| *Midtown* | | | | |
| Post Parkside™ | 2000 | 188 | 1,459 | 96.4% |
| Post Renaissance® | 1992-1994(3) | 342 | 1,073 | 96.3% |
| *Northwest Atlanta* | | | | |
| Post Crest® (2) | 1996 | 410 | 1,048 | 96.7% |
| Post Riverside® | 1998 | 522 | 1,495 | 96.4% |
| Post Spring™ | 2000 | 452 | 1,033 | 96.1% |
| Subtotal/Average – Atlanta | | 6,609 | 1,202 | 96.6% |
| **Dallas** | | | | |
| *North Dallas* | | | | |
| Post Addison Circle™ | 1998-2000(3) | 1,334 | 1,060 | 95.0% |
| Post Eastside™ | 2008 | 435 | 1,145 | 94.5% |
| Post Legacy | 2000 | 384 | 1,033 | 95.8% |
| Post Sierra at Frisco Bridges™ | 2009 | 268 | 1,101 | 94.6% |
| *Uptown Dallas* | | | | |
| Post Abbey™ | 1996 | 34 | 1,897 | 98.3% |
| Post Cole's Corner™ | 1998 | 186 | 1,166 | 96.9% |
| Post Gallery™ | 1999 | 34 | 2,782 | 97.3% |
| Post Heights™ | 1998-1999/2009(3) | 368 | 1,324 | 95.4% |
| Post Katy Trail™ | 2010 | 227 | 1,619 | 96.1% |
| Post Meridian™ | 1991 | 133 | 1,313 | 95.8% |
| Post Square™ | 1996 | 216 | 1,280 | 96.5% |
| Post Uptown Village™ | 1995-2000(3) | 496 | 1,101 | 96.9% |
| Post Vineyard™ | 1996 | 116 | 1,153 | 96.5% |
| Post Vintage™ | 1993 | 160 | 1,187 | 96.9% |
| Post Worthington™ | 1993/2008 | 334 | 1,430 | 94.7% |
| Subtotal/Average – Dallas | | 4,725 | 1,192 | 95.6% |
| **Austin** | | | | |
| Post Barton Creek™ | 1998 | 160 | 1,667 | 96.7% |
| Post Park Mesa™ | 1992 | 148 | 1,399 | 97.1% |
| Post South Lamar™ (5) | 2012 | 298 | 1,597 | N/A |
| Post West Austin™ | 2009 | 329 | 1,415 | 95.3% |
| Subtotal/Average – Austin (5) | | 935 | 1,475 | 96.1% |

Post Properties, Inc.
Post Apartment Homes, L.P.

19

POST_D0000670

Table of Contents

Index to Financial Statements

COMMUNITY INFORMATION

| Market / Submarket / Community | Year Completed/Year of Substantial Renovations | No. of Units | December 2012 Average Rental Rates Per Unit | 2012 Average Economic Occ. (1) |
|---|---|---|---|---|
| Houston | | | | |
| Post Midtown Square® | 1999 | 529 | $ 1,300 | 97.0% |
| Post Midtown Square® – Phase III (5) | 2012 | 124 | 1,787 | N/A |
| Post Rice Lofts™ (4) | 1998 | 308 | 1,503 | 95.3% |
| Subtotal/Average – Houston (5) | | 961 | 1,375 | 96.3% |
| Tampa | | | | |
| Post Bay at Rocky Point™ | 1997 | 150 | 1,395 | 97.1% |
| Post Harbour Place™ | 1999-2002 (3) | 578 | 1,479 | 97.9% |
| Post Hyde Park® | 1996-2008 | 467 | 1,435 | 97.4% |
| Post Rocky Point® | 1996-1998 (3) | 916 | 1,248 | 95.0% |
| Subtotal/Average – Tampa | | 2,111 | 1,363 | 96.6% |
| Orlando | | | | |
| Post Lake® at Baldwin Park | 2004-2007 (3) | 350 | 1,536 | 97.0% |
| Post Parkside™ | 1999 | 248 | 1,456 | 98.1% |
| Subtotal/Average – Orlando | | 598 | 1,503 | 97.4% |
| Charlotte | | | | |
| Post Ballantyne | 2004 | 323 | 1,141 | 95.1% |
| Post Gateway Place™ | 2000 | 436 | 1,089 | 95.6% |
| Post Park at Phillips Place® | 1998 | 402 | 1,342 | 96.4% |
| Post South End™ | 2009 | 360 | 1,349 | 95.8% |
| Post Uptown Place™ | 2000 | 227 | 1,131 | 97.2% |
| Subtotal/Average – Charlotte | | 1,748 | 1,215 | 96.0% |
| Washington D.C. | | | | |
| *Maryland* | | | | |
| Post Fallsgrove | 2003 | 361 | 1,743 | 96.3% |
| Post Park® | 2010 | 396 | 1,613 | 95.2% |
| *Virginia* | | | | |
| Post Carlyle Square™ | 2006 | 205 | 2,414 | 96.7% |
| Post Carlyle Square™ – Phase II (5) | 2012 | 344 | 2,528 | N/A |
| Post Corners at Trinity Centre | 1996 | 336 | 1,604 | 96.2% |
| Post Pentagon Row™ | 2001 | 504 | 2,339 | 94.5% |
| Post Tysons Corner™ | 1990 | 499 | 1,743 | 93.5% |
| *Washington D.C.* | | | | |
| Post Massachusetts Avenue™ (2) | 2002 | 269 | 3,135 | 96.0% |
| Subtotal/Average – Washington, D.C. (5) | | 2,914 | 2,021 | 95.3% |
| New York City | | | | |
| Post Luminaria™ | 2002 | 138 | 3,829 | 97.0% |
| Post Toscana™ | 2003 | 199 | 3,888 | 94.7% |
| Subtotal/Average – New York City | | 337 | 3,864 | 95.7% |
| Total | | 20,938 | $ 1,391 | 96.0% |

