# United States' Exhibit 6

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)

# WALES ASSOCIATES, LLC
**Mark W. Wales,** Associate AIA

*CODES   ~   STANDARDS  ~   ACCESSIBILITY*

*1020 Bourque Road   •   Duson, Louisiana 70529   •   Phone: 337.406.9600*

## Report of Expert Mark Wales
## United States v. Post Properties et al.

Case No. 1:10-CV-01866-RJL

August 1, 2013

Respectfully submitted,

*[signature]*

Mark W. Wales
Wales Associates, LLC

are usable and accessible by persons with disabilities. For that phase of this litigation, in 2007 and 2008, I inspected 46 properties and submitted a written report and a rebuttal to ERC's experts.

10. For this phase of this litigation, in 2013, I re-inspected the following 11 properties that were inspected by the experts for the United States: (1) Post Alexander;(2) Post Collier Hills; (3); Post Glen; (4) Post Parkside (Atlanta); (5) Post Riverside; (6); Post Spring; (7) Post Stratford; (8) Post Parkside (Orlando); (9) Post Massachusetts Avenue; (10) Post Pentagon Row; and (11) Post Luminaria.

11. My written reports from the ERC inspections are attached as Exhibits B and C hereto. Exhibits B and C are true and accurate copies of reports I authored, and I fully adopt the statements contained in Exhibits B and C as if they were set forth herein.

C. Methodology

12. My assessment of the Subject Properties is modeled off the Fair Housing Act, which has the following requirements: the public use and common use portions of such dwellings are readily accessible to and usable by handicapped persons; all the doors designed to allow passage into and within all premises within such dwellings are sufficiently wide to allow passage by handicapped persons in wheelchairs; and all premises within such dwellings contain the following features of adaptive design: (1) an accessible route into and through the dwelling; (2) light switches, electrical outlets, thermostats, and other environmental controls in accessible locations; (3) reinforcements in bathroom walls to allow later installation of grab bars; and (4) usable kitchens and bathrooms such that an individual in a wheelchair can maneuver about the space.

accessibility. Unquestionably, a design professional working on a project in the early 1990s had fewer tools at its disposal and a different perspective on compliance than an architect designing a project today. It is disingenuous to use the safe harbors as enforcement tools given HUD's prior proclamations on their purpose and industry's understandable response.

38. In sum, the 46 Subject Properties that I inspected were among some of the most accessible properties I have seen and the on-going modifications and accessibility enhancements made by Post in response to resident's requests and on-going evaluations of the properties are exactly how these issues were intended to be addressed under the Fair Housing Act. Additionally, Post routinely does more than the Fair Housing Act requires when it pays for items that would typically be considered "reasonable modifications," which, under the statute, are to made at a resident's expense. Post also does an excellent job at accommodating specific resident requests for changes in their practices and policies (*e.g.* providing reserved parking spots in convenient locations).

E. **Other information**

39. The facts and data I considered are set forth in Exhibits A, B, C, and D, in the work papers from the ERC action that are being reproduced here and which have been marked as MW-D- MW-D-1144 through MW-D- 3672, and MW-D-5581 through 5683, in the work papers from my re-inspections in this matter, which have been marked as MW-D-1 through MW-D-1143 and MW-D-5569 through MW-D-5580. Additional materials that I considered are set forth in Exhibit E. For my work in this matter, I am being compensated at the rate of $200.00 per hour.

14

## ATTACHMENT A

The properties visited by Wales and the dates inspected are as follows:

| Property Name | Location | Dates Inspected |
| --- | --- | --- |
| Briarcliff | Atlanta, GA | 10/8/2007 - 10/9/2007 and 2/10/2008 |
| Carlyle Square | Alexandria, VA | 10/15/2007 - 10/16/2007 |
| Pentagon Row | Arlington, VA | 10/17/2007 - 10/18/2007 |
| Mass Ave | Washington, DC | 10/19/2007 |
| Park at Phillips Place | Charlotte, NC | 1/21/2008 - 1/25/2008 |
| Ballantyne | Charlotte, NC | 1/25/2008 |
| Oglethorpe | Atlanta, GA | 2/6/2008 - 2/7/2008 |
| Peachtree Hills | Atlanta, GA | 2/7/2008 - 2/8/2008 |
| Biltmore | Atlanta, GA | 2/8/2008 - 2/11/2008 |
| Rocky Point | Tampa, FL | 2/18/2008 - 2/21/2008 |
| Addison Circle | Dallas, TX | 3/3/2008 - 3/7/2008 |
| Midtown Square | Houston, TX | 3/31/2008 |
| Rise Condos | Houston, TX | 3/31/2008 |
| Abbey | Dallas, TX | 4/1/2008 - 4/2/2008 |
| Gallery | Dallas, TX | 4/1/2008 - 4/3/2008 |
| Heights | Dallas, TX | 4/1/2008 - 4/4/2008 |
| Coles Corner | Dallas, TX | 4/3/2008 - 4/4/2008 |
| Glen | Atlanta, GA | 4/9/2008 |
| Lenox Park | Atlanta, GA | 4/10/2008 |
| Gardens | Atlanta, GA | 4/10/2008 - 4/11/2008 |
| Brookhaven | Atlanta, GA | 4/14/2008 - 4/16/2008 |
| Renaissance | Atlanta, GA | 4/15/2008 - 4/16/2008 |
| Parkside | Atlanta, GA | 4/15/2008 - 4/17/2008 |
| Riverside | Atlanta, GA | 4/17/2008 - 4/18/2008 and 4/28/2008 - 5/1/2008 |
| Dunwoody | Atlanta, GA | 4/21/2008 |
| Crossing | Atlanta, GA | 4/22/2008 |
| Ridge | Atlanta, GA | 4/23/2008 |
| Stratford | Atlanta, GA | 4/23/2008 - |

MW-D-5597

| Property | Location | Dates |
|---|---|---|
| Crest | Atlanta, GA | 4/24/2008 4/28/2008 - 4/29/2008 |
| Spring | Atlanta, GA | 4/29/2008 - 4/30/2008 |
| Lindbergh | Atlanta, GA | 4/30/2008 |
| Collier Hills | Atlanta, GA | 4/30/2008 - 5/1/2008 |
| Alexander | Atlanta, GA | 5/2/2008 |
| Legacy | Dallas, TX | 5/5/2008 |
| Mercer Square Condos | Dallas, TX | 5/6/2008 |
| Worthington Square | Dallas, TX | 5/6/2008 5/7/2008 - 5/8/2008 |
| Vineyard | Dallas, TX | 5/7/2008 - 5/8/2008 |
| Vintage | Dallas, TX | 5/7/2008 - 5/8/2008 |
| Uptown Village | Dallas, TX | 5/7/2008 - 5/9/2008 |
| Hyde Park | Tampa, FL | 5/12/2008 - 5/13/2008 |
| Harbour Place | Tampa, FL | 5/13/2008 - 5/14/2008 |
| Parkside | Orlando, FL | 5/15/2008 |
| Luminaria | New York, NY | 5/19/2008 |
| Toscana | New York, NY | 5/19/2008 |
| Corners (Trinity) | Centreville, VA | 5/20/2008 - 5/21/2008 |

15

MW-D-5598