# United States' Exhibit 7

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)



# Vredenburgh & Associates, Inc.
## Human Factors, Ergonomics, Safety and Organizational Consulting

*Mailing Address*
2588 El Camino Real, F353
Carlsbad, CA  92008
(760) 434-4741
avredenburgh@gmail.com
www.hfexpert.com

July 31, 2013

Lynn E. Calkins, Esq.
Holland & Knight LLP
800 17th Street, NW
Suite 1100
Washington, D.C. 20006

   Re:  DOJ v. Post Properties

Dear Ms. Calkins:

At your request, I have prepared the following preliminary report with respect to the above-referenced case which is based on my research regarding FHA/ADA accessibility and usability. In order to evaluate the accessibility and usability of Post Property units, as well as the applicability of the Vredenburgh, et al. (2005, 2009, 2011) research (summarized later in this report) to the units, several Post properties were inspected.

## EVALUATION OF POST PROPERTIES

In 2013, Vredenburgh & Associates, Inc. reviewed floor plans from 7 Post properties in 5 states. Units were selected for inspection from each of these properties based on size and floor plans (i.e. smallest, most restrictive units and unique floor plans were selected). Units of all types were inspected, measured and photographed, including studio, 1, 2 and 3 bedroom apartments. A total of 138 units were evaluated for usability and accessibility.

In 2013, the units inspected were at the following properties. The floor plans provided for each property are indicated after the property in parenthesis, specified by BATES numbers. In Washington, DC, Post Massachusetts Avenue (POST193121-193210) property was inspected. In Virginia, Post Pentagon Row (POST193009-193051) property was inspected. In North Carolina, Post Gateway Place (POST193064-193105) property was inspected. In Atlanta, Post Alexander (POST183277-183322), Parkside (POST184298-184309), and Riverside (POST183365-183393) properties were inspected. In Orlando, Post Parkside (POST184354-184375) was inspected.

In 2008, Vredenburgh & Associates, Inc. reviewed floor plans from 23 Post properties in 6 states.

Vredenburgh & Associates, Inc.
DOJ v. Post Properties
Page 2 of 24

Units were selected for inspection from each of these properties based on size and floor plans (i.e. smallest, most restrictive units and unique floor plans were selected). Units of all types were inspected, measured and photographed, including studio, 1, 2 and 3 bedroom apartments. A total of 166 units were evaluated for usability and accessibility.

In 2008, the units inspected were at the following properties. The floor plans provided for each property are indicated after the property in parenthesis, specified by BATES numbers. In Washington, DC, Post Massachusetts Avenue (03501-03783) property was inspected. In Virginia, Post Carlyle (01822-01887), Corners (02111-02135) and Pentagon Row (04709-04774) Properties were inspected. In North Carolina, Post Ballantyne (01430-01453), Gateway Place (02351-02447), Park at Phillips Place (04523-04581) and Uptown Place (05505-05541) Properties were inspected. In Atlanta, GA, Post Oglethorpe (04502-04522), Biltmore (01646-01518), Briarcliff (01758-01779), Peachtree Hills (04702-04708) and Preserve at Briarcliff (formerly Post Oaks) properties were inspected. In Tampa, FL, Post Rocky Point (05047-05113), Hyde Park (02985-03018) and Harbour Place (02476-02649) properties were inspected. In Orlando, FL, Post Parkside (04641-04694) property was inspected. In Dallas, TX, Post Cole's Corner (01888-02084), Gallery (02281-02319), Vintage (06536-06700), Worthington (06845-07188), Square (05171-05394) and Mercer Square Condos (07259-07366) properties were inspected.

Apartments that were selected for inspection were evaluated using a standard size manual wheelchair (with foot rest extensions) and a walker. The focus of the evaluations was on kitchens, bathrooms, and environmental controls. The accessibility and usability of these features was evaluated considering users of different types of mobility devices with differing disabilities.

Materials reviewed include:

(1) Defendant's Responses and Objections to Plaintiff's First Set of Interrogatories
(2) Defendant's Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories
(3) Resident Satisfaction Survey (POST181196-181216)
(4) Compiled Responses to 2011 Resident Satisfaction Survey (POST187780-192437)
(5) Management Reports International (MRI) Search Results for residents who have requested reasonable accommodations and for terms selected by ERC (POST178003-178862; 184009-184277; 200264-200278; 201087-201091)
(6) Defendants' policies and procedures regarding accessibility-related accommodations and modifications (Post 180948-180972; 202866-202902)
(7) Communications received by access@postproperties.com or 1-888202-5930 and responses to those communications (POST192449-192485; 200279-200281)
(8) Floor plans of Post properties (w/ Square feet) (BATES numbers provided above for each property
(9) Policies & Best Practices Subject Pet Fees and Deposits (POST 180962-180965)
(10) Policies & Best Practices Subject Fair Housing Guidelines (POST180966-180968)

Vredenburgh & Associates, Inc.
DOJ v. Post Properties
Page 22 of 24

## COMPENSATION

My rate is $425/hour for investigations, travel, discovery review and written reports. My rate for testimony (deposition, arbitration, or trial) as a designated expert is $550/hour.

Sincerely,

Alison Vredenburgh, Ph.D., CPE
Vredenburgh & Associates, Inc.

AV/ibz


Enclosures