# United States' Exhibit 15

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)



EXHIBIT

8

10/22/13  Meacham

ANSI®
A117.1-1986
Revision of
ANSI A117.1-1980

American National Standard
for Buildings and Facilities –

# Providing Accessibility and Usability for Physically Handicapped People

Secretariat

**National Easter Seal Society**
**President's Committee on Employment of the Handicapped**
**U.S. Department of Housing and Urban Development**

Approved February 5, 1986

**American National Standards Institute, Inc**

**American National Standard**

Approval of an American National Standard requires verification by ANSI that the requirements for due process, consensus, and other criteria for approval have been met by the standards developer.

Consensus is established when, in the judgment of the ANSI Board of Standards Review, substantial agreement has been reached by directly and materially affected interests. Substantial agreement means much more than a simple majority, but not necessarily unanimity. Consensus requires that all views and objections be considered, and that a concerted effort be made toward their resolution.

The use of American National Standards is completely voluntary; their existence does not in any respect preclude anyone, whether he has approved the standards or not, from manufacturing, marketing, purchasing, or using products, processes, or procedures not conforming to the standards.

The American National Standards Institute does not develop standards and will in no circumstances give an interpretation of any American National Standard. Moreover, no person shall have the right or authority to issue an interpretation of an American National Standard in the name of the American National Standards Institute. Requests for interpretations should be addressed to the secretariat or sponsor whose name appears on the title page of this standard.

CAUTION NOTICE: This American National Standard may be revised or withdrawn at any time. The procedures of the American National Standards Institute require that action be taken periodically to reaffirm, revise, or withdraw this standard. Purchasers of American National Standards may receive current information on all standards by calling or writing the American National Standards Institute.

Published by

**American National Standards Institute**
**11 West 42nd Street, New York, NY 10036**

Copyright © 1986 by American National Standards Institute
All rights reserved.

No part of this publication may be reproduced in any
form, in an electronic retrieval system or otherwise,
without prior written permission of the publisher.

Printed in the United States of America

# Foreword   (This Foreword is not part of American National Standard A117.1-1986)

The provision of accessibility features in the design of buildings and facilities is a key factor in enabling persons with disabilities to achieve independence. With rehabilitation treatment, training in activities of daily living, and the elimination of environmental barriers, many individuals can live, study, work, and participate in other community activities, fully developing their human potential regardless of physical disabilities.

The first research in barrier-free design was conducted at the University of Illinois under a grant from the Easter Seal Research Foundation. Data resulting from this research constituted the first design specifications for accessibility to be approved by the American National Standards Institute (American National Standard Specifications for Making Buildings and Facilities Accessible to, and Usable by, the Physically Handicapped, ANSI A117.1-1961). The President's Committee on Employment of the Handicapped and the National Easter Seal Society were designated the Secretariat. The standard was reaffirmed in 1971.

In 1974, the U.S. Department of Housing and Urban Development joined the Secretariat by sponsoring further research. The 1980 edition, which resulted from this research, expanded the original standard to include residential environments.

The Accredited Standards Committee on Architectural Features and Site Design of Public Buildings and Residential Structures for Persons with Handicaps, A117, is made up of organizational members representing disability groups, design professions, rehabilitation specialties and services, building owners and management associations, building product manufacturers, building code developers and administrators, senior citizen organizations, and federal standard setting departments.

To ensure the fullest participation of the members of Committee A117 in developing the 1986 edition of the standard, the Secretariat established five task forces to review, and recommend revisions to, the 1980 edition. Suggestions received from the task forces formed the basis for the Secretariat's recommendations and the changes approved by the Committee in 1985.

This edition of the standard (ANSI A117.1-1986) reinforces the concept that a standard is basically a resource for design specifications and leaves to the adopting enforcing agency the application criteria such as where, when, and to what extent such specifications will apply. Clarifying this function for ANSI A117.1-1986 facilitates its referencing in building codes and federal design standards -- a major step for achieving uniformity in design specifications. This objective also underscores changes made to align ANSI A117.1-1986 with the Uniform Federal Accessibility Standard (UFAS), which was developed during the review process for this standard. Other changes in ANSI A117.1-1986 reflect technological developments related primarily to specifications for alarm and communications systems for use by individuals with visual or hearing impairments. Changes in format and graphics promote easier use of the standard.

Suggestions for improvement of this standard will be welcome. They should be sent to the American National Standards Institute, 1430 Broadway, New York, NY 10018. ANSI will forward all suggested improvements to the Secretariat.

This standard was processed and approved for submittal to ANSI by the Accredited Standards Committee on Architectural Features and Site Design of Public Buildings and Residential Structures for Persons with Handicaps, A117. Committee

approval of the standard does not necessarily imply that all committee members voted for its approval. At the time it approved this standard, the A117 Committee had the following members:

Edward Matthei, FAIA, Chairman
Rita McGaughey, Secretary
   (National Easter Seal Society)

| Organization Represented | Name of Representative |
|---|---|
| Alexander Graham Bell Association for the Deaf, Inc | Sara Conlon |
| American Association of Retired Persons | Leo E. Baldwin |
| American Coalition of Citizens with Disabilities | Eunice Fiorito |
| American Foundation for the Blind | Lynne Luxton |
| American Health Care Association | Susan Harris |
| American Association of Homes for the Aging | Cornelia Hodgson |
| American Hospital Association | Douglas S. Erickson |
| American Hotel and Motel Association | Raymond C. Ellis, Jr |
| American Institute of Architects | A Stanley McGaughan |
| American Occupational Therapy Association, Inc | Louise Samson |
| American Society of Interior Designers | Sharon Wright |
| American Society of Landscape Architects | Jay L. Jorgeson |
| American Society of Plumbing Engineers | Richard Reilly |
| American Telephone and Telegraph Company | Ohlen P Cartmell |
| Architectural and Transportation Barriers Compliance Board | Charles R Hauser |
| Association for the Education and Rehabilitation of the Blind and Visually Impaired | Bruce B. Blasch |
| Bell Communications Research | R. E Rennard |
| Builders Hardware Manufacturers Association | Richard Hudnut |
| Building Officials and Code Administrators International | Paul K. Heilstedt |
| Building Owners and Managers Association | Leonard H Rosenberg, Jr |
| The Construction Specifications Institute | Roger Trapp |
| General Services Administration | James A. Parker |
| Gerontological Society | Leon A. Pastalan |
| Howard A. Rusk Institute for Rehab Medicine | Laurie Prowler |
| Industrial Designers Society of America | Richard Hollerith |
| International Conference of Building Officials | Thomas A. Briggs |
| Manufactured Housing Institute | Frank Walter |
| Mayor's Office for the Handicapped, New York, NY | Anthony Santiago |
| National Association of Architectural Metal Manufacturers | Cesar Maldonado |
| National Association of Home Builders | Stephen C. Moore |
| National Association of Housing and Redevelopment Officials | Juliette Madison |
| National Association of the Physically Handicapped, Inc | Euline McCorkle Taratsas |
| National Conference of States on Building Codes and Standards, Inc | Norman R Osterby |
| National Easter Seal Society | Edward H Matthei |
| National Elevator Industry, Inc | Elmer H Sumka |
| National Multiple Sclerosis Society | Pamela F Cavallo |
| National Rehabilitation Association | David Mills |
| National Restaurant Association | Abraham J Goldberg |
| North Carolina Department of Insurance — Special Office for the Handicapped | Theresa J Rosenberg |
| Paralyzed Veterans of America | Donald M Sherman |
| Plumbing Fixtures Manufacturers | Patrick J Higgins |
| President's Committee on Employment of the Handicapped | Edmond J Leonard |
| Southern Building Code Congress | William J Tangye |
| Steel Door Institute | B D Franchik |
| United Cerebral Palsy Association, Inc | John M Siepp |
| U. S. Department of Agriculture — Farmers Home Administration | Vernon Rozas |
| U.S. Department of Defense — Army Corps of Engineers | Patrick M O'Meara |
| U.S. Department of Commerce — National Bureau of Standards | Belinda Collins |
| U.S. Department of Health and Human Services — Office of Facilities Engineering | Stephen E Butzko |
| U.S. Department of Housing and Urban Development — Architecture and Engineering Standards | Mark W. Holman |
| U.S. Department of Transportation — Environmental Division | Ira Laster, Jr |
| U.S. Postal Service | Louis Childers |
| U.S. Veterans Administration — Office of Construction | Thomas G. Deniston |

# Contents

SECTION                                                                                    PAGE

1.  Purpose and Application ............................................ 11
    1.1  Purpose ...................................................... 11
    1.2  Application .................................................. 11

2.  Recommendations to Adopting Authorities ........................... 12
    2.1  Administration ............................................... 12
    2.2  Number of Spaces and Elements ................................ 12
    2.3  Remodeling ................................................... 12
    2.4  Designing for Children ....................................... 12
    2.5  Review Procedures ............................................ 12

3.  Graphics, Dimensions, Referenced Standards, and Definitions ....... 13
    3.1  Graphic Conventions .......................................... 13
    3.2  Dimensions ................................................... 13
    3.3  Referenced American National Standards ....................... 13
    3.4  General Terminology .......................................... 13
    3.5  Definitions .................................................. 14

4.  Accessible Elements and Spaces .................................... 16
    4.1  Basic Components ............................................. 16
    4.2  Space Allowances and Reach Ranges ............................ 16
         4.2.1  Wheelchair Passage Width .............................. 16
         4.2.2  Width for Wheelchair Passing .......................... 16
         4.2.3  Wheelchair Turning Space .............................. 16
         4.2.4  Clear Floor or Ground Space for Wheelchairs ........... 16
         4.2.5  Forward Reach ......................................... 21
         4.2.6  Side Reach ............................................ 21
    4.3  Accessible Route ............................................. 21
         4.3.1  General ............................................... 21
         4.3.2  Location .............................................. 21
         4.3.3  Width ................................................. 21
         4.3.4  Passing Space ......................................... 21
         4.3.5  Headroom .............................................. 21
         4.3.6  Surface Texture ....................................... 21
         4.3.7  Slope ................................................. 21
         4.3.8  Changes in Level ...................................... 21
         4.3.9  Doors ................................................. 21
         4.3.10 Egress ................................................ 21
    4.4  Protruding Objects ........................................... 21
         4.4.1  General ............................................... 21
         4.4.2  Headroom .............................................. 21
    4.5  Ground and Floor Surfaces .................................... 28
         4.5.1  General ............................................... 28
         4.5.2  Changes in Level ...................................... 28
         4.5.3  Carpet ................................................ 28
         4.5.4  Gratings .............................................. 28
    4.6  Parking Spaces and Passenger Loading Zones ................... 28
         4.6.1  General ............................................... 28
         4.6.2  Parking Spaces ........................................ 28
         4.6.3  Passenger Loading Zones ............................... 28
    4.7  Curb Ramps ................................................... 29
         4.7.1  Location .............................................. 29
         4.7.2  Slope ................................................. 29
         4.7.3  Width ................................................. 29

SECTION                                                                          PAGE

4.7.4    Surface ................................................... 29
4.7.5    Sides of Curb Ramps ..................................... 29
4.7.6    Built-Up Curb Ramps .................................... 29
4.7.7    Warning Textures ........................................ 30
4.7.8    Obstructions ............................................. 30
4.7.9    Location at Marked Crossings ............................ 30
4.7.10   Diagonal Curb Ramps .................................... 30
4.7.11   Islands .................................................. 30
4.7.12   Uncurbed Intersections .................................. 30
4.8   Ramps ........................................................ 30
4.8.1    General .................................................. 30
4.8.2    Slope and Rise ........................................... 30
4.8.3    Clear Width .............................................. 32
4.8.4    Landings ................................................. 33
4.8.5    Handrails ................................................ 33
4.8.6    Cross Slopes and Surfaces ................................ 33
4.8.7    Edge Protection .......................................... 33
4.8.8    Outdoor Conditions ...................................... 33
4.9   Stairs ........................................................ 33
4.9.1    General .................................................. 33
4.9.2    Treads and Risers ........................................ 33
4.9.3    Nosings .................................................. 35
4.9.4    Handrails ................................................ 35
4.10  Elevators .................................................... 35
4.10.1   General .................................................. 35
4.10.2   Automatic Operations .................................... 35
4.10.3   Hall Call Buttons ........................................ 35
4.10.4   Hall Lanterns ............................................ 36
4.10.5   Raised Characters on Hoistway Entrances ................. 36
4.10.6   Door Protective and Reopening Device .................... 36
4.10.7   Door and Signal Timing for Hall Calls ................... 36
4.10.8   Door Delay for Car Calls ................................. 36
4.10.9   Floor Plan of Elevator Cars .............................. 36
4.10.10  Floor Surfaces ........................................... 37
4.10.11  Illumination Levels ...................................... 37
4.10.12  Car Controls ............................................ 37
4.10.13  Car Position Indicators .................................. 38
4.10.14  Emergency Communications ............................... 38
4.11  Platform Lifts ............................................... 38
4.11.1   General .................................................. 38
4.11.2   Requirements ............................................ 38
4.12  Windows ..................................................... 38
4.12.1   General .................................................. 38
4.12.2   Window Hardware ........................................ 39
4.13  Doors ........................................................ 39
4.13.1   General .................................................. 39
4.13.2   Revolving Doors and Turnstiles .......................... 39
4.13.3   Gates .................................................... 39
4.13.4   Double-Leaf Doorways .................................... 39
4.13.5   Clear Width .............................................. 39
4.13.6   Maneuvering Clearances at Doors ......................... 40
4.13.7   Two Doors in Series ...................................... 42
4.13.8   Thresholds at Doorways .................................. 43

| SECTION | | PAGE |
|---|---|---|
| 4.13.9 | Door Hardware | 43 |
| 4.13.10 | Door Closers | 43 |
| 4.13.11 | Door-Opening Force | 43 |
| 4.13.12 | Automatic Doors | 43 |
| 4.13.13 | Power-Assisted Doors and Low-Energy Power-Operated Doors | 43 |
| 4.14 Entrances | | 43 |
| 4.14.1 | General | 43 |
| 4.14.2 | Service Entrances | 43 |
| 4.15 Drinking Fountains and Water Coolers | | 43 |
| 4.15.1 | General | 43 |
| 4.15.2 | Spout Height | 43 |
| 4.15.3 | Spout Location | 43 |
| 4.15.4 | Controls | 43 |
| 4.15.5 | Clearances | 43 |
| 4.16 Water Closets | | 45 |
| 4.16.1 | General | 45 |
| 4.16.2 | Clear Floor Space | 45 |
| 4.16.3 | Height | 46 |
| 4.16.4 | Grab Bars | 46 |
| 4.16.5 | Flush Controls | 46 |
| 4.16.6 | Dispensers | 46 |
| 4.17 Toilet Stalls | | 47 |
| 4.17.1 | General | 47 |
| 4.17.2 | Water Closets | 47 |
| 4.17.3 | Size and Arrangement | 47 |
| 4.17.4 | Toe Clearance | 47 |
| 4.17.5 | Doors | 47 |
| 4.17.6 | Grab Bars | 47 |
| 4.18 Urinals | | 47 |
| 4.18.1 | General | 47 |
| 4.18.2 | Height | 47 |
| 4.18.3 | Clear Floor Space | 47 |
| 4.18.4 | Flush Controls | 47 |
| 4.19 Lavatories, Sinks, and Mirrors | | 47 |
| 4.19.1 | General | 47 |
| 4.19.2 | Height and Clearances | 47 |
| 4.19.3 | Clear Floor Space | 47 |
| 4.19.4 | Exposed Pipes and Surfaces | 47 |
| 4.19.5 | Faucets | 47 |
| 4.19.6 | Mirrors | 47 |
| 4.20 Bathtubs | | 51 |
| 4.20.1 | General | 51 |
| 4.20.2 | Floor Space | 51 |
| 4.20.3 | Seat | 51 |
| 4.20.4 | Grab Bars | 51 |
| 4.20.5 | Controls | 51 |
| 4.20.6 | Shower Unit | 51 |
| 4.20.7 | Bathtub Enclosures | 51 |
| 4.21 Shower Stalls | | 53 |
| 4.21.1 | General | 53 |
| 4.21.2 | Size and Clearances | 53 |
| 4.21.3 | Seat | 53 |

SECTION                                                          PAGE

4.21.4   Grab Bars ............................................. 53
4.21.5   Controls .............................................. 53
4.21.6   Shower Unit ........................................... 53
4.21.7   Curbs ................................................. 53
4.21.8   Shower Enclosures ..................................... 53
4.22  Toilet Rooms, Bathrooms, Bathing Facilities, and Shower Rooms  .... 55
4.22.1   General ............................................... 55
4.22.2   Doors ................................................. 55
4.22.3   Clear Floor Space ..................................... 55
4.22.4   Controls and Dispensers ............................... 55
4.22.5   Medicine Cabinets ..................................... 55
4.23  Storage .................................................. 55
4.23.1   General ............................................... 55
4.23.2   Clear Floor Space ..................................... 55
4.23.3   Height ................................................ 55
4.23.4   Hardware .............................................. 55
4.24  Grab Bars, and Tub and Shower Seats ...................... 56
4.24.1   General ............................................... 56
4.24.2   Size and Spacing of Grab Bars ......................... 56
4.24.3   Structural Strength ................................... 57
4.24.4   Eliminating Hazards ................................... 57
4.25  Controls and Operating Mechanisms ........................ 57
4.25.1   General ............................................... 57
4.25.2   Clear Floor Space ..................................... 57
4.25.3   Height ................................................ 57
4.25.4   Operation ............................................. 57
4.26  Alarms ................................................... 57
4.26.1   General ............................................... 57
4.26.2   Audible Alarms ........................................ 57
4.26.3   Visual Alarms ......................................... 57
4.26.4   Auxiliary Alarms ...................................... 57
4.27  Detectable Warnings ...................................... 58
4.27.1   General ............................................... 58
4.27.2   Detectable Warnings on Walking Surfaces ............... 58
4.27.3   Tactile Warnings on Doors to Hazardous Areas .......... 59
4.27.4   Detectable Warnings at Stairs ......................... 59
4.27.5   Detectable Warnings at Hazardous Vehicular Areas ...... 59
4.27.6   Detectable Warnings at Reflecting Pools ............... 59
4.27.7   Standardization ....................................... 59
4.28  Signage .................................................. 60
4.28.1   General ............................................... 60
4.28.2   Character Proportion .................................. 60
4.28.3   Color Contrast ........................................ 60
4.28.4   Tactile Characters or Symbols ......................... 60
4.28.5   Symbols of Accessibility .............................. 60
4.29  Telephones ............................................... 61
4.29.1   General ............................................... 61
4.29.2   Clear Floor or Ground Space ........................... 61
4.29.3   Mounting Height ....................................... 61
4.29.4   Protruding Objects .................................... 61
4.29.5   Equipment for Hearing-Impaired People ................. 61
4.29.6   Controls .............................................. 61
4.29.7   Telephone Directories ................................. 61
4.29.8   Cord Length ........................................... 61

