# United States' Exhibit 16

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

UNITED STATES OF AMERICA,   Civil Action No. 3:09-CV-0412B

                Plaintiff,

    vs.

JPI CONSTRUCTION, L.P.,
et al.,

                Defendants.

---

DEPOSITION OF PAUL STANLEY SHERIFF

Taken on behalf of Plaintiff,

at the offices of the United States Attorney,

Room 6-100, 300 Ala Moana Boulevard,

Honolulu, Hawaii 96813

commencing at 9:35 a.m.,

on Thursday, January 20, 2011,

pursuant to Notice.

BEFORE:   HEDY COLEMAN,  CSR  NO. 116
          Registered Merit Reporter

```
 1   APPEARANCES:

 2   For Plaintiff:

 3                        PAMELA O. BARRON, ASSISTANT

 4                        KEVIN KIJEWSKI, ASSISTANT

 5                        United States Attorney

 6                        U.S. Department of Justice

 7                        Civil Rights Division

 8                        950 Pennsylvania Avenue, N.W.

 9                        Washington, D.C. 20530

10                        pamela.barron@usdoj.gov

11

12

13   For Defendants:      RAFE PETERSEN, ESQ.

14                        Holland & Knight LLP

15                        2099 Pennsylvania Avenue

16                        N.W., Suite 100

17                        Washington, D.C. 20006

18                        rafe.petersen@hklaw.com

19

20

21

22

23

24

25
```

Page 3

```
 1                        I N D E X

 2    EXAMINATION BY:                                    PAGE

 3

 4    Ms. Barron                                            6

 5                                                        199

 6

 7    Mr. Petersen                                        194

 8                                                        201

 9

10

11              EXHIBITS MARKED FOR IDENTIFICATION

12

13        Exhibit 1 Subpoena In A Civil Case, Case          5

14           number 3:09-cv-0412 for Paul Sheriff.

15

16        Exhibit 2 Document labeled "Exhibit 4-C"        113

17           by Paul Sheriff Incorporated.

18

19        Exhibit 3 Paul Stanley Sheriff Curriculum       115

20           Vitae.

21

22        Exhibit 4 Report by Paul Sheriff                128

23           Incorporated, Jefferson at Fair Oaks,

24           August 12, 2010.

25
```

1  restrictive?

2     A    Can you repeat the question.  I'm not quite
3  sure I understand.

4     Q    Sure.  Which safe harbor do you consider to
5  have the minimum standards for accessibility?

6        MR. PETERSEN:  Objection; vague.

7  BY MS. BARRON

8     Q    In your expert opinion, with 20 years of
9  experience looking at these safe harbors, which one
10 would you think to be the most minimal?

11    A    I would think that the most minimum
12 requirement of all the safe harbors are the
13 non-mandatory accessibility guidelines contained
14 within the Fair Housing Amendments Act.

15    Q    Have you ever been retained by an architect,
16 builder, or developer to perform plan reviews to
17 determine whether a multi-family project is compliant
18 with the Fair Housing Act?

19    A    Yes.

20    Q    So what do you do when someone asks you to do
21 a plan review?

22    A    Well, initially, I'll want to back this up to
23 answer your question fully and clearly.

24        Number one, if we get asked to participate in
25 the development of a new facility, we have some strict

UNITED STATES OF AMERICA

V.

JPI CONSTRUCTION
Civil Action No. 3: 09-CV-0412B

ERRATA
Paul Sheriff Deposition

Pg. 10 line 24 "clear" not "winkler"

Pg. 21 line 11 "Kaye" not "kay"

Pg. 25 line 14 "Hawaii" not "who"

Pg. 25 line 24 " did not get invited to go, nor paid"

Pg. 26 line 21 "Hecker does" not "I do"

Pg. 28 line 7 "yes" not "yeah"

Pg. 30 line 16 "removal" not "movement"

Pg. 31 line 3 "don't" not "won't"

Pg. 32 line 15 "Bank of America" not "Bank of Hawaii"

Pg. 44 line 1 "Kevin's" not "Kevin"

Pg. 53 line 17 "editors" not "eddiors"

Pg. 68 line 23 "HR 103" not "HR 1203"

Pg. 117 line 5 "devices" not "vices"

Pg. 125 line 10 "bar is" not "bars"

Pg. 135 line 24 "impracticability" not "practicability"

Pg. 152 line 6 "Gina" not "Jean"

Pg. 168 line 3 "building" not "budding"

Pg. 172 line 12 "a person" not "avid"

*Signature of Deponent found on attached sheet*

UNITED STATES OF AMERICA
V.
JPI CONSTRUCTION
Civil Action No. 3: 09-CV-0412B
ERRATA
Paul Sheriff Deposition
Date Taken: January 20, 2011

Pg. 10 line 24 "clear" not "winkler"

Pg. 21 line 11 "Kaye" not "kay"

Pg. 25 line 14 "Hawaii" not "who"

Pg. 25 line 24 " did not get invited to go, nor paid"

Pg. 26 line 21 "Hecker does" not "I do"

Pg. 28 line 7 "yes" not "yeah"

Pg. 30 line 16 "removal" not "movement"

Pg. 31 line 3 "don't" not "won't"

Pg. 32 line 15 "Bank of America" not "Bank of Hawaii"

Pg. 44 line 1 "Kevin's" not "Kevin"

Pg. 53 line 17 "editors" not "eddiors"

Pg. 68 line 23 "HR 103" not "HR 1203"

Pg. 117 line 5 "devices" not "vices"

Pg. 125 line 10 "bar is" not "bars"

Pg. 135 line 24 "impracticability" not "practicability"

Pg. 152 line 6 "Gina" not "Jean"

Pg. 168 line 3 "building" not "budding"

Pg. 172 line 12 "a person" not "avid"

*[signature]*

Paul Stanley Sheriff, 3-7-11