(1) Average economic occupancy is defined as gross potential rent less vacancy losses, model expenses and bad debt divided by gross potential rent for the period, expressed as a percentage.
(2) These communities are owned in unconsolidated entities.
(3) These dates represent the respective completion dates for multiple phases of a community.
(4) The Company has a leasehold interest in the land underlying these communities.
(5) These communities, or portions thereof, are in lease-up, therefore the average economic occupancy information is not included above. As such, the respective market average economic occupancy and market average rental rate totals exclude these communities.

Post Properties, Inc.
Post Apartment Homes, L.P.
20

POST_D0000671

Table of Contents

Index to Financial Statements

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

POST PROPERTIES, INC.
(Registrant)

February 27, 2013

By  /s/ David P. Stockert
David P. Stockert, President and Chief Executive Officer
(Principal Executive Officer)

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated:

| Signature | Title | Date |
|---|---|---|
| /s/ Robert C. Goddard, III<br>Robert C. Goddard, III | Chairman of the Board and Director | February 27, 2013 |
| /s/ David P. Stockert<br>David P. Stockert | President, Chief Executive Officer and Director (Principal Executive Officer) | February 27, 2013 |
| /s/ Christopher J. Papa<br>Christopher J. Papa | Executive Vice President and Chief Financial Officer (Principal Financial Officer) | February 27, 2013 |
| /s/ Arthur J. Quirk<br>Arthur J. Quirk | Senior Vice President and Chief Accounting Officer (Principal Accounting Officer) | February 27, 2013 |
| /s/ Herschel M. Bloom<br>Herschel M. Bloom | Director | February 27, 2013 |
| /s/ Walter M. Deriso, Jr.<br>Walter M. Deriso, Jr. | Director | February 27, 2013 |
| /s/ Russell R. French<br>Russell R. French | Director | February 27, 2013 |
| /s/ Dale A. Reiss<br>Dale A. Reiss | Director | February 27, 2013 |
| /s/ Stella F. Thayer<br>Stella F. Thayer | Director | February 27, 2013 |
| /s/ Ronald de Waal<br>Ronald de Waal | Director | February 27, 2013 |
| /s/ Donald C. Wood<br>Donald C. Wood | Director | February 27, 2013 |

Table of Contents

Index to Financial Statements

SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

|  |  |
|---|---|
|  | POST APARTMENT HOMES, L.P.<br>(Registrant)<br>By: Post G.P. Holdings, Inc., as General Partner |
| February 27, 2013 | By /s/ David P. Stockert<br>David P. Stockert, President and Chief Executive Officer<br>(Principal Executive Officer) |

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated:

| Signature | Title | Date |
|---|---|---|
| /s/ Robert C. Goddard, III<br>Robert C. Goddard, III | Chairman of the Board and Director | February 27, 2013 |
| /s/ David P. Stockert<br>David P. Stockert | President, Chief Executive Officer and Director<br>(Principal Executive Officer) | February 27, 2013 |
| /s/ Christopher J. Papa<br>Christopher J. Papa | Executive Vice President and Chief Financial Officer<br>(Principal Financial Officer) | February 27, 2013 |
| /s/ Arthur J. Quirk<br>Arthur J. Quirk | Senior Vice President and Chief Accounting Officer<br>(Principal Accounting Officer) | February 27, 2013 |
| /s/ Herschel M. Bloom<br>Herschel M. Bloom | Director | February 27, 2013 |
| /s/ Walter M. Deriso, Jr.<br>Walter M. Deriso, Jr. | Director | February 27, 2013 |
| /s/ Russell R. French<br>Russell R. French | Director | February 27, 2013 |
| /s/ Dale A. Reiss<br>Dale A. Reiss | Director | February 27, 2013 |
| /s/ Stella F. Thayer<br>Stella F. Thayer | Director | February 27, 2013 |
| /s/ Ronald de Waal<br>Ronald de Waal | Director | February 27, 2013 |
| /s/ Donald C. Wood<br>Donald C. Wood | Director | February 27, 2013 |

Post Properties, Inc.
Post Apartment Homes, L.P.                                                                                                            106

POST_D0000758