SECTION                                                                    PAGE

4.30 Seating, Tables, and Work Surfaces ................................ 62
   4.30.1   General ................................................... 62
   4.30.2   Seating .................................................. 62
   4.30.3   Knee Clearances ......................................... 62
   4.30.4   Height of Work Surfaces ................................. 62
4.31 Auditorium and Assembly Areas .................................. 64
   4.31.1   General ................................................... 64
   4.31.2   Size of Wheelchair Locations ............................. 64
   4.31.3   Placement of Wheelchair Locations ....................... 64
   4.31.4   Surfaces ................................................. 64
   4.31.5   Access to Performing Areas .............................. 64
   4.31.6   Placement of Listening Systems .......................... 64
   4.31.7   Types of Listening Systems .............................. 64
4.32 Dwelling Units ................................................. 65
   4.32.1   General ................................................... 65
   4.32.2   Adaptability ............................................. 65
   4.32.3   Basic Components ........................................ 65
   4.32.4   Bathrooms ............................................... 66
   4.32.5   Kitchens ................................................. 70
   4.32.6   Laundry Facilities ....................................... 73

Tables
  Table 1    Graphic Conventions ...................................... 13
  Table 2    Basic Components for Accessible Sites, Facilities,
              and Buildings ....................................... 17
  Table 3    Allowable Ramp Dimensions for Construction in Existing Sites,
              Buildings, and Facilities ............................. 30
  Table 4    Basic Components for Accessible and Adaptable
              Dwelling Units ...................................... 65

Figures
  Fig. 1     Minimum Clear Width for Single Wheelchair .................. 16
  Fig. 2     Minimum Clear Width for Two Wheelchairs ................... 16
  Fig. 3     Wheelchair Turning Space ................................... 18
  Fig. 4     Minimum Clear Floor Space for Wheelchairs .................. 19
  Fig. 5     Forward Reach ............................................. 22
  Fig. 6     Side Reach ................................................ 23
  Fig. 7     Accessible Routes and Ground and Floor Surfaces ............. 24
  Fig. 8     Protruding Objects ........................................ 25
  Fig. 9     Dimensions of Parking Spaces .............................. 28
  Fig. 10    Access Aisle at Passenger Loading Zones ..................... 28
  Fig. 11    Measurement of Curb Ramp Slopes .......................... 29
  Fig. 12    Sides of Curb Ramps ...................................... 29
  Fig. 13    Built-Up Curb Ramps ..................................... 29
  Fig. 14    Warning Signals at Curb Ramps ............................ 30
  Fig. 15    Curb Ramps at Marked Crossings ........................... 31
  Fig. 16    Components of a Single Ramp Run and Sample Ramp
              Dimensions ......................................... 30
  Fig. 17    Examples of Edge Protection and Handrail Extensions ......... 32
  Fig. 18    Usable Tread Width and Examples of Acceptable Nosings ...... 33
  Fig. 19    Stair Handrails ........................................... 34
  Fig. 20    Hoistway and Elevator Entrances ........................... 35
  Fig. 21    Timing Equation .......................................... 36
  Fig. 22    Minimum Dimensions of Elevator Cars ...................... 37
  Fig. 23    Car Controls ............................................. 37

SECTION                                                                PAGE

Fig. 24    Clear Doorway Width and Depth ........................... 39
Fig. 25    Maneuvering Clearances at Doors ......................... 40
Fig. 26    Two Hinged Doors in Series .............................. 42
Fig. 27    Drinking Fountains and Water Coolers .................... 44
Fig. 28    Clear Floor Space at Water Closets ...................... 45
Fig. 29    Water Closets and Urinals ............................... 46
Fig. 30    Toilet Stalls ........................................... 48
Fig. 31    Lavatory Clearances ..................................... 50
Fig. 32    Clear Floor Space at Lavatories ......................... 50
Fig. 33    Clear Floor Space at Bathtubs ........................... 51
Fig. 34    Grab Bars at Bathtubs ................................... 52
Fig. 35    Shower Sizes and Clearances ............................. 53
Fig. 36    Shower Seat Design ...................................... 53
Fig. 37    Grab Bars at Shower Stalls .............................. 54
Fig. 38    Storage Shelves and Closets ............................. 55
Fig. 39    Size and Spacing of Handrails and Grab Bars ............. 56
Fig. 40    Strips and Grooves Used as Detectable Warnings
             on Walking Surfaces ................................... 58
Fig. 41    Detectable Warning at Stairs ............................ 59
Fig. 42    Detectable Warning at Hazardous Vehicular Areas ......... 59
Fig. 43    International Symbol of Accessibility ................... 60
Fig. 44    Mounting Heights and Clearances for Telephones ......... 61
Fig. 45    Minimum Clearances for Seating and Tables .............. 63
Fig. 46    Space Requirements for Wheelchair Seating Spaces
             in a Series ........................................... 64
Fig. 47    Water Closets in Adaptable Bathrooms .................... 67
Fig. 48    Location of Grab-Bar Reinforcements and Controls
             of Adaptable Bathtubs ................................. 68
Fig. 49    Location of Grab-Bar Reinforcements and Controls
             of Adaptable Showers .................................. 69
Fig. 50    Counter Work Surface .................................... 71
Fig. 51    Kitchen Sink ............................................ 72
Fig. 52    Ovens without Self-Cleaning Feature ..................... 73

Appendix   Additional Information .................................. 74
Figures
       Fig. A1 Minimum Passage Width for One Wheelchair and One
                 Ambulatory Person .................................. 75
       Fig. A2 Space Needed for Smooth U-Turn in a Wheelchair ....... 75
       Fig. A3 Dimensions of Adult-Sized Wheelchairs ............... 76
       Fig. A4 Cane Technique ...................................... 77
       Fig. A5 Wheelchair Transfers ................................ 80

   Table A1    Convenient Heights of Work Surfaces for Seated People ....... 84

American National Standard
for Buildings and Facilities –

# Providing Accessibility and Usability for Physically Handicapped People

# 1. Purpose and Application

## 1.1 Purpose

The specifications in this standard are intended to make buildings and facilities accessible to and usable by people with such physical disabilities as the inability to walk, difficulty walking, reliance on walking aids, blindness and visual impairment, deafness and hearing impairment, incoordination, reaching and manipulation disabilities, lack of stamina, difficulty interpreting and reacting to sensory information, and extremes of physical size. Accessibility and usability allow a physically handicapped person to get to, enter, and use a building or facility.

This standard provides specifications for elements that can be used in making functional spaces accessible. For example, it specifies technical requirements for making doors, routes, seating, and other elements accessible. These accessible elements can be used to design accessible functional spaces such as classrooms, hotel rooms, lobbies, or offices.

This standard is intended for adoption by government agencies and by organizations setting model codes to achieve uniformity in the technical design criteria in building codes and other regulations. This standard may also be used by nongovernmental parties as technical design guidelines or requirements to make buildings and facilities accessible to and usable by physically handicapped people.

## 1.2 Application

This standard can be applied to the following:

(1) The design and construction of new buildings and facilities, including both spaces and elements; site improvements; and public walks

(2) Remodeling, alteration, and rehabilitation of existing construction

(3) Permanent, temporary, and emergency conditions

11

# 2. Recommendations to Adopting Authorities

## 2.1 Administration

This standard does not establish which occupancy
or building types are covered and the extent to
which each type is covered. Such requirements for
application of this standard shall be specified by
the adopting authority, including which and how
many functional spaces and elements are to be
made accessible within each building type, as de-
scribed in 2.2 through 2.5.

## 2.2 Number of Spaces and Elements

The administrative authority adopting this stan-
dard shall specify the actual number of spaces and
elements or establish procedures for determining
them based on, but not limited to:

(1) Population to be served

(2) Availability to occupants, employees, custom-
ers, and visitors

(3) Distances and time required to use the access-
ible elements

(4) Provision of equal opportunity and treatment
under law

## 2.3 Remodeling

The specifications in this standard are based upon
the functional requirements of physically handi-
capped people. These specifications remain the
same whether they are applied to new construction,
remodeling, alteration, or rehabilitation. The
administrative authority adopting this standard
must specify the extent to which it is to cover
remodeling, alteration, or rehabilitation within its
jurisdiction.

## 2.4 Designing for Children

The specifications in this standard are based upon
adult dimensions and anthropometrics. If build-
ings, facilities, or portions thereof serve children
primarily, the administrative authority should
adjust dimensions and other provisions to make
them suitable for children.

## 2.5 Review Procedures

To promote effective compliance with the require-
ments of this standard, the administrative authority
adopting it should establish a review and approval
procedure for construction projects that come
under its jurisdiction.

# 3. Graphics, Dimensions, Referenced Standards, and Definitions

## 3.1 Graphic Conventions

Graphic conventions used in the illustrations are shown in Table 1. Dimensions that are not marked "minimum," "maximum," or "normal" are absolute, unless otherwise indicated in the text or captions.

## 3.2 Dimensions

All dimensions are subject to conventional building industry tolerances for field conditions. Millimeter equivalents for dimensions 3 in and larger have been rounded off to the nearest multiple of 5.

## 3.3 Referenced American National Standards

This standard is intended to be used in conjunction with the following American National Standards:

ANSI/ASME A17.1-1984, Safety Code for Eleva-

tors and Escalators (including supplement ANSI/ASME A17.1a-1985)

ANSI/BHMA A156.10-1985, Power Operated Pedestrian Doors

ANSI/BHMA A156.19-1984, Power Assist and Low Energy Power Operated Doors

## 3.4 General Terminology

**comply with.** Meet one or more specifications of this standard.

**if, if…then.** Denotes a specification that applies only when the conditions described are present.

**may.** Denotes an option or alternative.

**shall.** Denotes a mandatory specification or requirement.

**should.** Denotes an advisory specification or recommendation.

### Table 1
### Graphic Conventions



| Convention | Description |
|---|---|
| 36 / 915     9 / 230 | Typical dimension line showing U.S. customary units (in inches) above the line and SI units (in millimeters) below |
|  | Dimensions for short distances indicated on arrow |
| 28–36 / 710–915 | Dimension line showing range of dimensions |
|  | Direction of approach |
| max | Maximum |
| min | Minimum |
| – – – – – – – – – – – – – | Boundary of clear floor area |
| — · — · — · — · — · — ⊄ | Centerline |

## 3.5 Definitions

The following terms shall, for the purpose of this standard, have the meaning indicated in this section.

**access aisle.** An accessible pedestrian space between elements, such as parking spaces, seating, and desks, that provides clearances appropriate for use of the elements.

**accessible.** Describes a site, building, facility, or portion thereof that complies with this standard and that can be approached, entered, and used by physically handicapped people.

**accessible route.** A continuous unobstructed path connecting all accessible elements and spaces in a building or facility that can be negotiated by a person with a severe disability using a wheelchair and that is also safe for and usable by people with other disabilities. Interior accessible routes may include corridors, floors, ramps, elevators, lifts, and clear floor space at fixtures. Exterior accessible routes may include parking access aisles, curb ramps, walks, ramps, and lifts.

**adaptability.** The capability of certain building spaces and elements, such as kitchen counters, sinks, and grab bars, to be altered or added so as to accommodate the needs of persons with and without disabilities, or to accommodate the needs of persons with different types or degrees of disability.

**administrative authority.** A jurisdictional body that adopts or enforces regulations and standards for the design, construction, or operation of buildings and facilities.

**assembly area.** A room or space accommodating a number of individuals as specified by the authority having jurisdiction and used for religious, recreational, educational, political, social, or amusement purposes, or for the consumption of food and drink, including all connected rooms or spaces with a common means of egress and ingress. Such areas as conference rooms would have to be accessible in accordance with other parts of this standard, but would not have to meet all of the criteria associated with assembly areas.

**authority having jurisdiction.** See *administrative authority.*

**automatic door.** A door equipped with a power-operated mechanism and controls that open and close the door automatically upon receipt of a momentary actuating signal. The switch that begins the automatic cycle may be a photoelectric device, floor mat, sensing device, or manual switch mounted on or near the door itself (see *power-assisted door*).

**children.** People below the age of twelve (that is, elementary school age and younger).

**circulation path.** An exterior or interior way of passage from one place to another for pedestrians, including, but not limited to, walks, hallways, courtyards, stairways, and stair landings.

**clear.** Unobstructed.

**common use.** Refers to those interior and exterior rooms, spaces, or elements that are made available for the use of a restricted group of people (for example, residents of an apartment building, the occupants of an office building, or the guests of such residents or occupants).

**coverage.** The extent or range of accessibility that a particular administrative authority adopts and requires.

**cross slope.** The slope of a pedestrian way that is perpendicular to the direction of travel (see *running slope*).

**curb ramp.** A short ramp cutting through a curb or built up to it.

**detectable.** Perceptible by one or more of the senses.

**detectable warning.** A standardized surface texture applied to or built into walking surfaces or other elements to warn visually impaired people of hazards in the path of travel.

**disability.** A limitation or loss of use of a physical, mental, or sensory body part or function.

**dwelling unit.** A single unit of residence that provides a kitchen or food preparation area, in addition to rooms and spaces for living, bathing, sleeping, and the like. A single-family home is a dwelling unit, and dwelling units are to be found in such housing types as townhouses and apartment buildings.

**egress, means of.** A path of exit that meets all applicable code specifications of the regulatory building agency having jurisdiction over the building or facility.

**element.** An architectural or mechanical component of a building, facility, space, or site that can be used in making functional spaces accessible (for

example, telephone, curb ramp, door, drinking fountain, seating, water closet).

**facility.** All or any portion of a building, structure, or area, including the site on which such building, structure, or area is located, wherein specific services are provided or activities are performed.

**functional spaces.** The rooms and spaces in a building or facility that house the major activities for which the building or facility is intended.

**housing.** A building, facility, or portion thereof, excluding inpatient health care facilities, that contains one or more dwelling units or sleeping accommodations. Housing may include, but is not limited to, one-family and two-family dwellings, multifamily dwellings, group homes, hotels, motels, dormitories, and mobile homes.

**marked crossing.** A crosswalk or other identified path intended for pedestrian use in crossing a vehicular way.

**multifamily dwelling.** Any building containing more than two dwelling units.

**operable part.** A part of a piece of equipment or appliance used to insert or withdraw objects, or to activate, deactivate, or adjust the equipment or appliance (for example, coin slot, pushbutton, handle).

**physically handicapped person.** An individual who has a physical impairment, including impaired sensory, manual, or speaking abilities, that results in a functional limitation in gaining access to and using a building or facility.

**power-assisted door.** A door used for human passage, with a mechanism that helps to open the door, or to relieve the opening resistance of the door, upon the activation of a switch or the use of a continued force applied to the door itself. If the switch or door is released, such doors begin to close or close completely within 3 to 30 seconds (see *automatic door*).

**principal entrance.** An entrance intended to be used by the residents or users to enter or leave a building or facility. This may include, but is not limited to, the main entrance.

**public use.** Describes interior and exterior rooms or spaces that are made available to the general public. Public use may be provided at a building or facility that is privately or publicly owned.

**ramp.** A walking surface in an accessible space that has a running slope greater than 1:20.

**running slope.** The slope of a pedestrian way that is parallel to the direction of travel (see *cross slope*).

**service entrance.** An entrance intended primarily for delivery or service.

**signage.** Verbal, symbolic, and pictorial information.

**site.** A parcel of land bounded by a property line or a designated portion of a public right-of-way.

**site improvements.** Landscaping, pedestrian and vehicular pathways, outdoor lighting, recreational facilities, and the like, added to a site.

**sleeping accommodations.** Rooms in which people sleep (for example, dormitory and hotel or motel guest rooms).

**space.** A definable area (for example, toilet room, hall, assembly area, entrance, storage room alcove, courtyard, or lobby).

**tactile.** Describes an object that can be perceived using the sense of touch.

**temporary.** Applies to facilities that are not of permanent construction but are extensively used or essential for public use for a given (short) period of time, for example, temporary classrooms or classroom buildings at schools and colleges, or facilities around a major construction site to make passage accessible, usable, and safe for everybody. Structures directly associated with the actual processes of major construction, such as portable toilets, scaffolding, bridging, trailers, and the like, are not included.

**vehicular way.** A route intended for vehicular traffic, such as a street, driveway, or parking lot.

**walk.** An exterior pathway with a prepared surface intended for pedestrian use, including general pedestrian areas such as plazas and courts.

**walking aid.** A device used by a person who has difficulty walking (for example, a cane, crutch, walker, or brace).

# 4. Accessible Elements and Spaces

## 4.1 Basic Components

Accessible sites, facilities, and buildings, including public-use, employee-use, and common-use spaces in housing facilities, shall provide accessible elements and spaces as identified in Table 2. Application by adopting authorities shall be in accordance with Section 2.

## 4.2 Space Allowances and Reach Ranges

**4.2.1\* Wheelchair Passage Width.** The minimum clear width for single wheelchair passage shall be 32 in (815 mm) at a point and 36 in (915 mm) continuously (see Fig. 1).

**4.2.2 Width for Wheelchair Passing.** The minimum width for two wheelchairs to pass is 60 in (1525 mm) (see Fig. 2).

**4.2.3\* Wheelchair Turning Space.** The space required for a wheelchair to make a 180-degree turn is a clear space of 60 in (1525 mm) diameter (see Fig. 3(a)) or a T-shaped space (see Fig. 3(b)).

\*See Appendix for additional information

### 4.2.4\* Clear Floor or Ground Space for Wheelchairs

**4.2.4.1 Size and Approach.** The minimum clear floor or ground space required to accommodate a single, stationary wheelchair and occupant is 30 in by 48 in (760 mm by 1220 mm) (see Fig. 4(a)). The minimum clear floor or ground space for wheelchairs may be positioned for forward or parallel approach to an object (see Fig. 4(b) and (c)). Clear floor or ground space for wheelchairs may be part of the knee space required under some objects.

**4.2.4.2 Relationship of Maneuvering Clearances to Wheelchair Spaces.** One full unobstructed side of the clear floor or ground space for a wheelchair shall adjoin or overlap an accessible route or adjoin another wheelchair clear floor space. If a clear floor space is located in an alcove or otherwise confined on all or part of three sides, additional maneuvering clearances shall be provided as shown in Fig. 4(d) and (e).

**4.2.4.3 Surfaces of Wheelchair Spaces.** Clear floor or ground spaces for wheelchairs shall comply with 4.5.



**Fig. 1**
**Minimum Clear Width for Single Wheelchair**



**Fig. 2**
**Minimum Clear Width for Two Wheelchairs**

16

**Table 2**
**Basic Components for Accessible Sites,**
**Facilities, and Buildings**

| | Accessible Element or Space | Section | Application (to the Extent Specified by the Adopting Authority) |
|---|---|---|---|
| 1 | Accessible route(s) | 4.3 | Within the boundary of the site:<br>(a) From public transportation stops, accessible parking spaces, accessible passenger loading zones, and public streets or sidewalks to accessible building entrances<br>(b) Connecting accessible buildings, facilities, elements and spaces that are on the same site<br>(c) Connecting accessible building or facility entrances with accessible spaces and elements within the building or facility |
| 2 | Protruding objects | 4.4 | Accessible routes or maneuvering space including, but not limited to, halls, corridors, passageways, or aisles |
| 3 | Ground and floor surface treatments | 4.5 | Accessible routes, rooms, and spaces, including floors, walks, ramps, stairs, and curb ramps |
| 4 | Parking and passenger-loading zones | 4.6 | If provided at the site |
| 5 | Curb ramps | 4.7 | Accessible routes crossing curbs |
| 6 | Ramps | 4.8 | Accessible routes with slopes greater than 1:20 |
| 7 | Stairs | 4.9 | Stairs on accessible routes connecting levels not connected by an elevator |
| 8 | Elevator | 4.10 | Accessible routes connecting different accessible levels |
| 9. | Platform lift | 4.11 | May be used in lieu of an elevator or ramp under certain conditions |
| 10 | Windows | 4.12 | If windows are intended to be operated by the occupant |
| 11. | Doors | 4.13 | Accessible entrances, accessible spaces, accessible routes, egress |
| 12. | Entrances | 4.14 | When part of accessible routes. Generally, one or more accessible entrances will serve transportation facilities, passenger loading zones, parking facilities, taxi stands, public streets and sidewalks, and interior vertical access |
| 13 | Drinking fountains and water coolers | 4.15 | If provided in the facility or at the site |
| 14 | Toilet rooms and bathing facilities including water closets, toilet rooms and stalls, urinals, lavatories and mirrors, bathtubs, shower stalls, and sinks | 4.22 | Public-use and common-use facilities |
| 15 | Storage facilities including cabinets, shelves, closets, and drawers | 4.23 | If provided in accessible spaces |
| 16 | Grab bars, tub and shower seats | 4.24 | Accessible toilet and bathing facilities |
| 17 | Controls and operating mechanisms | 4.25 | Accessible spaces, accessible routes, or as parts of accessible elements |
| 18 | Emergency warning systems | 4.26 | If provided in the facility or at the site |
| 19. | Tactile warnings | 4.27 | Doors to hazardous areas |
| 20 | Signs | 4.28 | Rooms and spaces |
| 21. | Public telephones | 4.29 | If provided in the facility or at the site |
| 22 | Seating, tables, or work surfaces | 4.30 | If provided in accessible spaces |
| 23. | Places of assembly | 4.31 | If provided in the facility or at the site |
| 24 | Public-use spaces | 4.1 through 4.30 | Buildings and facilities, including housing |
| 25 | Employee-use spaces and facilities | 4.1 through 4.30 | Buildings and facilities, including housing |
| 26 | Common-use spaces and facilities. Including, swimming pools, playgrounds, entrances, rental offices, lobbies, elevators, mailbox areas, lounges, halls, corridors, and the like. | 4.1 through 4.30 | Buildings and facilities, including housing |



*(a) 60-in (1525-mm)-Diameter Space*



NOTE: Dashed lines indicate minimum length of clear space required on each arm of the
T-shaped space in order to complete the turn.

*(b) T-Shaped Space for 180° Turns*

**Fig. 3**
**Wheelchair Turning Space**



*(a) Clear Floor Space*



*(b) Forward Approach*



*(c) Parallel Approach*

**Fig. 4**
**Minimum Clear Floor Space for Wheelchairs**



NOTE: $x \leq 24$ in (610 mm)    NOTE: $x \leq 15$ in (380 mm)

(d) Clear Floor Space in Alcoves



NOTE: If $x > 24$ in (610 mm), then an additional maneuvering clearance of 6 in (150 mm) shall be provided as shown.



NOTE: If $x > 15$ in (380 mm), then an additional maneuvering clearance of 12 in (305 mm) shall be provided as shown.

(e) Additional Maneuvering Clearances for Alcoves

Fig. 4 Minimum Clear Floor Space for Wheelchairs (Continued)

**4.2.5 Forward Reach.** If the clear floor space allows only forward approach to an object, the maximum high forward reach allowed shall be 48 in (1220 mm) and the minimum low forward reach shall be unobstructed and no less than 15 in (380 mm) above the floor (see Fig. 5(a)). If the high forward reach is over an obstruction, reach and clearances shall be as shown in Fig. 5(b).

**4.2.6 Side Reach.** If the clear floor space allows parallel approach by a person in a wheelchair, the maximum high side reach allowed shall be 54 in (1370 mm) and the low side reach shall be no less than 9 in (230 mm) above the floor (Fig. 6(a) and (b)). If the side reach is over an obstruction, the reach and clearances shall be as shown in Fig. 6(c).

## 4.3 Accessible Route

**4.3.1\* General.** All walks, halls, corridors, aisles, and other spaces that are part of an accessible route shall comply with 4.3.

**4.3.2 Location**

(1) Accessible routes within the boundary of the site shall be provided from public transportation stops, accessible parking and accessible passenger loading zones, and public streets or sidewalks to the accessible building entrance they serve.

(2) Accessible routes shall connect accessible buildings, facilities, elements, and spaces that are on the same site.

(3) Accessible routes shall connect accessible building or facility entrances with all accessible spaces and elements and with all accessible dwelling units within the building or facility.

(4) Accessible routes shall connect accessible entrances of each accessible dwelling unit with those exterior and interior spaces and facilities that serve the accessible dwelling unit.

**4.3.3 Width.** The minimum clear width of an accessible route shall be 36 in (915 mm) except at doors (see 4.13.5). If a person in a wheelchair must make a turn around an obstruction, the minimum clear width of the accessible route shall be as shown in Fig. 7(a) and (b).

**4.3.4 Passing Space.** If an accessible route has less than 60 in (1525 mm) clear width, then passing spaces at least 60 in by 60 in (1525 mm by 1525 mm) shall be located at reasonable intervals not to exceed 200 ft (61 m). An intersection of two corridors or walks shall also be considered a passing space.

*See Appendix for additional information

**4.3.5 Headroom.** Accessible routes shall comply with 4.4.2.

**4.3.6 Surface Texture.** The surface of an accessible route shall comply with 4.5.

**4.3.7 Slope.** An accessible route with a running slope greater than 1:20 is a ramp and shall comply with 4.8. Nowhere shall the cross slope of an accessible route exceed 1:50.

**4.3.8 Changes in Level.** Changes in level along an accessible route shall comply with 4.5.2. If an accessible route has changes in level greater than ½ in (13 mm), then a curb ramp, ramp, elevator, or platform lift shall be provided that complies with 4.7, 4.8, 4.10, or 4.11, respectively. Stairs shall not be part of an accessible route.

**4.3.9 Doors.** Doors that are part of an accessible route shall comply with 4.13.

**4.3.10\* Egress.** Accessible routes serving any accessible space or element shall also serve as a means of egress for emergencies or connect to an accessible place of refuge. Such accessible routes and places of refuge shall comply with the requirements established by the administrative authority having jurisdiction.

## 4.4 Protruding Objects

**4.4.1\* General.** Objects projecting from walls (for example, telephones) with their leading edges between 27 in and 80 in (685 mm and 2030 mm) above the finished floor shall protrude no more than 4 in (100 mm) into walks, halls, corridors, passageways, or aisles (see Fig. 8(a)). Objects mounted with their leading edges at or below 27 in (685 mm) above the finished floor may protrude any amount (see Fig. 8(a) and (b)). Free-standing objects mounted on posts or pylons may overhang 12 in (305 mm) maximum from 27 in to 80 in (685 mm to 2030 mm) above the ground or finished floor (see Fig. 8(c), (d), and (e)). Protruding objects shall not reduce the clear width required for an accessible route or maneuvering space (see Fig. 8(f)).

**4.4.2 Headroom.** Walks, halls, corridors, passageways, aisles, or other circulation spaces shall have 80 in (2030 mm) minimum clear headroom (see Fig. 8(a)). If vertical clearance of an area adjoining an accessible route is reduced to less than 80 in (2030 mm) nominal dimension, a guardrail or other barrier having its leading edge at or below 27 in (685 mm) above the finished floor shall be provided (see Fig. 8(c) and (d)).

21



*(a)  Forward Reach Limit*



ITEMS WITHIN
DASHED LINES ARE
WITHIN REACH

CLEAR FLOOR OR
GROUND SPACE
SHALL EXTEND NO
MORE THAN 25 in
(635 mm) UNDER
THE OBSTRUCTION

NOTE: x = Reach distance, y = Maximum height, z =
Clear knee space. z is the clear space below the obstruction,
which shall be at least as deep as the reach distance, x.

*(b)  Maximum Forward Reach over an Obstruction*

**Fig. 5**
**Forward Reach**





(a) *Clear Floor Space — Parallel Approach*



(b) *High and Low Side Reach Limits*



(c) *Maximum Side Reach over Obstruction*

**Fig. 6**
**Side Reach**

23



*(a) Width of Accessible Route for 90° Turn*



NOTE: Dimensions shown apply when $x < 48$ in
(1220 mm)

*(b) Width of Accessible Route for Turns
around an Obstruction*

Fig. 7
**Accessible Routes and Ground and Floor Surfaces**

24

ANSI A117.1-1986                                    4.4 PROTRUDING OBJECTS



(c) *Vertical Changes in Level*          (d) *Beveled Changes in Level*

Fig. 7
Accessible Routes and Ground and Floor Surfaces (*Continued*)



(a) *Walking Parallel to a Wall*

Fig. 8
Protruding Objects

25



*(b) Walking Perpendicular to a Wall*



*(c) Free-Standing Objects*



*(d) Overhead Hazards*

**Fig. 8 Protruding Objects (*Continued*)**



*(e) Objects Mounted on Posts or Pylons*



*(f) Example of Protection around Wall-Mounted Objects and Measurements of
   Clear Widths*

**Fig. 8 Protruding Objects (*Continued*)**

27

## 4.5 Ground and Floor Surfaces

**4.5.1\* General.** Ground and floor surfaces along accessible routes and in accessible rooms and spaces, including floors, walks, ramps, stairs, and curb ramps, shall be stable, firm, and slip resistant, and shall comply with 4.5.

**4.5.2 Changes in Level.** Changes in level up to ¼ in (6 mm) may be vertical and without edge treatment. Changes in level between ¼ in and ½ in (6 mm and 13 mm) shall be beveled with a slope no greater than 1:2 (see Fig. 7(c) and (d)). Changes in level greater than ½ in (13 mm) shall be accomplished by means of a ramp that complies with 4.7 or 4.8.

**4.5.3\* Carpet.** If carpet or carpet tile is used on a ground or floor surface, then it shall be securely attached; have a firm cushion, pad, or backing or no cushion or pad; and have a level loop, textured loop, level cut pile, or level cut/uncut pile texture. The maximum pile height shall be ½ in (13 mm). Exposed edges of carpet shall be fastened to floor surfaces and have trim along the entire length of the exposed edge. Carpet edge trim shall comply with 4.5.2.

**4.5.4 Gratings.** If gratings are located in walking surfaces, then they shall have spaces no greater than ½ in (13 mm) wide in one direction. If gratings have elongated openings, then they shall be placed so that the long dimension is perpendicular to the dominant direction of travel.

## 4.6 Parking Spaces and Passenger Loading Zones

**4.6.1 General.** Accessible parking spaces shall comply with 4.6.2. Accessible passenger loading zones shall comply with 4.6.3.

Parking spaces designated for physically handicapped people and accessible passenger loading zones that serve a particular building shall be located on the shortest possible accessible circulation route to an accessible entrance of the building. In separate parking structures or lots that do not serve a particular building, parking spaces for physically handicapped people shall be located on the shortest possible circulation route to an accessible pedestrian entrance of the parking facility.

**4.6.2\* Parking Spaces.** Parking spaces for physically handicapped people shall be at least 96 in (2440 mm) wide and shall have an adjacent access

*See Appendix for additional information.

28

aisle 60 in (1525 mm) wide minimum (see Fig. 9). Parking access aisles shall be part of the accessible route to the building or facility entrance and shall comply with 4.3. Two accessible parking spaces may share a common access aisle. Parked vehicle overhangs shall not reduce the clear width of an accessible circulation route.

Accessible parking spaces shall be designated as reserved for physically handicapped people by a sign showing the symbol of accessibility (see 4.28.5). Such signs shall not be obscured by a vehicle parked in the space.

**4.6.3 Passenger Loading Zones.** Passenger loading zones shall provide an access aisle at least 48 in (1220 mm) wide and 20 ft (6 m) long adjacent and parallel to the vehicle pull-up space (see Fig. 10). If



**Fig. 9**
*Dimensions of Parking Spaces*



**Fig. 10**
**Access Aisle at Passenger Loading Zones**

there are curbs between the access aisle and the vehicle pull-up space, then a curb ramp complying with 4.7 shall be provided.

A minimum vertical clearance of 108 in (2745 mm) shall be provided at accessible passenger loading zones and along vehicle access routes to such areas from site entrances.

## 4.7 Curb Ramps

**4.7.1 Location.** Curb ramps complying with 4.7 shall be provided wherever an accessible route crosses a curb.

**4.7.2 Slope.** Slopes of curb ramps shall comply with 4.8.2. The slope shall be measured as shown in Fig. 11. Maximum counterslopes of adjoining gutters and road surfaces immediately adjacent to the curb ramp or accessible route shall not exceed 1:20.

**4.7.3 Width.** The minimum width of a curb ramp shall be 36 in (915 mm), exclusive of flared sides.

**4.7.4 Surface.** Surfaces of curb ramps shall comply with 4.5.

**4.7.5 Sides of Curb Ramps.** If a curb ramp is located where pedestrians must walk across the ramp, then it shall have flared sides; the maximum slope of the flare shall be 1:10 (see Fig. 12(a)). Curb ramps with returned curbs may be used where pedestrians would not normally walk across the ramp (see Fig. 12(b)).

**4.7.6 Built-Up Curb Ramps.** Built-up curb ramps shall be located so that they do not project into vehicular traffic lanes (see Fig. 13).



NOTES:
(1) Slope = x:x. where x is a level plane
(2) Counterslope shall not exceed 1:20

**Fig. 11**
**Measurement of Curb Ramp Slopes**



**Fig. 13**
**Built-Up Curb Ramp**



NOTE: If x < 48 in (1220 mm), then the slope of the flared sides shall not exceed 1:12

*(a) Flared Sides*



*(b) Returned Curb*

**Fig. 12**
**Sides of Curb Ramps**

29

**4.7.7 Warning Textures.** A curb ramp shall have a detectable warning texture complying with 4.27 and extending the full width and depth of the curb ramp, including any flares (see Fig. 14).

**4.7.8 Obstructions.** Curb ramps shall be located or protected to prevent their obstruction by parked vehicles.

**4.7.9 Location at Marked Crossings.** Curb ramps at marked crossings shall be wholly contained within the markings, excluding any flared sides (see Fig. 15).

**4.7.10 Diagonal Curb Ramps.** If diagonal (or corner-type) curb ramps have returned curbs or other well-defined edges, such edges shall be parallel to the direction of pedestrian flow. The bottom of diagonal curb ramps shall have 48-in (1220-mm) minimum clear space as shown in Fig. 15(c) and (d). If diagonal curb ramps are provided at marked crossings, the 48-in (1220-mm) clear space shall be within the markings (see Fig. 15(c) and (d)). If diagonal curb ramps have flared sides, they shall also have a segment of straight curb at least 24 in (610 mm) long located on each side of the curb ramp and within the marked crossing (see Fig. 15(c)).

**4.7.11 Islands.** Any raised islands in crossings shall be cut through level with the street or have curb ramps at both sides and a level area at least 48 in (1220 mm) long in the part of the island intersected by the crossings (see Fig. 15(a) and (b)).

---

*See Appendix for additional information.



DETECTABLE
WARNING



DETECTABLE
WARNING

**Fig. 14
Warning Signals at Curb Ramps**

**4.7.12 Uncurbed Intersections.** If there is no curb at the intersection of a walk and an adjoining street, parking lot, or busy driveway, then the walk shall have a detectable warning texture complying with 4.27.5 at the edge of the vehicular way.

### 4.8 Ramps

**4.8.1\* General.** Any part of an accessible route with a slope greater than 1:20 shall be considered a ramp and shall comply with 4.8.

**4.8.2\* Slope and Rise.** The least possible slope shall be used for any ramp. The maximum slope of a ramp in new construction shall be 1:12. The maximum rise for any ramp run shall be 30 in (760 mm) (see Fig. 16). Curb ramps and ramps to be constructed on existing sites or in existing buildings or facilities may have slopes and rises as shown in Table 3 if space limitations prohibit the use of a 1:12 slope or less.



|  | Maximum Rise | | Maximum Horizontal Projection | |
|---|---|---|---|---|
| Slope | in | mm | ft | m |
| 1:12 to 1:15 | 30 | 760 | 30 | 9 |
| 1:16 to 1:19 | 30 | 760 | 40 | 12 |
| 1:20 | 30 | 760 | 50 | 15 |

**Fig. 16
Components of a Single Ramp Run and
Sample Ramp Dimensions**

**Table 3
Allowable Ramp Dimensions for Construction in
Existing Sites, Buildings, and Facilities**

| Slope† | Maximum Rise | | Maximum Run | |
|---|---|---|---|---|
|  | in | mm | ft | m |
| Steeper than 1:10 but no steeper than 1:8 | 3 | 75 | 2 | 0.6 |
| Steeper than 1:12 but no steeper than 1:10 | 6 | 150 | 5 | 1.5 |

†A slope steeper than 1:8 not allowed



**Fig. 15**
**Curb Ramps at Marked Crossings**

**4.8.3 Clear Width.** The minimum clear width of a ramp shall be 36 in (915 mm) (see Fig. 17).



**Fig. 17**
**Examples of Edge Protection and Handrail Extensions**

**4.8.4 Landings.** Ramps shall have level landings at the bottom and top of each run. Landings shall have the following features:

(1) The landing shall be at least as wide as the widest ramp run leading to it

(2) The landing length shall be a minimum of 60 in (1525 mm) clear

(3) If ramps change direction at landings, the minimum landing size shall be 60 in by 60 in (1525 mm by 1525 mm)

(4) If a doorway is located at a landing, then the area in front of the doorway shall comply with 4.13.6

**4.8.5* Handrails.** If a ramp run has a rise greater than 6 in (150 mm) or a horizontal projection greater than 72 in (1830 mm), then it shall have handrails on both sides. Handrails are not required on curb ramps. Handrails shall have the following features:

(1) Handrails shall be provided along both sides of ramp segments. The inside handrail on switch-back or dogleg ramps shall always be continuous.

(2) If handrails are not continuous, they shall extend at least 12 in (305 mm) beyond the top and bottom of the ramp segment and shall be parallel with the floor or ground surface.

(3) The clear space between the handrail and the wall shall be 1½ in (38 mm). Handrails may be located in a recess if the recess is a maximum of 3 in (75 mm) deep and extends at least 18 in (455 mm) above the top of the rail (see Fig. 39(d)).

(4) Gripping surfaces shall be continuous, without interruption by newel posts, other construction elements, or obstructions.

(5) The diameter or width of the gripping surfaces of a handrail shall be 1¼ in to 1½ in (32 mm to 38 mm), or the shape shall provide an equivalent

*See Appendix for additional information

gripping surface (see Fig. 39(a), (b), and (c)). Standard pipe sizes designated by the industry as 1¼ in to 1½ in (32 mm to 38 mm) are acceptable industry tolerances as noted under 3.2.

(6) The top of handrail gripping surfaces shall be mounted between 30 in and 34 in (760 mm and 865 mm) above ramp surfaces.

(7) A handrail and any wall or other surface adjacent to it shall be free of any sharp or abrasive elements. Edges shall have a minimum radius of ⅛ in (3.2 mm).

**4.8.6 Cross Slope and Surfaces.** The cross slope of ramp surfaces shall be no greater than 1:50. Ramp surfaces shall comply with 4.5.

**4.8.7 Edge Protection.** Ramps and landings with drop-offs shall have curbs, walls, railings, or projecting surfaces that prevent people from slipping off the ramp. Curbs shall be a minimum of 2 in (51 mm) high (see Fig. 17).

**4.8.8 Outdoor Conditions.** Outdoor ramps and their approaches shall be designed so that water will not accumulate on walking surfaces.

## 4.9 Stairs

**4.9.1 General.** Stairs that are required as a means of egress and stairs between floor levels not connected by an elevator shall comply with 4.9.

**4.9.2 Treads and Risers.** On any given flight of stairs, all steps shall have uniform riser heights and uniform tread depth. Risers shall be a maximum of 7 in (180 mm) in height, and stair treads shall be no less than 11 in (280 mm) in depth, measured from riser to riser (see Fig. 18(a)). Open risers are not permitted on accessible routes.

  

*(a) Flush Riser*          *(b) Angled Nosing*          *(c) Rounded Nosing*

**Fig. 18**
**Usable Tread Width and Examples of Acceptable Nosings**



(a) Plan

(b) Elevation of Center
Handrail

(c) Extension at Bottom of Run

(d) Extension at Top of Run

Fig. 19
Stair Handrails

**4.9.3 Nosings.** The undersides of nosings shall not be abrupt. The radius of curvature at the leading edge of the tread shall be no greater than ½ in (13 mm). Risers shall be sloped or the underside of the nosing shall have an angle not less than 60 degrees from the horizontal. Nosings shall project no more than 1½ in (38 mm) (see Fig. 18).

**4.9.4 Handrails.** Stairways intended for public use or as specified by the authority having jurisdiction shall have handrails at both sides of all stairs. Handrails shall have the following features:

(1) Handrails shall be continuous along both sides of stairs. The inside handrail on switchback or dogleg stairs shall always be continuous (see Fig. 19(a) and (b)).

(2) If handrails are not continuous, they shall extend at least 12 in (305 mm) beyond the top riser and at least 12 in (305 mm) plus the width of one tread beyond the bottom riser. At the top, the extension shall be parallel with the floor or ground surface. At the bottom, the handrail shall continue to slope for a distance of the width of one tread from the bottom riser; the remainder of the extension shall be horizontal (see Fig. 19(c) and (d)). Handrail extensions shall comply with 4.4.

(3) The clear space between the handrail and the wall shall be 1½ in (38 mm). Handrails may be located in a recess if the recess is a maximum of 3 in (75 mm) deep and extends at least 18 in (455 mm) above the top of the rail (see Fig. 39(d)).

(4) Gripping surfaces shall be continuous, without interruption by newel posts, other construction elements, or obstructions.

(5) The diameter or width of the gripping surfaces of a handrail shall be 1¼ in to 1½ in (32 mm to 38 mm), or the shape shall provide an equivalent gripping surface (see Fig. 39(a), (b), and (c)). Standard pipe sizes designated by the industry as 1¼ in to 1½ in (32 mm to 38 mm) are acceptable industry tolerances as noted under 3.2.

(6) The top of handrail gripping surfaces shall be mounted between 30 in and 34 in (760 mm and 865 mm) above stair nosings.

(7) A handrail and any wall or other surface adjacent to it shall be free of any sharp or abrasive elements. Edges shall have a minimum radius of ⅛ in (3.2 mm).

## 4.10 Elevators

**4.10.1 General.** Passenger elevators on accessible routes shall comply with ANSI/ASME A17.1-1984 and A17.1a-1985. This standard does not preclude the use of residential elevators or wheelchair lifts when appropriate and approved by administrative authorities. Freight elevators shall not be considered as meeting the requirements of this section unless the only elevators provided are used as combination passenger and freight elevators.

**4.10.2 Automatic Operations.** Elevator operation shall be automatic. Each car shall be equipped with a self-leveling feature that will automatically bring the car to floor landings within a tolerance of ½ in (13 mm) under rated loading to zero loading conditions. This self-leveling feature shall be automatic and independent of the operating device and shall correct for overtravel or undertravel.

**4.10.3 Hall Call Buttons.** Call buttons in elevator lobbies and halls shall be centered at 42 in (1065 mm) above the floor. Such call buttons shall have visual signals to indicate when each call is registered and when each call is answered. Call buttons shall be a minimum of ¾ in (19 mm) in the smallest dimension. The button designating the up direction shall be on top (see Fig. 20).



NOTE: The automatic door reopening device is activated if an object passes through either line A or line B. Line A and line B represent the vertical locations of the door reopening device not requiring contact.

**Fig. 20**
**Hoistway and Elevator Entrances**

**4.10.4 Hall Lanterns.** A visible and audible signal shall be provided at each hoistway entrance to indicate which car is answering a call. Audible signals shall sound once for the up direction and twice for the down direction, or shall have verbal annunciators that say "up" or "down." Visible signals shall have the following features:

(1) Hall lantern fixtures shall be mounted so that their centerline is at least 72 in (1830 mm) above the lobby floor.

(2) Visual elements shall be at least 2½ in (63 mm) in the smallest dimension.

(3) Signals shall be visible from the vicinity of the hall call button. In-car lanterns located in cars, visible from the vicinity of hall call buttons, and conforming to the above requirements, shall be acceptable (see Fig. 20).

**4.10.5 Raised Characters on Hoistway Entrances.** All elevator hoistway entrances shall have raised floor designations provided on both jambs. The centerline of the characters shall be 60 in (1525 mm) from the floor. Such characters shall be a nominal 2 inches (51 mm) in height (see 3.2) and shall comply with 4.28. Permanently applied plates are acceptable if they are permanently fixed to the jambs (see Fig. 20).

**4.10.6* Door Protective and Reopening Device.** Elevator doors shall open and close automatically. They shall be provided with a reopening device that will stop and reopen a car door and hoistway door automatically if the door becomes obstructed by an object or person. The device shall be activated by sensing an obstruction passing through the door between 5 in and 29 in (125 mm and 735 mm) above the floor. It shall not require physical contact to be activated, although contact may occur before the door reverses (see Fig. 20). Door reopening devices shall remain effective for at least 20 seconds. After such interval, doors may close in accordance with the requirements of ANSI/ASME A17.1-1984 and A17.1a-1985.

**4.10.7* Door and Signal Timing for Hall Calls.** The minimum acceptable time from notification that a car is answering a call until the doors of that car start to close shall be calculated from one of the following equations:

$$T = \frac{D}{1.5 \text{ ft/s}} \text{ or } T = \frac{D}{455 \text{ mm/s}}$$

where $T$ = total time in seconds and $D$ = distance (in feet or millimeters) from a point in the lobby or corridor 60 in (1525 mm) directly in front of the



(a) *Travel Distance*

| Travel Distance | | Time |
|---|---|---|
| ft | m | (s) |
| 0 7.5 | 0 2.3 | 5 |
| 10 | 3 | 7 |
| 15 | 4 5 | 10 |
| 20 | 6 | 13 |



(b) *Graph of Notification Time*

**Fig. 21
Timing Equation**

farthest call button controlling that car to the centerline of its hoistway door (see Fig. 21).

The minimum acceptable notification time shall be 5 seconds.

For cars with in-car lanterns, $T$ begins when the lantern is visible from the vicinity of the hall call buttons and an audible signal is sounded.

**4.10.8 Door Delay for Car Calls.** The minimum time for elevator doors to remain fully open in response to a car call shall be 3 seconds.

**4.10.9 Floor Plan of Elevator Cars.** The floor area of elevator cars shall provide space for wheel-



NOTE: Elevator cars with a minimum width less than that shown above, but no less than 54 in (1370 mm), are allowed for elevators with capacities of less than 2000 lb. A center opening door application necessitates increasing the 68-in (1730-mm) dimension to 80 in (2030 mm)

**Fig. 22**
**Minimum Dimensions of Elevator Cars**

chair users to enter the car, maneuver within reach of controls, and exit from the car. Acceptable door opening and inside dimensions shall be as shown in Fig. 22. The clearance between the car platform sill and the edge of any hoistway landing shall be no greater than 1¼ in (32 mm).

**4.10.10 Floor Surfaces.** Floor coverings shall comply with 4.5.

**4.10.11 Illumination Levels.** The level of illumination at the car controls, platform, and car threshold and landing sill shall be at least 5 footcandles (53.8 lux).

**4.10.12* Car Controls.** Elevator control panels shall have the following features:

(1) *Buttons.* All control buttons shall be at least ¾ in (19 mm) in their smallest dimension. They may be raised, flush, or recessed.

Buttons shall be arranged with numbers in ascending order as shown in Fig. 23(a) and shall read from left to right.

(2) *Tactile and Visual Control Indicators.* All control buttons shall be designated by raised standard alphabet characters for letters, arabic characters for numerals, or standard symbols as shown in

\*See Appendix for additional information.

Fig. 23(a), and as required in ANSI/ASME A17.1-1984 and A17.1a-1985. Raised characters and symbols shall comply with 4.28. The call button for the main entry floor shall be designated by a raised star at the left of the floor designation (see Fig. 23(a)). All raised designations for control buttons shall be placed immediately to the left of the button to which they apply. Applied plates, permanently attached, are an acceptable means to provide raised control designations. Floor buttons shall be provided with visual indicators to show when each call is registered. The visual indicators shall be extinguished when each call is answered.

(3) *Height.* All floor buttons shall be no higher than 54 in (1370 mm) above the floor for side approach and 48 in (1220 mm) for front approach. Emergency controls, including the emergency alarm and emergency stop, shall be grouped at the bottom of the panel and shall have their centerlines no less than 35 in (890 mm) above the floor (see Fig. 23(a) and (b)).

(4) *Location.* Controls shall be located on a front wall if cars have center opening doors, and at the side wall or at the front wall next to the door if cars have side opening doors (see Fig. 23(c) and (d)).



(a) *Panel Detail*

**Fig. 23**
**Car Controls**

37



*(b) Control Height*



*(c) Alternate Locations of Panel with Center Opening Door*



*(d) Alternate Locations of Panel with Side Opening Door*

**Fig. 23 Car Controls (Continued)**

38

**4.10.13\* Car Position Indicators.** In elevator cars, a visual car position indicator shall be provided above the car control panel or over the door to show the position of the elevator in the hoistway. As the car passes or stops at a floor served by the elevators, the corresponding numeral shall illuminate and an audible signal shall sound. Numerals shall be a minimum of ½ in (13 mm) high. The audible signal shall be no less than 20 decibels with a frequency no higher than 1500 Hz. An automatic verbal announcement of the floor number at which a car stops or at which a car passes may be substituted for the audible signal.

**4.10.14\* Emergency Communications.** If provided, car emergency signaling devices between the elevator and a point outside the hoistway shall comply with ANSI/ASME A17.1-1984 and A17.1a-1985. The highest operable part of a two-way communication system shall be a maximum of 54 in (1370 mm) above the floor for side approach and 48 in (1220 mm) for front approach. If the system is located in a closed compartment, the compartment door hardware shall comply with 4.25. It shall be identified by raised symbols and lettering complying with 4.28 and located adjacent to the device. If the system uses a handset, then the length of the cord from the panel to the handset shall be at least 29 in (735 mm). The car emergency signaling device shall not be limitsd to voice communication. If instructions for use are provided, essential information shall be presented in both tactile and visual form.

## 4.11 Platform Lifts

**4.11.1 General.** Platform lifts complying with ANSI/ASME A17.1-1984 and A17.1a-1985 or the applicable safety regulations of administrative authorities having jurisdiction may be used as part of an accessible route.

**4.11.2 Requirements.** Platform lifts on an accessible route shall comply with 4.2.4, 4.5, and 4.25.

## 4.12 Windows

**4.12.1 General.** Windows intended to be operated by occupants in accessible spaces shall comply with 4.12.

---

\*See Appendix for additional information

**4.12.2 Window Hardware.** Windows requiring pushing, pulling, or lifting to open (for example, double-hung, sliding, or casement and awning units without cranks) shall require no more than 5 lbf (22.2 N) to open or close. Locks, cranks, and other window hardware shall comply with 4.25.



(b) *Hinged Door*

## 4.13 Doors

**4.13.1 General.** Doors to accessible spaces and elements and along accessible routes shall comply with the requirements of 4.13.

**4.13.2 Revolving Doors and Turnstiles.** Revolving doors or turnstiles shall comply with 4.13 or shall not be the only means of passage at an accessible entrance or along an accessible route.

**4.13.3 Gates.** Gates, including ticket gates, shall meet all applicable specifications of 4.13.

**4.13.4 Double-Leaf Doorways.** If doorways have two independently operated door leaves, then at least one leaf shall meet the specifications in 4.13.5 and 4.13.6. That leaf shall be an active leaf.

**4.13.5 Clear Width.** Doorways intended for user passage shall have a minimum clear opening of 32 in (815 mm) with the door open 90 degrees, measured between the face of the door and the stop (see Fig. 24(a), (b), (c), and (d)). Openings more than 24 in (610 mm) in depth shall comply with 4.2.1 and 4.3.3 (see Fig. 24(e)).



(c) *Sliding Door*



(d) *Folding Door*



(a) *Detail*

(e) *Maximum Doorway Depth*

**Fig. 24
Clear Doorway Width and Depth**

39

**4.13.6 Maneuvering Clearances at Doors.** Minimum maneuvering clearances at doors that are not automatic shall be as shown in Fig. 25. The floor or ground area within the required clearances shall be level and clear. Entry doors to acute care hospital bedrooms for inpatients shall be exempt from the requirement for space at the latch side of the door (see dimension $x$ in Fig. 25) if the door is at least 44 in (1120 mm) wide.



NOTE: $x = 12$ in (305 mm) if the door has both a closer and a latch

*(a) Front Approaches — Swinging Doors*



NOTE: $x = 36$ in (915 mm) minimum if $y = 60$ in (1525 mm); $x = 42$ in (1065 mm) minimum if $y = 54$ in (1370 mm).

NOTE: $y = 48$ in (1220 mm) minimum if door has both a latch and a closer.

*(b) Hinge-Side Approaches — Swinging Doors*

NOTE: All doors in alcoves shall comply with the clearances for front approaches

**Fig. 25**
**Maneuvering Clearances at Doors**



(c) *Latch-Side Approaches — Swinging Doors*



(d) *Front Approach — Sliding Doors and Folding Doors*

(e) *Slide-Side Approach — Sliding Doors and Folding Doors*

(f) *Latch-Side Approach — Sliding Doors and Folding Doors*

NOTE: All doors in alcoves shall comply with the clearances for front approaches

**Fig. 25 Maneuvering Clearances at Doors (*Continued*)**

41

**4.13.7 Two Doors in Series.** The minimum space between two hinged or pivoted doors in series shall be 48 in (1220 mm) plus the width of any door swinging into the space. Doors in series shall swing either in the same direction or away from the space between the doors (see Fig. 26).





**Fig. 26**
**Two Hinged Doors in Series**

**4.13.8\* Thresholds at Doorways.** Thresholds at doorways shall not exceed ¼ in (19 mm) in height for exterior residential sliding doors or ½ in (13 mm) for other types of doors. Raised thresholds and floor level changes at accessible doorways shall be beveled with a slope no greater than 1:2 (see 4.5.2).

**4.13.9\* Door Hardware.** Handles, pulls, latches, locks, and other operating devices on accessible doors shall have a shape that is easy to grasp with one hand and does not require tight grasping, tight pinching, or twisting of the wrist to operate. They shall be mounted within reach ranges specified in 4.2. Lever-operated mechanisms, push-type mechanisms, and U-shaped handles are acceptable designs. When sliding doors are fully open, operating hardware shall be exposed and usable from both sides. In dwelling units, only doors at accessible entrances to the unit itself shall comply with the requirements of this paragraph. Doors to hazardous areas shall have hardware complying with 4.27.3.

**4.13.10\* Door Closers.** If a door has a closer, then the sweep period of the closer shall be adjusted so that from an open position of 90 degrees, the door will take at least 3 seconds to move to an open position of approximately 12 degrees.

**4.13.11\* Door-Opening Force.** The maximum force, expressed in pounds-force (lbf) and newtons (N), for pushing or pulling open a door shall be as follows:

(1) Fire doors shall have the minimum opening force allowable by the appropriate administrative authority.

(2) Other doors:
| | | |
|---|---|---|
| (a) Exterior hinged doors: | 8.5 | lbf (37.8 N) |
| (b) Interior hinged doors: | 5 | lbf (22.2 N) |
| (c) Sliding or folding doors: | 5 | lbf (22.2 N) |

These forces do not apply to the force required to retract latch bolts or disengage other devices that may hold the door in a closed position.

**4.13.12 Automatic Doors.** If an automatic door is used, it shall comply with ANSI/BHMA A156.10-1985.

**4.13.13 Power-Assisted Doors and Low-Energy Power-Operated Doors.** Power-assisted doors shall comply with ANSI/BHMA A156.19-1984. Such doors shall not open to back check faster than 3 seconds and shall require no more than 15 lbf (66.6 N) to stop door movement.

---

\*See Appendix for additional information

## 4.14 Entrances

**4.14.1 General.** Entrances to a building or facility that are part of an accessible route shall comply with 4.3. Such entrances shall be connected by an accessible route to public transportation stops, to accessible parking and passenger loading zones, and to public streets or sidewalks if available (see 4.3.2(1)). They shall also be connected by an accessible route to all accessible spaces or elements within the building or facility.

**4.14.2 Service Entrances.** A service entrance shall not be the sole accessible entrance unless it is the only entrance to a building or facility (for example, in a factory or garage).

## 4.15 Drinking Fountains and Water Coolers

**4.15.1 General.** All drinking fountains and water coolers on an accessible route shall comply with 4.4. Accessible drinking fountains or water coolers shall comply with 4.15 and shall be on an accessible route.

**4.15.2\* Spout Height.** Spouts shall be no higher than 36 in (915 mm), measured from the floor or ground surfaces to the spout outlet (see Fig. 27(a)).

**4.15.3 Spout Location.** The spouts of drinking fountains and water coolers shall be at the front of the unit and shall direct the water flow in a trajectory that is parallel or nearly parallel to the front of the unit. The spout shall provide a flow of water at least 4 in (100 mm) high so as to allow the insertion of a cup or glass under the flow of water.

**4.15.4 Controls.** Controls shall be located at or near the front edge of the fountain or water cooler and shall comply with 4.25.4.

**4.15.5 Clearances**

(1) Wall-mounted and post-mounted cantilevered units shall have a clear knee space between the bottom of the apron and the floor or ground at least 27 in (685 mm) high, 30 in (760 mm) wide, and 17 in to 19 in (430 mm to 485 mm) deep (see Fig. 27(a) and (b)). Such units shall also have a minimum clear floor space 30 in by 48 in (760 mm by 1220 mm) to allow a person in a wheelchair to approach the unit facing forward.

(2) Free-standing or built-in units not having a clear space under them shall have a clear floor space at least 30 in by 48 in (760 mm by 1220 mm) that allows a person in a wheelchair to make a parallel approach to the unit (see Fig. 27(c) and (d)). This clear floor space shall comply with 4.2.4.

4.15 DRINKING FOUNTAINS AND WATER COOLERS　　　　　　　　　　　ANSI A117.1-1986



(a)  *Spout Height and Knee Clearance*

(b)  *Clear Floor Space*



(c)  *Free-Standing Fountain or Cooler*

(d)  *Built-In Fountain or Cooler*

**Fig. 27**
**Drinking Fountains and Water Coolers**

44

## 4.16 Water Closets

**4.16.1 General.** Accessible water closets shall comply with 4.16. For water closets in dwelling units, see 4.32.4.2.

**4.16.2 Clear Floor Space.** Clear floor space for water closets not in stalls shall comply with Fig. 28. Clear floor space may be arranged to allow either a left-hand or right-hand approach.





**Fig. 28**
**Clear Floor Space at Water Closets**

45

**4.16.3\* Height.** The height of water closets shall be 17 in to 19 in (430 mm to 485 mm), measured to the top of the toilet seat (see Fig. 29). Seats shall not be sprung to return to a lifted position.

**4.16.4\* Grab Bars.** Grab bars for water closets not located in stalls shall comply with Fig. 29 and with 4.24.

*See Appendix for additional information

**4.16.5\* Flush Controls.** Flush controls shall be hand operated or automatic and shall comply with 4.25.4. Controls for flush valves shall be mounted for use from the wide side of the toilet stall and shall be no more than 44 in (1120 mm) above the floor.

**4.16.6 Dispensers.** Toilet paper dispensers shall comply with 4.25.4 and shall be installed within reach. as shown in Fig. 29(b).



*(a) Back Wall*



*(b) Side Wall*



ELONGATED
WALL-HUNG



STALL TYPE

*(c) Urinals*

**Fig. 29**
**Water Closets and Urinals**

## 4.17 Toilet Stalls

**4.17.1 General.** Accessible toilet stalls shall be on an accessible route and shall comply with the requirements of 4.17.

**4.17.2 Water Closets.** Water closets in accessible stalls shall comply with 4 16.

**4.17.3 Size and Arrangement.** The size and arrangement of toilet stalls shall comply with either Fig. 30(a) or (b). Toilet stalls with a minimum depth of 56 in (1420 mm) (see Fig. 30(a)) or 66 in (1675 mm) (see Fig. 30(b)) shall have wall-mounted water closets. If the depth of toilet stalls is increased at least 3 in (75 mm), then a floor-mounted water closet may be used. Arrangements shown for stalls may be reversed to allow either a left-hand or a right-hand approach.

**4.17.4 Toe Clearances.** In standard stalls, the front partition and at least one side partition shall provide a toe clearance of at least 9 in (230 mm) above the floor. If the depth of the stall is greater than 60 in (1525 mm), then the toe clearance is not required.

**4.17.5* Doors.** Toilet stall doors shall comply with 4.13, except that if the approach is to the latch side of the stall door, the clearance between the door side of the stall and any obstruction may be reduced to a minimum of 42 in (1065 mm) (see Fig. 30).

**4.17.6 Grab Bars.** Grab bars complying with the length and positioning shown in Fig. 30(a), (b), (c), and (d) shall be provided. Grab bars may be mounted by any desired method as long as they have a gripping surface at the locations shown and do not obstruct the required clear floor area. Grab bars shall comply with 4.24.

## 4.18 Urinals

**4.18.1 General.** Accessible urinals shall comply with 4.18.

**4.18.2 Height.** Urinals shall be stall type or wall hung with an elongated rim at a maximum of 17 in (430 mm) above the floor (see Fig. 29(c)).

**4.18.3 Clear Floor Space.** A clear floor space 30 in by 48 in (760 mm by 1220 mm) shall be provided

*See Appendix for additional information

in front of urinals to allow forward approach This clear space shall adjoin or overlap an accessible route and shall comply with 4.2.4. Privacy shields allowing less than 30 in (760 mm) clear width shall not extend beyond the front edge of the urinal rim.

**4.18.4 Flush Controls.** Flush controls shall be hand operated or automatic, shall comply with 4.25.4, and shall be mounted no more than 44 in (1120 mm) above the floor.

## 4.19 Lavatories, Sinks, and Mirrors

**4.19.1 General.** Accessible lavatory fixtures, sinks, vanities, and built-in lavatories shall comply with 4.19.

**4.19.2 Height and Clearances**

**4.19.2.1 Lavatories.** Lavatories shall be mounted with a clearance of at least 29 in (735 mm) from the floor to the bottom of the apron. Knee and toe clearances shall comply with Fig. 31.

**4.19.2.2 Sinks.** Sinks shall be mounted with the counter or rim no higher than 34 in (865 mm) from the floor. Each sink shall be a maximum of 6½ in (165 mm) deep. (Sinks in kitchens of accessible dwelling units shall comply with 4.32.5.5.)

**4.19.3 Clear Floor Space.** A clear floor space 30 in by 48 in (760 mm by 1220 mm) complying with 4.2.4 shall be provided in front of a lavatory or sink to allow a forward approach. Such clear floor space shall adjoin or overlap an accessible route and shall extend a maximum of 19 in (485 mm) underneath the lavatory or sink (see Fig. 32).

**4.19.4 Exposed Pipes and Surfaces.** Hot water and drain pipes under lavatories or sinks shall be insulated or otherwise protected if they abut the clearance areas indicated in Fig. 31 There shall be no sharp or abrasive surfaces under lavatories or sinks.

**4.19.5 Faucets.** Faucets shall comply with 4.25.4. Conventional one-quarter-turn, lever-operated, push-type, and automatically controlled mechanisms are examples of acceptable designs Self-closing valves are allowed if the faucet remains open for at least 10 seconds.

**4.19.6* Mirrors.** Mirrors shall be mounted with the bottom edge of the reflecting surface no higher than 40 in (1015 mm) from the floor (see Fig. 31).

4.19 LAVATORIES, SINKS, AND MIRRORS                                   ANSI A117.1-1986



MIDDLE OF ROW



END OF ROW

(a) *Standard Stalls*

Fig. 30
Toilet Stalls

ANSI A117.1-1986                                    4.19 LAVATORIES, SINKS, AND MIRRORS



(b) Alternate Stalls

(c) Rear Wall of Standard Stalls

(d) Side Walls

Fig. 30 Toilet Stalls (Continued)

49



NOTE: Dashed line indicates dimensional clearance of optional underlavatory enclosure

**Fig. 31**
**Lavatory Clearances**



**Fig. 32**
**Clear Floor Space at Lavatories**

## 4.20 Bathtubs

**4.20.1 General.** Accessible bathtubs shall comply with 4.20. For bathtubs in dwelling units, see 4.32.4.4.

**4.20.2 Floor Space.** Clear floor space in front of bathtubs shall be as shown in Fig. 33.

**4.20.3 Seat.** An in-tub seat or a seat at the head end of the tub shall be provided as shown in Fig. 33 and 34. The structural strength of seats and their attachments shall comply with 4.24.3. Seats shall be mounted securely and shall not slip during use.

**4.20.4 Grab Bars.** Grab bars complying with 4.24 shall be provided as shown in Fig. 33 and 34.

**4.20.5 Controls.** Faucets and other controls complying with 4.25.4 shall be located as shown in Fig. 34.

**4.20.6 Shower Unit.** A shower spray unit shall be provided with a hose at least 60 in (1525 mm) long that can be used as a fixed shower head or as a hand-held shower. If an adjustable-height shower head mounted on a vertical bar is used, the bar shall be installed so as not to obstruct the use of grab bars.

**4.20.7 Bathtub Enclosures.** If provided, enclosures for bathtubs shall not obstruct controls or transfer from wheelchairs onto bathtub seats or into tubs. Enclosures on bathtubs shall not have tracks mounted on their rims.



*(a) With Seat in Tub*



*(b) With Seat at Head of Tub*

**Fig. 33
Clear Floor Space at Bathtubs**

51

4.20 BATHTUBS                                                                    ANSI A117.1-1986



(a)  *With Seat in Tub*



(b)  *With Seat at Head of Tub*

Fig. 34
Grab Bars at Bathtubs

52

## 4.21 Shower Stalls

**4.21.1\* General.** Accessible shower stalls shall comply with 4.21. For shower stalls in dwelling units, see 4.32.4.5.

**4.21.2 Size and Clearances.** Shower stall size and clear floor space shall comply with Fig. 35(a) or (b). The shower stall in Fig. 35(a) shall be 36 in by 36 in (915 mm by 915 mm). The shower stall in Fig. 35(b) will fit into the space required for a bathtub.

\*See Appendix for additional information

**4.21.3 Seat.** A seat shall be provided in shower stalls 36 in by 36 in (915 mm by 915 mm) and shall be as shown in Fig. 36. The seat shall be mounted 17 in to 19 in (430 mm to 485 mm) from the bathroom floor and shall extend the full depth of the stall. The seat shall be on the wall opposite the controls. The structural strength of seats and their attachments shall comply with 4.24.3.

**4.21.4 Grab Bars.** Grab bars complying with 4.24 shall be provided as shown in Fig. 37.

**4.21.5 Controls.** Faucets and other controls complying with 4.25.4 shall be located as shown in Fig. 37. In shower stalls 36 in by 36 in (915 mm by 915 mm), all controls, faucets, and the shower unit shall be mounted on the side wall opposite the seat.

**4.21.6\* Shower Unit.** A shower spray unit shall be provided with a hose at least 60 in (1525 mm) long that can be used as a fixed shower head or as a hand-held shower. If an adjustable-height shower head mounted on a vertical bar is used, the bar shall be installed so as not to obstruct the use of grab bars.

**4.21.7 Curbs.** If provided, curbs in shower stalls 36 in by 36 in (915 mm by 915 mm) shall be no higher than 4 in (100 mm). Shower stalls that are 30 in by 60 in (760 mm by 1525 mm) shall not have curbs.

**4.21.8 Shower Enclosures.** If provided, enclosures for shower stalls shall not obstruct controls or obstruct transfer from wheelchairs onto shower seats.



*(a) 36-in by 36-in (915-mm by 915-mm) Stall*



*(b) 30-in by 60-in (760-mm by 1525-mm) Stall*

**Fig. 35
Shower Sizes and Clearances**



**Fig. 36
Shower Seat Design**

53



(a) 36-in by 36-in (915-mm by 915-mm) Stall



NOTE: Shower head and control area may be on back wall (as shown) or on either side wall.

(b) 30-in by 60-in (760-mm by 1525-mm) Stall

Fig. 37
Grab Bars at Shower Stalls

## 4.22 Toilet Rooms, Bathrooms, Bathing Facilities, and Shower Rooms

**4.22.1 General.** Accessible toilet rooms, bathrooms, bathing facilities, and shower rooms shall comply with 4.22 and shall be on an accessible route.

**4.22.2 Doors.** All doors to accessible toilet rooms, bathrooms, bathing facilities, and shower rooms shall comply with 4.13. Doors may swing into the clear floor space required for any fixture only in a toilet or bathroom for individual use that provides sufficient maneuvering space (see Fig. 3) within the room for a person using a wheelchair to enter and close the door, use the fixtures, reopen the door, and exit.

**4.22.3 Clear Floor Space.** Accessible fixtures and controls shall comply with 4.16 through 4.21 and shall be on an accessible route. An unobstructed turning space complying with 4.2.3 and 4.2.4.1 shall be provided within an accessible room. The clear floor spaces at fixtures and controls, the accessible route, and the turning space may overlap.

**4.22.4 Controls and Dispensers.** If controls, dispensers, receptacles, or other equipment are provided, at least one of each shall be on an accessible route and shall comply with 4.25.

**4.22.5\* Medicine Cabinets.** Accessible medicine cabinets shall be located with a usable shelf no higher than 44 in (1120 mm) above the floor. The floor space shall comply with 4.2.4.

## 4.23 Storage

**4.23.1 General.** Accessible storage facilities such as cabinets, shelves, closets, and drawers shall comply with 4.23.

**4.23.2 Clear Floor Space.** A clear floor space at least 30 in by 48 in (760 mm by 1220 mm) complying with 4.2.4 that allows either a forward or parallel approach by a person using a wheelchair shall be provided at accessible storage facilities.

**4.23.3 Height.** Accessible storage spaces shall be within at least one of the reach ranges specified in 4.2.5 and 4.2.6. Clothes rods shall be a maximum of 54 in (1370 mm) from the floor (see Fig. 38).

**4.23.4 Hardware.** Hardware for accessible storage facilities shall comply with 4.25.4. Touch latches and U-shaped pulls are acceptable.

---

*See Appendix for additional information.



**Fig. 38**
**Storage Shelves and Closets**

## 4.24 Grab Bars, and Tub and Shower Seats

**4.24.1\* General.** All grab bars and tub and shower seats in accessible toilet or bathing facilities shall comply with 4.24.

*See Appendix for additional information.

**4.24.2 Size and Spacing of Grab Bars.** The diameter or width of the gripping surfaces of a grab bar shall be 1¼ in to 1½ in (32 mm to 38 mm), or the shape shall provide an equivalent gripping surface. If grab bars are mounted adjacent to a wall, the space between the wall and the grab bar shall be 1½ in (38 mm) (see Fig. 39(e)).



(a) Handrail

(b) Handrail

(c) Handrail

(d) Handrail

(e) Grab Bar

**Fig. 39**
**Size and Spacing of Handrails and Grab Bars**

**4.24.3 Structural Strength.** The structural strength of grab bars, tub and shower seats, fasteners, and mounting devices shall meet the following specifications:

(1) Bending stress in a grab bar or seat induced by the maximum bending moment from the application of 250 lbf (1112 N) shall be less than the allowable stress for the material of the grab bar or seat.

(2) Shear stress induced in a grab bar or seat by the application of 250 lbf (1112 N) shall be less than the allowable shear stress for the material of the grab bar or seat. If the connection between the grab bar or seat and its mounting bracket or other support is considered to be fully restrained, then direct and torsional shear stresses shall be totaled for the combined shear stress, which shall not exceed the allowable shear stress.

(3) Shear force induced in a fastener or mounting device from the application of 250 lbf (1112 N) shall be less than the allowable lateral load of either the fastener or mounting device or the supporting structure, whichever is the smaller allowable load.

(4) Tensile force induced in a fastener by a direct tension force of 250 lbf (1112 N) plus the maximum moment from the application of 250 lbf (1112 N) shall be less than the allowable withdrawal load between the fastener and the supporting structure.

(5) Grab bars shall not rotate within their fittings.

**4.24.4 Eliminating Hazards.** A grab bar and any wall or other surface adjacent to it shall be free of any sharp or abrasive elements. Edges shall have a minimum radius of ⅛ in (3.2 mm).

## 4.25 Controls and Operating Mechanisms

**4.25.1 General.** Controls and operating mechanisms in accessible spaces, along accessible routes, or as part of accessible elements (for example, light switches, dispenser controls) shall comply with 4.25.

**4.25.2 Clear Floor Space.** Clear floor space complying with 4.2.4 that allows a forward or a parallel approach by a person using a wheelchair shall be provided at controls, dispensers, receptacles, and other operable equipment.

**4.25.3 Height.** The highest operable part of all controls, dispensers, receptacles, and other operable equipment shall be placed within at least one of the reach ranges specified in 4.2.5 and 4.2.6. Except where the use of special equipment dictates otherwise, electrical and communications-system receptacles on walls shall be mounted no less than 15 in (380 mm) above the floor.

**4.25.4 Operation.** Controls and operating mechanisms shall be operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist. The force required to activate controls shall be no greater than 5 lbf (22.2 N).

## 4.26 Alarms

**4.26.1 General.** Emergency warning systems shall include both audible alarms complying with 4.26.2 and visual alarms complying with 4.26.3. Auxiliary visual alarms shall comply with 4.26.4.

**4.26.2\* Audible Alarms.** Audible emergency alarms shall produce a sound that exceeds the prevailing equivalent sound level in the room or space by at least 15 decibels or exceeds any maximum sound level with a duration of 30 seconds by 5 decibels, whichever is louder. Sound levels for alarm signals shall not exceed 120 decibels.

**4.26.3\* Visual Alarms.** Visual alarms shall be flashing lights arranged to flash in conjunction with the audible emergency alarms. The flashing frequency of visual alarms shall be approximately 1 Hz. Specialized systems using advanced technology may be substituted if equivalent protection is afforded handicapped users of the building or facility.

**4.26.4\* Auxiliary Alarms.** Sensory alarms provided for persons with hearing impairments shall be connected to the building emergency system or there shall be a standard 110-volt electrical receptacle into which an alarm unit can be connected to be activated by the building alarm system. Instructions for use of the auxiliary alarm or connections shall be provided.

---

*See Appendix for additional information.

## 4.27 Detectable Warnings

**4.27.1 General.** Detectable warnings shall comply with 4.27.

**4.27.2\* Detectable Warnings on Walking Surfaces.** Detectable warning textures on walking surfaces shall consist of exposed aggregate concrete, cushioned surfaces made of rubber or plastic, raised strips, or grooves. Textures shall contrast with that of the surrounding surface. Raised strips or grooves shall comply with Fig. 40. Grooves may be used indoors only.

---

\*See Appendix for additional information



*(a) Plan of Detectable Warning Surface*



APPLIED STRIPS



APPLIED MAT



GROOVES IN SURFACE

NOTE: Grooves may only be used indoors

*(b) Sections of Detectable Warning Surfaces*

**Fig. 40
Strips and Grooves Used as Detectable Warnings on Walking Surfaces**

58

**4.27.3\* Tactile Warnings on Doors to Hazardous Areas.** Doors that lead to areas that might prove dangerous to a blind person (for example, doors to loading platforms, boiler rooms, stages, and the like) shall be made identifiable to the touch by a textured surface on the door handle, knob, pull, or other operating hardware. This textured surface may be made by knurling or roughening or by a material applied to the contact surface. Such textured surfaces shall not be provided for emergency exit doors or any doors other than those to hazardous areas.

**4.27.4 Detectable Warnings at Stairs.** All stairs, except those in dwelling units, in enclosed stair towers, or set to the side of the path of travel shall have a detectable warning at the top of stair runs (see Fig. 41).

**4.27.5\* Detectable Warnings at Hazardous Vehicular Areas.** If a walk crosses or adjoins a frequently used vehicular way, and if there are no curbs, railings, or other elements detectable by a

*See Appendix for additional information



**Fig. 41**
**Detectable Warning at Stairs**

person who has a severe visual impairment separating the pedestrian and vehicular areas, the boundary between the areas shall be defined by a continuous, detectable warning texture, which is 36 in (915 mm) wide, complying with 4.27.2 (see Fig. 42).

**4.27.6\* Detectable Warnings at Reflecting Pools.** The edges of reflecting pools shall be protected by railings, walls, curbs, or detectable warnings complying with 4.27.2.

**4.27.7\* Standardization.** Textured surfaces for detectable warnings shall be standard within a building, facility, site, or complex of buildings.



**Fig. 42**
**Detectable Warning at Hazardous Vehicular Areas**

59

## 4.28 Signage

**4.28.1\* General.** All signage that provides emergency information or general circulation directions or identifies rooms and spaces shall comply with 4.28.2, 4.28.3, and 4.28.5. Tactile signage shall also comply with 4.28.4.

**4.28.2\* Character Proportion.** Letters and numbers on signs shall have a width-to-height ratio between 3:5 and 1:1 and a stroke-width-to-height ratio between 1:5 and 1:10, utilizing an upper-case "X" for measurement.

---

*See Appendix for additional information

**4.28.3\* Color Contrast.** Characters and symbols shall contrast with their background — either light characters on a dark background or dark characters on a light background.

**4.28.4 Tactile Characters or Symbols.** Characters, symbols, or pictographs on tactile signs shall be raised $\frac{1}{32}$ in (0.8 mm) minimum. Raised letters and numbers shall be sans serif uppercase characters. Raised characters or symbols shall be at least $\frac{5}{8}$ in (16 mm) high, but no higher than a nominal 2 in (51 mm).

**4.28.5 Symbols of Accessibility.** If accessible facilities are identified, then the international symbol of accessibility shall be used. The symbol shall be displayed as shown in Fig. 43.



*(a) Proportions*



*(b) Display Conditions*

**Fig. 43**
**International Symbol of Accessibility**

## 4.29 Telephones

**4.29.1 General.** Accessible public telephones and related equipment shall comply with 4.29.

**4.29.2 Clear Floor or Ground Space.** Clear floor or ground spaces at each accessible public telephone shall be at least 30 in by 48 in (760 mm by 1220 mm) and shall allow either a forward or parallel approach by a person using a wheelchair (see Fig. 44). The required clear space shall comply with 4.2.4 and shall not be restricted by bases, enclosures, and fixed seats. Public telephones and related equipment shall comply with 4.4.

**4.29.3\* Mounting Height.** The highest operable parts that are essential to the basic operation of the telephone shall be located within the reach ranges specified in 4.2.5 or 4.2.6.

---

*See Appendix for additional information

**4.29.4 Protruding Objects.** Telephones, enclosures, and related equipment shall comply with 4.4.

**4.29.5\* Equipment for Hearing-Impaired People.** Telephones shall be equipped with a receiver that generates a magnetic field in the area of the receiver cap. Volume control shall be available in any building or facility containing a bank of telephones with an accessible telephone. If a telecommunications device for the deaf (TDD) or similar equipment is provided, the location of such equipment shall be indicated by strategically placed signage.

**4.29.6 Controls.** Accessible telephones shall have pushbutton controls where service for such equipment is available.

**4.29.7 Telephone Directories.** Telephone directories, if provided, shall be located in accordance with 4.2.

**4.29.8 Cord Length.** Accessible telephones shall be equipped with a minimum handset cord length of 29 in (735 mm).



ELEVATION



PLAN

NOTE: This dimension represents the height of the highest operable parts that are essential to the basic operation of the telephone

*(a) Side Reach Possible*

**Fig. 44**
**Mounting Heights and Clearances for Telephones**



ELEVATION



PLANS

NOTES:
(1) This dimension represents the height of the highest operable parts that are essential to the basic operation of the telephone.
(2) The required clear floor space increases to 36 in (915 mm) when the enclosure extends more than 24 in (610 mm) from the face of the telephone.

*(b) Forward Reach Required*

**Fig. 44 Mounting Heights and Clearances for Telephones (*Continued*)**

## 4.30 Seating, Tables, and Work Surfaces

**4.30.1 General.** Accessible fixed or built-in seating, tables, or work surfaces shall comply with 4.30.

**4.30.2 Seating.** Accessible seating spaces provided at tables, counters, or work surfaces for people in wheelchairs shall have a clear floor space complying with 4.2.4. Such clear floor space shall not overlap knee space by more than 19 in (485 mm) (see Fig. 45).

**4.30.3 Knee Clearances.** Accessible seating for people in wheelchairs at tables, counters, and work surfaces shall have knee spaces at least 27 in (685 mm) high, 30 in (760 mm) wide, and 19 in (485 mm) deep (see Fig. 45).

**4.30.4* Height of Work Surfaces.** The tops of tables and work surfaces shall be from 28 in to 34 in (710 mm to 865 mm) from the floor or ground.

---

*See Appendix for additional information.



Fig. 45 Minimum Clearances for Seating and Tables

ACCESSIBLE PATH
OF TRAVEL

63

## 4.31 Auditorium and Assembly Areas

**4.31.1 General.** Auditorium and assembly areas shall comply with 4.31. Such areas with audio-amplification systems shall have a listening system complying with 4.31.6 and 4.31.7 to assist persons with severe hearing loss in listening to audio presentations.

**4.31.2\* Size of Wheelchair Locations.** Each wheelchair location shall provide minimum clear ground or floor spaces as shown in Fig. 46.

**4.31.3\* Placement of Wheelchair Locations.** Wheelchair areas shall be an integral part of any fixed seating plan and shall be dispersed throughout the seating area. They shall adjoin an accessible route that also serves as a means of egress in case of emergency and shall be located to provide lines of sight comparable to those for all viewing areas.

**4.31.4 Surfaces.** The ground or floor at wheelchair locations shall be level and shall comply with 4.5.

**4.31.5 Access to Performing Areas.** An accessible route shall connect wheelchair seating locations with performing areas, including stages, arena floors, dressing rooms, locker rooms, and other spaces used by performers.

**4.31.6\* Placement of Listening Systems.** If the listening system provided serves individual fixed seats, then such seats shall be located within a 50-ft (15-m) viewing distance of the stage or playing area and shall have complete view of the stage or playing area.

\*See Appendix for additional information.

**4.31.7 Types of Listening Systems.** Induction loops, infrared systems, both FM and AM radio frequency systems, hard-wired earphones, and other equivalent devices are among the acceptable types of listening systems.



(a) *Forward or Rear Access*



(b) *Side Access*

**Fig. 46 Space Requirements for Wheelchair Seating Spaces in a Series**

## 4.32 Dwelling Units

**4.32.1 General.** Accessible dwelling units shall comply with 4.32.

**4.32.2\* Adaptability.** Subsections 4.32.4, Bathrooms, and 4.32.5, Kitchens, specify a range of heights and clearances within which certain fixtures may be installed (for example, grab bars at bathtubs and toilets, and work surfaces and sink heights in kitchens). In the case of grab bars, provision can be made for later installation within the specified height range, as requested by the occupant of the dwelling unit. Other fixtures may be permanently installed at a height within these ranges, or the fixtures may be adjustable within the ranges. A unit in

*See Appendix for additional information.

which fixtures may be added or adjusted in height is an adaptable unit. Both adaptable units and units in which fixtures are permanently installed within the heights specified in 4.32 are accessible dwelling units.

**4.32.3\* Basic Components.** Accessible dwelling units shall provide accessible elements and spaces as identified in Table 4. In establishing administrative provisions as described in Section 2, adopting authorities shall specify the number of dwelling units to be accessible, or procedures for determining the number to be accessible, for different types of construction (i.e., new construction or remodeling/alterations). In addition, adopting authorities may specify whether those fixtures for which height ranges are provided in 4.32.4 and 4.32.5 are to be

#### Table 4
#### Basic Components for Accessible and Adaptable Dwelling Units

| | Accessible Element or Space | Section | Application (to the Extent Specified by the Adopting Authority) |
|---|---|---|---|
| 1 | Space allowances | 4.2 | All rooms and spaces |
| 2. | Accessible routes | 4.3 | (a) Within dwelling unit to all rooms and spaces<br>(b) Connecting accessible dwelling unit(s) to accessible entrance(s) and to common-use spaces and facilities<br>(c) From public transportation stops, accessible parking spaces, accessible passenger-loading zones, and public streets or sidewalks to accessible building entrance(s)<br>(d) Connecting accessible buildings, facilities, elements, and spaces that are on the same site<br>(e) Connecting accessible building or facility entrances with accessible spaces and elements within the building or facility |
| 3. | Floor surfaces | 4.5 | Accessible routes, rooms, and spaces |
| 4 | Parking and passenger-loading zones | 4 6 | If provided at facility |
| 5 | Windows | 4 12 | If operable windows are provided within dwelling units |
| 6. | Doors | 4.13 | At entrance; to and in accessible spaces |
| 7 | Entrances | 4 14 | To dwelling unit |
| 8 | Storage | 4.23 | If provided in accessible spaces |
| 9 | Controls | 4 25 | Within dwelling units, including heating, ventilating and air-conditioning equipment (other than air distribution registers) requiring regular, periodic maintenance and adjustment by the occupant of the dwelling unit |
| 10. | Emergency alarms | 4 26 | If provided within the dwelling unit |
| 11 | Bathrooms | 4.32.4 | Design for fixed installation of grab bars within specified range of heights, or with provision for subsequent addition of grab bars within the range |
| 12. | Kitchens | 4.32.5 | Work surfaces and sinks may be designed for fixed installation within specified range of heights, or for adjustable heights within the range |
| 13. | Laundry facilities | 4.32.6 | If provided in dwelling unit or if common-use facility serving accessible dwelling unit |
| 14 | Common-use spaces and facilities | 4.2 through 4.32 | If provided at facility and serving accessible dwelling unit |
| 15. | Patios, terraces, balconies, carports, and garages | 4.2 through 4.32 | If provided with accessible dwelling unit |

permanently installed at a specific height or whether they are to be designed for adaptability. Table 4 identifies spaces where fixtures are subject to these requirements.

**4.32.4\* Bathrooms.** Accessible bathrooms shall be on an accessible route and shall comply with the requirements of 4.32.4.

**4.32.4.1 Doors.** Doors may swing into the clear floor space required for any fixture only when the bathroom provides sufficient maneuvering space (see Fig. 3) within the bathroom for a person using a wheelchair to enter and close the door, use the fixtures, reopen the door, and exit.

**4.32.4.2 Water Closets**

(1) Clear floor space at the water closet shall be as shown in Fig. 47(a). The water closet may be located with the clear area at either the right or left side of the toilet.

(2) The height of the water closet shall be at least 15 in (380 mm) and no more than 19 in (485 mm), measured to the top of the toilet seat.

(3) Grab bars shall be installed as shown in Fig. 29 and shall comply with 4.24, or structural reinforcement or other provisions shall be made that will allow installation of grab bars in the locations shown in Fig. 47(b).

(4) The toilet paper dispenser shall be installed within reach as shown in Fig. 47(b).

**4.32.4.3 Lavatory, Mirrors, and Medicine Cabinets**

(1) The lavatory and mirrors shall comply with 4.19.

(2) If a cabinet is provided under the lavatory, it shall provide, or shall be removable to provide, the clearances specified in 4.19.2.

(3) If a medicine cabinet is provided above the lavatory, then the bottom of the medicine cabinet shall be located with a usable shelf no higher than 44 in (1120 mm) above the floor.

**4.32.4.4 Bathtubs.** If a bathtub is provided, it shall have the following features:

(1) *Floor Space.* Clear floor space at bathtubs shall be as shown in Fig. 33.

(2) *Seat.* An in-tub seat or a seat at the head end of the tub shall be provided as shown in Fig. 33 and 34. The structural strength of seats and their attachments shall comply with 4.24.3. Seats shall be mounted securely and shall not slip during use.

(3) *Grab Bars.* Grab bars shall be installed within the range of heights shown in Fig. 34 and shall comply with 4.24, or structural reinforcement or other provisions, as shown in Fig. 48, shall be made

that will allow installation of grab bars meeting these requirements.

(4) *Controls.* Faucets and other controls shall be located as shown in Fig. 34 and shall comply with 4.25.4.

(5) *Shower Unit.* A shower spray unit shall be provided with a hose at least 60 in (1525 mm) long that can be used as a fixed shower head or as a hand-held shower. If an adjustable-height shower head mounted on a vertical bar is used, the bar shall be installed so as not to obstruct the use of grab bars.

**4.32.4.5 Showers.** If a shower is provided, it shall have the following features:

(1) *Size and Clearances.* Shower stall size and clear floor space shall comply with either Fig. 35(a) or (b). The shower stall in Fig. 35(a) shall be 36 in by 36 in (915 mm by 915 mm). The shower stall in Fig. 35(b) will fit into the same space as a standard bathtub, 60 in (1525 mm) long.

(2) *Seat.* A seat shall be provided in the shower stall in Fig. 35(a) as shown in Fig. 36. The seat shall be 17 in to 19 in (430 mm to 485 mm) high measured from the bathroom floor and shall extend the full depth of the stall. The seat shall be on the wall opposite the controls. The structural strength of seats and their attachments shall comply with 4.24.3. Seats shall be mounted securely and shall not slip during use.

(3) *Grab Bars.* Grab bars shall be installed within the range of heights shown in Fig. 37 and shall comply with 4.24, or structural reinforcement or other provisions, as shown in Fig. 49, shall be made that will allow installation of grab bars meeting these requirements.

(4) *Controls.* Faucets and other controls shall be located as shown in Fig. 37 and shall comply with 4.25.4. In the shower stall in Fig. 35(a), all controls, faucets, and the shower unit shall be mounted on the side wall opposite the seat.

(5) *Shower Unit.* A shower spray unit shall be provided with a hose at least 60 in (1525 mm) long that can be used as a fixed shower head at various heights or as a hand-held shower. If an adjustable-height shower head mounted on a vertical bar is used, the bar shall be installed so as not to obstruct the use of grab bars.

**4.32.4.6 Bathtub and Shower Enclosures.** Enclosures for bathtubs or shower stalls shall not obstruct controls or transfer from wheelchairs onto shower or bathtub seats. Enclosures on bathtubs shall not have tracks mounted on their rims.

**4.32.4.7 Clear Floor Space.** Clear floor space at fixtures may overlap.

---

*See Appendix for additional information.



*(a) Clear Floor Space for Adaptable Bathrooms*



NOTE: The lightly shaded areas are reinforced to receive grab bars.

*(b) Reinforced Areas for Installation of Grab Bars*



**Fig. 47 Water Closets in Adaptable Bathrooms**

67



NOTE: The lightly shaded areas are reinforced to receive grab bars.

**Fig. 48 Location of Grab-Bar Reinforcements and Controls of Adaptable Bathtubs**

ANSI A117.1-1986                                                    4.32 DWELLING UNITS



(a) 36-in by 36-in (915-mm by 915-mm) Stall

(b) 30-in by 60-in (750-mm by 1525-mm) Stall

NOTES:
(1) The lightly shaded areas are reinforced to receive grab bars.
(2) In Fig. 49(b), shower head and control area may be on back wall (as shown) or on either side.

Fig. 49 Location of Grab-Bar Reinforcements and Controls of Adaptable Showers

69

**4.32.5 Kitchens.** Accessible kitchens and their components shall be on an accessible route and shall comply with the requirements of 4.32.5.

**4.32.5.1 Clearance.** Where counters provide the knee clearances specified in 4.19.2, clearances between those counters and all opposing base cabinets, countertops, appliances, or walls in kitchens shall be 40 in (1015 mm) minimum, except in U-shaped kitchens, where such clearances shall be 60 in (1525 mm) minimum.

**4.32.5.2 Clear Floor Space.** A clear floor space at least 30 in by 48 in (760 mm by 1220 mm) complying with 4.2.4 that allows either a forward or a parallel approach by a person in a wheelchair shall be provided at all appliances in the kitchen, including the range or cooktop, oven, refrigerator/freezer, dishwasher, and trash compactor. Laundry equipment located in the kitchen shall comply with 4.32.6.

**4.32.5.3 Controls.** All controls in kitchens shall comply with 4.25.

**4.32.5.4 Work Surfaces.** At least one 30-in (760-mm) section of counter shall provide a work surface that complies with the following requirements (see Fig. 50):

(1) The counter shall be adjustable or replaceable as a unit at variable heights between 28 in and 36 in (710 mm and 915 mm), measured from the floor to the top of the counter surface, or shall be mounted at a fixed height no greater than 34 in (865 mm), measured from the floor to the top of the counter surface.

(2) Base cabinets, if provided, shall be removable under the full 30 in (760 mm) minimum frontage of the counter. The finished floor shall extend under the counter to the wall.

(3) Counter thickness and supporting structure shall be 2 in (51 mm) maximum over the required clear area.

(4) A clear floor space of 30 in by 48 in (760 mm by 1220 mm) shall allow a forward approach to the counter. Nineteen inches (485 mm) maximum of the clear floor space may extend underneath the counter. The knee space shall have a minimum clear width of 30 in (760 mm).

(5) There shall be no sharp or abrasive surfaces under such counters.

---

*See Appendix for additional information.

**4.32.5.5\* Sink.** The sink and surrounding counter shall comply with the following requirements (see Fig. 51):

(1) The sink and surrounding counter shall be adjustable or replaceable as a unit at variable heights between 28 in and 36 in (710 mm and 915 mm), measured from the finished floor to the top of the counter surface or sink rim, or shall be mounted at a fixed height no greater than 34 in (865 mm), measured from the finished floor to the top of the counter surface or sink rim.

(2) Where sinks are installed to be adjustable in height, rough-in plumbing shall be located to accept connections of supply and drain pipes for sinks mounted at the height of 28 in (710 mm).

(3) The depth of a sink bowl shall be no greater than 6½ in (165 mm). Only one bowl of double-bowl or triple-bowl sinks needs to meet this requirement.

(4) Faucets shall comply with 4.25.4. Lever-operated or push-type mechanisms are two acceptable designs.

(5) Base cabinets, if provided, shall be removable under the full 30-in (760-mm) minimum frontage of the sink and surrounding counter. The finished flooring shall extend under the counter to the wall.

(6) Counter thickness and supporting structure shall be 2 in (50 mm) maximum over the required clear space.

(7) A clear floor space of 30 in by 48 in (760 mm by 1220 mm) shall allow forward approach to the sink. Nineteen inches (485 mm) maximum of the clear floor space may extend underneath the sink. The knee space shall have a minimum clear width of 30 in (760 mm).

(8) There shall be no sharp or abrasive surfaces under sinks. Hot-water pipes and drain pipes under sinks shall be insulated or otherwise covered.

**4.32.5.6\* Ranges and Cooktops.** Ranges and cooktops shall comply with 4.32.5.2 and 4.32.5.3. If ovens or cooktops have knee spaces underneath, then they shall be insulated or otherwise protected on the exposed contact surfaces to prevent burns, abrasions, or electrical shock. The clear floor space may overlap the knee space, if provided, by 19 in (485 mm) maximum. The location of controls for ranges and cooktops shall not require reaching across burners.



(a) *Before Removal of Cabinets and Base*

(b) *Cabinets and Base Removed and Height Alternatives*



(c) *Clear Floor Space under Work Surface*

**Fig. 50**
**Counter Work Surface**



*(a) Before Removal of Cabinets and Base*



*(b) Cabinets and Base Removed and Height Alternatives*

Fig. 51
**Kitchen Sink**

**4.32.5.7\* Ovens.** Ovens shall comply with 4.32.5.2 and 4.32.5.3. Ovens shall be of the self-cleaning type or be located adjacent to an adjustable height counter with knee space below (see Fig. 52). For side-opening ovens, the door latch side shall be next to the open counter space, and there shall be a pull-out shelf under the oven extending the full width of the oven and pulling out not less than 10 in (255 mm) when fully extended. Ovens shall have controls on front panels; they may be located on either side of the door.

**4.32.5.8\* Refrigerator/Freezers.** Refrigerator/freezers shall comply with 4.32.5.3. Provision shall be made for refrigerator/freezers that are:

(1) Of the vertical side-by-side refrigerator/freezer type; or

(2) Of the over-and-under type and meet the following requirements:

(a) Have at least 50 percent of the freezer space below 54 in (1370 mm) above the floor.

(b) Have 100 percent of the refrigerator space and controls below 54 in (1370 mm).

Freezers with less than 100 percent of the storage volume within the limits specified in 4.2.5 or 4.2.6 shall be the self-defrosting type.

**4.32.5.9 Dishwashers.** Dishwashers shall comply with 4.32.5.2 and 4.32.5.3. Dishwashers shall have all rack space accessible from the front of the machine for loading and unloading dishes.

**4.32.5.10\* Kitchen Storage.** Cabinets, drawers, and shelf storage areas shall comply with 4.23 and shall have the following features:

(1) Maximum height shall be 48 in (1220 mm) for at least one shelf of all cabinets and storage shelves mounted above work counters (see Fig. 50).

(2) Door pulls or handles for wall cabinets shall be mounted as close to the bottom of cabinet doors as possible. Door pulls or handles for base cabinets shall be mounted as close to the top of cabinet doors as possible.

**4.32.6 Laundry Facilities.** If laundry equipment is provided within individual accessible dwelling units, or if separate laundry facilities serve one or more accessible dwelling units, they shall meet the requirements of 4.32.6.1 through 4.32.6.3.

**4.32.6.1 Location.** Laundry facilities and laundry equipment shall be on an accessible route.

**4.32.6.2 Washing Machines and Clothes Dryers.** Washing machines and clothes dryers in common-use laundry rooms shall be front loading.

**4.32.6.3 Controls.** Laundry equipment shall comply with 4.25.

---

\*See Appendix for additional information.



(a)  *Side-Hinged Door*



(b)  *Bottom-Hinged Door*



(c)  *Range Oven*

SYMBOL KEY
1. Countertop or wall-mounted oven
2 Pull-out board preferred with side-opening door
3 Clear open space
4 Bottom-hinged door
5 Range oven
6 Preferred clear open space

**Fig. 52
Ovens without Self-Cleaning Feature**

# Appendix <sup>(This Appendix is not part of American National Standard A117.1-1986, but is included for information only.)</sup>

# Additional Information

This Appendix contains additional information that should help the designer to understand the minimum requirements of the standard or to design buildings or facilities for greater accessibility. The subsection numbers correspond to the sections or subsections of the standard to which the material relates and are therefore not consecutive (for example, A4.2.1 contains additional information relevant to 4.2.1). Sections for which additional material appears in this Appendix have been indicated by an asterisk.

## A4.2 Space Allowances and Reach Ranges

### A4.2.1 Wheelchair Passage Width

(1) *Space Requirements for Wheelchairs.* Most wheelchair users need a 30-in (760-mm) clear opening width for doorways, gates, and the like, when the latter are entered head-on. If the wheelchair user is unfamiliar with a building, if competing traffic is heavy, if sudden or frequent movements are needed, or if the wheelchair must be turned at an opening, then greater clear widths are needed. For most situations the addition of an inch of leeway on either side is sufficient. Thus, a minimum clear width of 32 in (815 mm) will provide adequate clearance. However, when an opening or a restriction in a passageway is more than 24 in (60 mm) long, it is essentially a passageway and must be at least 36 in (915 mm) wide.

(2) *Space Requirements for Use of Walking Aids.* Although people who use walking aids can maneuver through clear width openings of 32 in (815 mm), they need passageways and walks that are 36 in (915 mm) wide for comfortable gaits. Crutch tips, often extending down at a wide angle, are a hazard in narrow passageways where they might not be seen by other pedestrians. Thus, the 36-in (915-mm) width provides a safety allowance both for the disabled person and for others.

(3) *Space Requirements for Passing.* Able-bodied people in winter clothing, walking straight ahead with arms swinging, need 32 in (815 mm) of width, which includes 2 in (51 mm) on either side for sway, and another 1-in (25-mm) tolerance on either side for clearing nearby objects or other pedestrians. Almost all wheelchair users and those who use walking aids can also manage within this 32-in (815-mm) width for short distances. Thus, two streams of traffic can pass in 64 in (1625 mm) of width in a comfortable flow. Sixty inches (1525 mm) provides a minimum width for a somewhat more restricted flow. If the clear width is less than 60 in (1525 mm), two wheelchair users will not be able to pass but will have to seek a wider place for passing.

Forty-eight inches (1220 mm) is the minimum width needed for an ambulatory person to pass a nonambulatory or semiambulatory person. Within this 48-in (1220-mm) width, the ambulatory person will have to twist to pass a wheelchair user, a person with a seeing eye dog, or a semiambulatory person. There will be little leeway for swaying or missteps (see Fig. A1).

**A4.2.3 Wheelchair Turning Space.** This standard specifies a minimum space of 60-in (1525-mm) diameter for a pivoting 180-degree turn of a wheelchair. This space is usually satisfactory for turning around, but many people will not be able to turn without repeated tries and bumping into surrounding objects. The space shown in Fig. A2 will allow most wheelchair users to complete U-turns without difficulty.

**A4.2.4 Clear Floor or Ground Space for Wheelchairs.** The wheelchair and user shown in Fig. A3 represent typical dimensions for a large adult male. The space requirements in this standard are based upon maneuvering clearances that will accommodate most large wheelchairs. Fig. A3 provides a uniform reference for design not covered by this standard.



**Fig. A1**
**Minimum Passage Width for One Wheelchair and**
**One Ambulatory Person**



**Fig. A2**
**Space Needed for Smooth U-Turn in a Wheelchair**

75





NOTE: Footrests may extend further for very large people

**Fig. A3**
**Dimensions of Adult-Sized Wheelchairs**

## A4.3 Accessible Route

### A4.3.1 General

(1) *Travel Distances.* Many disabled people can move at only very slow speeds; for many, traveling 200 ft (61 m) could take about 2 minutes. This assumes a rate of about 1½ ft/s (455 mm/s) on level ground. It also assumes that the traveler would move continuously. However, on trips over 100 ft (30 m), disabled people are apt to rest frequently, which substantially increases their trip times. Resting periods of 2 minutes for every 100 ft (30 m) can be used to estimate travel times for people with severely limited stamina. In inclement weather, slow progress and resting can greatly increase a disabled person's exposure to the elements.

(2) *Sites.* Level, indirect routes or those with running slopes lower than 1:20 can sometimes provide more convenience than direct routes with maximum allowable slopes or with ramps.

**A4.3.10 Egress.** In buildings where physically handicapped people are regularly employed or are residents, an emergency management plan for their evacuation also plays an essential role in fire safety.

### A4.4 Protruding Objects

**A4.4.1 General.** Guide dogs are trained to recognize and avoid hazards. However, most people with severe impairments of vision use the long cane as an aid to mobility. The two principal cane techniques are the touch technique, where the cane arcs from side to side and touches points outside both shoulders; and the diagonal technique, where the cane is held in a stationary position diagonally across the body with the cane tip touching or just above the ground at a point outside one shoulder and the handle or grip extending to a point outside the other shoulder. The touch technique is used primarily in uncontrolled areas, while the diagonal technique is used primarily in certain limited, controlled, and familiar environments. Cane users are often trained to use both techniques.

Potentially hazardous objects are noticed only if they fall within the detection range of canes (see Fig. A4). Visually impaired people walking toward an object can detect an overhang if its lowest surface is no higher than 27 in (685 mm). When walking alongside projecting objects, they cannot detect overhangs. Since proper cane and guide dog techniques keep people away from the edge of a path or from walls, a slight overhang of no more than 4 in (100 mm) is not a hazard.

### A4.5 Ground and Floor Surfaces

**A4.5.1 General.** Ambulant and semiambulant people who have difficulty maintaining balance and those with restricted gaits are particularly sensitive to slipping and tripping hazards. For such people, a stable and regular surface is necessary to walk safely, particularly on stairs. Wheelchairs can be propelled most easily on surfaces that are hard, stable, and regular. Soft, loose surfaces such as shag carpet, loose sand, and wet clay, and irregular surfaces such as cobblestone, can significantly impede movement of a wheelchair.

Slip resistance is based on the frictional force necessary to keep a shoe heel or crutch tip from slipping on a walking surface under the conditions of use likely to be found on the surface. Although it is known that the static coefficient of friction is the basis of slip resistance, there is not as yet a generally accepted method to evaluate the slip resistance of walking surfaces.

Cross slopes on walks and ground or floor surfaces can cause considerable difficulty in propelling a wheelchair in a straight line.




**Fig. A4**
**Cane Technique**

**A4.5.3 Carpet.** Much more needs to be done in developing both quantitative and qualitative criteria for carpeting. However, certain functional characteristics are well established. When both carpet and padding are used, it is desirable to have minimum movement (preferably none) between the floor and the pad and the pad and the carpet,

which would allow the carpet to hump or warp. In heavily trafficked areas, a thick, soft (plush) pad or cushion, particularly in combination with long carpet pile, makes it difficult for individuals in wheelchairs and those with other ambulatory disabilities to get about. This should not preclude their use in specific areas where traffic is light. Firm carpeting can be achieved through proper selection and combination of pad and carpet, sometimes with the elimination of the pad or cushion, and with proper installation.

## A4.6 Parking Spaces and Passenger Loading Zones

**A4.6.2 Parking Spaces.** High-top vans, which physically handicapped people or transportation services often use, require higher clearances in parking garages than automobiles. If parking spaces are provided for vans, a wider access aisle may be needed for the side lift. A side lift that loads perpendicular to the van may require an aisle that is 96 in (2440 mm) wide.

Signs designating parking places for physically handicapped people can be seen from a driver's seat if the signs are mounted high enough above the ground and located at the front of a parking space.

## A4.8 Ramps

**A4.8.1 General.** Ramps are essential for wheelchair users if elevators or lifts are not available to connect different levels. However, some people who use walking aids have difficulty with ramps and prefer stairs.

**A4.8.2 Slope and Rise.** The ability to manage an incline is related to both its slope and its length. Wheelchair users with disabilities affecting arms or with low stamina have serious difficulty using inclines. Most ambulatory people and most people who use wheelchairs can manage a slope of 1:16. Many people cannot manage a slope of 1:12 for 30 ft (9 m). Many people who have difficulty negotiating very long ramps at relatively shallow slopes can manage very short ramps at steeper slopes.

**A4.8.5 Handrails.** The requirements for stair and ramp handrails in this standard are for adults. When children are principal users in a building or facility, a second set of handrails at an appropriate height can assist them and aid in preventing accidents.

## A4.10 Elevators

**A4.10.6 Door Protective and Reopening Device.** The required door reopening device would hold the door open for 20 seconds if the doorway remains obstructed. After 20 seconds, the door may begin to close. However, if designed in accordance with ANSI/ASME A17.1-1984 and A17.1a-1985, the door closing movement could still be stopped if a person or object exerts sufficient force at any point on the door edge.

Owing to the kinetic nature of the motion, reversal of the closing door is not instantaneous. Until the continued movement of the door is arrested, it is possible that limited movement of the door may cause it to come in contact with a person or object in its path.

**A4.10.7 Door and Signal Timing for Hall Calls.** This subsection allows variation in the location of call buttons, advance time for warning signals, and the door-holding period used to meet the time requirement.

**A4.10.12 Car Controls.** Industry-wide standardization of elevator control panel design would make all elevators significantly more convenient for use by people with severe visual impairments.

In many cases, it will be possible to locate the highest control on elevator panels within 48 in (1220 mm) from the floor.

**A4.10.13 Car Position Indicators.** A special button may be provided that would activate the audible signal within the given elevator only for the desired trip, rather than maintaining the audible signal in constant operation.

**A4.10.14 Emergency Communications.** A device that requires no handset is easier to use by people who have difficulty reaching.

## A4.13 Doors

**A4.13.8 Thresholds at Doorways.** Thresholds and changes in surface height in doorways are particularly inconvenient for wheelchair users who also have low stamina or restrictions in arm movement, because complex maneuvering is required to get over the level change while operating the door.

**A4.13.9 Door Hardware.** Some physically handicapped persons must push against a door with their chair or walker to open it. Applied kickplates on doors with closers can reduce required maintenance by withstanding abuse from wheelchairs and canes. To be effective, they should cover the door width, less approximately 2 in (51 mm), up to a height of

16 in (405 mm) from its bottom edge and be centered across the top.

**A4.13.10 Door Closers.** Closers with delayed action features give a person more time to maneuver through doorways. They are particularly useful on frequently used interior doors. When used on fire doors, the closer should be adjusted so that the delay does not exceed requirements established by the authority having jurisdiction.

**A4.13.11 Door-Opening Force.** Although some people with disabilities are unable to exert the maximum allowable force to open the door, as given in this subsection, these forces are the minimum practical forces to permit the door closers to function. Door closers must have certain minimum closing forces to close doors satisfactorily. Opening forces may be measured with a spring scale as follows:

(1) *Hinged Doors.* Apply force perpendicular to the door at the actuating device or 30 in (760 mm) from the hinged side, whichever is the farthest from the hinge.

(2) *Sliding or Folding Doors.* Apply force parallel to the door at the door pull or latch.

(3) *Application of the Force.* Apply force gradually so that the applied force does not exceed the resistance of the door. Air-pressure differentials, especially in high-rise buildings, can have an adverse effect on door-opening force. Accessible openings located in these areas will sometimes require modification of this subsection or possibly the use of automatic or power-assisted doors to comply with allowable forces given.

Forces to operate a door involve more than a simple single operation. For example, doors that are latched must be unlatched by a force that may consist of depressing a lever or applying a direct force. The additional force to overcome the inertia of a door will exceed that required to maintain movement of the door. In general, only a momentary auxiliary force should be permitted to exceed the force given in 4.13.11.

## A4.15 Drinking Fountains and Water Coolers

**A4.15.2 Spout Height.** Commercially available drinking fountains having two spouts at varying heights are ideally suited both for people in wheelchairs and people who find it difficult or awkward to bend low. One spout must adhere to the 36-in height; the recommended height for the higher spout is 42 in, measured from the floor.

## A4.16 Water Closets

**A4.16.3 Height.** Preferences for the heights of toilet seats vary considerably among physically handicapped people. Higher seat heights may be an advantage to some ambulatory physically handicapped people, but a disadvantage for wheelchair users and others. Toilet seats that are 18 in (455 mm) high seem to be a reasonable compromise. Thick seats and filler rings are available to adapt standard fixtures to these requirements.

**A4.16.4 Grab Bars.** Fig. A5(a) and (b) show the diagonal and side approaches most commonly used to transfer from a wheelchair to a water closet. Some wheelchair users can transfer from the front of the toilet, while others use a 90-degree approach. Most people who use these two additional approaches can also use either the diagonal approach or the side approach.

**A4.16.5 Flush Controls.** Flush valves and related plumbing can be located behind walls or to the side of the toilet, or a toilet seat lid can be provided if plumbing fittings are directly behind the toilet seat. Such designs reduce the chance of injury and imbalance caused by leaning back against the fittings. Flush controls for tank-type toilets have a standardized mounting location on the left side of the tank (facing the tank). Tanks can be obtained by special order with controls mounted on the right side. If administrative authorities require flush controls for flush valves to be located in a position that conflicts with the location of the rear grab bar, then that bar may be split or shifted toward the wide side of the toilet area.

## A4.17 Toilet Stalls

**A4.17.5 Doors.** To make it easier for wheelchair users to close the doors of toilet stalls, doors can be provided with closers, spring hinges, or a pull bar mounted on the inside surface of the door near the hinge side.

## A4.19 Lavatories, Sinks, and Mirrors

**A4.19.6 Mirrors.** If mirrors are to be used by both ambulatory people and wheelchair users, then they must be at least 74 in (1880 mm) high at their topmost edge. A single full-length mirror can accommodate all people, including children.

79



1

TAKES TRANSFER
POSITION, SWINGS
FOOTREST OUT OF
THE WAY, SETS
BRAKES



2

REMOVES
ARMREST,
TRANSFERS



3

MOVES
WHEELCHAIR OUT
OF THE WAY,
CHANGES
POSITION (SOME
PEOPLE FOLD
CHAIR OR PIVOT IT
90° TO THE TOILET)



4

POSITIONS ON
TOILET, RELEASES
BRAKE

(a) *Diagonal Approach*

**Fig. A5**
**Wheelchair Transfers**



TAKES TRANSFER
POSITION,
REMOVES
ARMREST, SETS
BRAKES



TRANSFERS



POSITIONS ON
TOILET

*(b) Side Approach*

Fig. A5 Wheelchair Transfers *(Continued)*

## A4.21 Shower Stalls

**A4.21.1 General.** Shower stalls that are 36 in by 36 in (915 mm by 915 mm) wide provide additional safety to people who have difficulty maintaining balance because all grab bars and walls are within easy reach. Seated people use the walls of these showers for back support. Shower stalls that are 60 in (1525 mm) wide and have no curb may increase usability of a bathroom by wheelchair users because the shower area provides additional maneuvering space.

**A4.21.6 Shower Unit.** In facilities where vandalism might cause a maintenance problem, such as in isolated or unmonitored areas, a fixed shower head may be used in lieu of a hand-held shower head. The fixed shower head should be mounted 48 in (1220 mm) above the shower floor.

## A4.22 Toilet Rooms, Bathrooms, Bathing Facilities, and Shower Rooms

**A4.22.5 Medicine Cabinets.** Other alternatives for storing medical and personal care items are very useful to physically handicapped people. Shelves, drawers, and floor-mounted cabinets can be provided within the reach ranges of physically handicapped people.

## A4.24 Grab Bars, and Tub and Shower Seats

**A4.24.1 General.** Many physically handicapped people rely heavily upon grab bars to maintain balance and prevent serious falls. Many people brace their forearms between supports and walls to give them more leverage and stability in maintaining balance or for lifting. The maximum grab bar clearance of 1½ in (38 mm) required in this standard is a safety clearance to prevent injuries from arms slipping through the opening. It also provides adequate gripping room.

## A4.26 Alarms

**A4.26.2 Audible Alarms.** Audible emergency signals must have an intensity and frequency that can attract the attention of individuals who have partial hearing loss. People over 60 years of age generally have difficulty perceiving frequencies higher than 10 000 Hz.

**A4.26.3 Visual Alarms.** The specifications in this section do not preclude the use of zoned or coded alarm systems. In zoned systems, the emergency exit lights in an area will flash whenever an audible signal rings in the area.

**A4.26.4 Auxiliary Alarms.** In accessible sleeping accommodations or other rooms where people with hearing impairments may work or reside, care should be taken to locate the auxiliary emergency alarms to ensure that they will be effective when warning of emergencies. To be effective, visual auxiliary alarm devices must be located and oriented so that they will spread signals and reflections throughout a space or raise the overall light level sharply. The amount and type of light necessary to wake a deaf person from a sound sleep in a dark room will vary depending on a number of factors, including the size and configuration of the room, the distance between the source and the person, whether or not the light flashes, and the cycle of flashing. A 150-watt flashing bulb can be effective under some conditions. Certain devices currently available are designed specifically as visual alarms for deaf people. Deaf people may not need accessibility features other than the emergency alarm connections and communications devices. Thus, rooms, in addition to those accessible for wheelchair users, should also be equipped with emergency visual alarms or connections.

## A4.27 Detectable Warnings

**A4.27.2 Detectable Warnings on Walking Surfaces.** Warnings set slightly more than one pace (24 in to 48 in (610 mm to 1220 mm)) in front of a hazard allow a blind person to perceive the signal, follow through with one last step, and stop before encountering the hazard. People who use long canes will usually detect a textured surface with their cane before they detect it with their feet.

**A4.27.3 Tactile Warnings on Doors to Hazardous Areas.** Tactile signals for hand reception are useful if it is certain that the signals will be touched.

**A4.27.5 Detectable Warnings at Hazardous Vehicular Areas.** Curbs on sidewalks serve as customary cues for the edge of a street. The abrupt change in level is easily perceived by a cane or foot.

**A4.27.6 Detectable Warnings at Reflecting Pools.** Other hazards besides reflecting pools may require similar protection.

**A4.27.7 Standardization.** Too many detectable and tactile warnings or lack of standardization

weakens their usefulness. Detectable and tactile signals can also be visual signals to guide dogs, since dogs can be trained to respond to a large variety of visual cues.

## A4.28 Signage

**A4.28.1 General.** In building complexes where finding locations independently on a routine basis may be a necessity (for example, college campuses), tactile maps or prerecorded instructions can be very helpful to visually impaired people. Several maps and auditory instructions have been developed and tested for specific applications. The type of map or instructions used must be based on the information to be communicated, which depends highly on the type of buildings or users.

Landmarks that can easily be distinguished by visually impaired individuals are useful as orientation cues. Such cues include changes in illumination level, bright colors, unique patterns, wall murals, location of special equipment, or other architectural features (for example, an exterior view).

Many people with disabilities have limitations in movement of their head and reduced peripheral vision. Thus, signage positioned perpendicular to the path of travel is easiest for them to notice. People can generally distinguish signage within an angle of 30 degrees to either side of the centerline of their face without moving their head.

**A4.28.2 Character Proportion.** The legibility of printed characters is a function of viewing distance, character height, the ratio of the stroke width to the height of the character, the contrast of color between character and background, and print font. The size of characters must be based upon the intended viewing distance. Sans serif typefaces or a simple serif typeface without excessive flourishes or deviation in stroke width have been found to be the most legible. A severely nearsighted person may have to be much closer to see a character of a given size accurately than a person with normal visual acuity.

**A4.28.3 Color Contrast.** The greatest readability is usually achieved through the use of light-colored characters or symbols on a dark background.

## A4.29 Telephones

**A4.29.3 Mounting Height.** In localities where the dial-tone-first system is in operation, calls can be

placed at a coin telephone through the operator without inserting coins. The operator button is located at a height of 46 in (1170 mm) if the coin slot of the telephone is at 54 in (1370 mm).

A generally available public telephone with a coin slot mounted lower on the equipment would allow universal installation of telephones at a height of 48 in (1220 mm) or less to all operable parts.

**A4.29.5 Equipment for Hearing-Impaired People.** Other aids for people with hearing impairments are telephones, teleprinter, and other telephonic devices that can be used to transmit printed messages through telephone lines to a teletype printer or television monitor.

## A4.30 Seating, Tables, and Work Surfaces

**A4.30.4 Height of Work Surfaces.** Different types of work require different work surface heights for comfort and optimal performance. Light detailed work, such as writing, requires a work surface close to elbow height for a standing person. Heavy manual work, such as rolling dough, requires a work surface height about 10 in (255 mm) below elbow height for a standing person. The principle of a high work surface for light detailed work and a low work surface for heavy manual work also applies for seated persons; however, the limiting condition for seated manual work is clearance under the work surface.

Table A1 shows convenient work surface heights for seated persons. The great variety of heights for comfort and optimal performance indicates a need for alternatives or a compromise in height if both people who stand and people who sit will be using the same counter area.

## A4.31 Auditorium and Assembly Areas

**A4.31.2 Size of Wheelchair Locations.** Spaces large enough for two wheelchairs allow people who are coming to a performance together to sit together.

**A4.31.3 Placement of Wheelchair Locations.** The location of wheelchair areas can be planned so that a variety of positions within the seating are provided. This will allow choice in viewing and price categories.

**A4.31.6 Placement of Listening Systems.** A distance of 50 ft (15 m) allows a person to distinguish performers' facial expressions.

Table A1
Convenient Heights of
Work Surfaces for Seated People*

| Conditions of Use | Short Women | | Tall Men | |
|---|---|---|---|---|
| | in | mm | in | mm |
| Seated in a wheelchair: | | | | |
| Manual work: | | | | |
| Desk or removable armrests | 26 | 660 | 30 | 760 |
| Fixed, full-size armrests† | 32‡ | 815 | 32‡ | 815 |
| Light, detailed work: | | | | |
| Desk or removable armrests | 29 | 735 | 34 | 865 |
| Fixed, full-size armrests† | 32‡ | 815 | 34 | 865 |
| Seated in a 16-in (405-mm) -high chair: | | | | |
| Manual work | 26 | 660 | 27 | 685 |
| Light, detailed work | 28 | 710 | 31 | 785 |

*All dimensions are based on a work-surface thickness of 1½ in (38 mm) and a clearance of 1½ in (38 mm) between legs and the underside of a work surface

†This type of wheelchair arm does not interfere with the positioning of a wheelchair under a work surface

‡This dimension is limited by the height of the armrests; a lower height would be preferable Some people in this group prefer lower work surfaces, which require positioning the wheelchair back from the edge of the counter.

## A4.32 Dwelling Units (see Table 4)

**A4.32.2 Adaptability.** Adaptable dwelling units can be particularly beneficial in rental housing where the demand for accessible units may vary over time. Dwelling units designed for adaptability can accommodate either able-bodied residents or residents having any of the disabilities described in 1.1, and have the further advantage of allowing the user to select the degree of accessibility that is desired. For example, an occupant may choose to have grab bars installed in the bathroom but prefer the standard-height counter and sink.

Where parking is provided for facilities with all dwelling units designed for adaptability, accessible parking spaces should be provided according to the number and particular needs of the disabled residents occupying the adaptable units.

**A4.32.3 Basic Components.** Handicapped people who live in accessible dwelling units of multifamily buildings or housing projects will want to participate in all on-site social activities, including visiting neighbors in their dwelling units. Hence, any circulation paths among all dwelling units and among all on-site facilities should be as accessible as possible. An accessible second exit to dwelling units provides an extra margin of safety in a fire.

**A4.32.4 Bathrooms.** Although not required by these specifications, it is important to install grab bars at toilets, bathtubs, and showers if it is known that a dwelling unit will be occupied by elderly or severely disabled people.

**A4.32.5 Kitchens**

**A4.32.5.5 Sink.** Installing a sink with a drain at the rear so that plumbing is as close to the wall as possible can provide additional clear knee space for wheelchair users.

**A4.32.5.6 Ranges and Cooktops.** Although not required for minimum accessibility, countertop range units in a counter with adjustable heights can be an added convenience for wheelchair users.

**A4.32.5.7 Ovens.** Countertop or wall-mounted ovens with side-opening doors are easier for people in wheelchairs to use. Clear spaces at least 30 in (760 mm) wide under counters at the side of ovens are an added convenience. The pull-out board or fixed shelf under side-opening oven doors provides a resting place for heavy items being moved from the oven to a counter.

**A4.32.5.8 Refrigerator/Freezers.** Side-by-side refrigerator/freezers provide the most usable freezer compartments. Locating refrigerators so that their doors can swing back 180 degrees is more convenient for wheelchair users.

**A4.32.5.10 Kitchen Storage.** Full-height cabinets or tall cabinets can be provided rather than cabinets mounted over work counters. Additional storage space located conveniently adjacent to kitchens can be provided to make up for space lost when cabinets under counters are removed.