# United States' Exhibit 17

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) | CIVIL ACTION |
| PLAINTIFF, ) ) | NO. 02-73618 |
| VS. ) ) | **COPY** |
| EDWARD ROSE & SONS, ET AL., ) ) ) | |
| DEFENDANTS. ) ) | |

VOLUME 1

DEPOSITION OF
MARK W. WALES

LAFAYETTE, LOUISIANA
TUESDAY, OCTOBER 5, 2004



depobook
reporting services
(800) 830.8885
www.depobook.com
Professional Reporting Services Nationwide!

```
 1                    APPEARANCES
 2
 3   Representing the Plaintiff, United States of
     America:
 4
          MING-YUEN MEYER-FONG, ESQ.
 5        U.S. Department of Justice
          Civil Rights Division
 6        Housing and Civil Enforcement Section
          950 Pennsylvania Avenue, N.W.
 7        Washington, D.C.  20530
 8
     Representing the Rose Defendants:
 9
          BRIGHAM COOK SMITH, ESQ.
10        Honigman, Miller, Schwartz & Cohn, LLP
          222 North Washington Square
11        Suite 400
          Lansing, Michigan  48933-1800
12
                    - and -
13
          CHRISTOPHER B. HANBACK, ESQ.
14        Holland & Knight, LLP
          2099 Pennsylvania Avenue, N.W.
15        Suite 100
          Washington, D.C.  20006
16
17   Representing the Defendant, Saule & Peterson:
18        JOSEPH R. ENSLEN, ESQ.
          Straus, Seaman & Allen, PC
19        4320 44th Street, S.W.
          Post Office Box 505
20        Grandville, Michigan  49468
21
     Representing the Defendant, Eckert-Wordell
22   Architects:
23        GARRY L. WALTON, ESQ.
          Garry L. Walton, PC
24        Suite 445, Main Street East Building
          239 East Michigan Avenue
25        Kalamazoo, Michigan  49007
```

```
 1   ALSO PRESENT:
 2        MARK J. MAZZ, Architect
          U.S. Department of Justice
 3        Civil Rights Division
          Housing and Civil Enforcement Section
 4        950 Pennsylvania Avenue, N.W.
          Washington, D.C.  20530
 5
 6
 7   REPORTED BY:
 8        JOHN L. HARMONSON, R.P.R.,
          CERTIFIED COURT REPORTER (LA #90006)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

| | | |
|---|---|---|
| 1 | A.  You'll have to ask me again. | 14:30 |
| 2 | Q.  Would you apply a set of technical | 14:30 |
| 3 | criteria to make the determination of | 14:30 |
| 4 | whether a public use or a common use area is | 14:30 |
| 5 | readily accessible to and usable by | 14:30 |
| 6 | handicapped persons? | 14:30 |
| 7 | A.  Under this section, no.  It would | 14:30 |
| 8 | be a subjective determination based on my | 14:30 |
| 9 | experience and understanding and reference | 14:30 |
| 10 | materials. | 14:31 |
| 11 | Q.  And the reference materials that | 14:31 |
| 12 | you're referring to, what are they? | 14:31 |
| 13 | A.  Again, my experience, my work in | 14:31 |
| 14 | this field for many years, the Fair Housing | 14:31 |
| 15 | Act, the things that I've listed on my | 14:31 |
| 16 | June 28th letter, the documents that I've | 14:31 |
| 17 | produced, as well as those that I've read in | 14:31 |
| 18 | the past and have experience with. | 14:31 |
| 19 | Q.  With respect to the third set of | 14:31 |
| 20 | requirements for the unit interiors under | 14:31 |
| 21 | the Fair Housing Act -- and I'm referring | 14:32 |
| 22 | specifically to 42 USC, Section | 14:32 |
| 23 | 3604(f)(3)(c)(iii) which states:  "In | 14:32 |
| 24 | connection with the design and construction | 14:32 |
| 25 | of covered multi-family dwellings for first | 14:32 |

154

Please be advised I have read the foregoing deposition under penalty of perjury, pages __1__ through __545__, inclusive.
I hereby state there are:

(Check one)     ____ no corrections

            ✓ corrections per attached

Executed this __17__ day of __November__, ~~2003~~ 2004 at

__1020 Bourque Rd, Duson__, ~~California~~ Louisiana

_____
Witness Name

## DEPONENT'S CHANGES OR CORRECTIONS

Note: If you are adding to your testimony, print the exact words you want to add. If you are deleting from your testimony, print the exact words you want to delete. Specify with "Add" or "Delete" and sign this form.

I, __Mark W. Wales__, have the following corrections to make to my deposition:

| Page | Line | Change: "Add"/"Delete" |
|---|---|---|
| 17 | 14 | Change: "misstep" to "step" |
| 21 | 8 | add comma after "organizations" |
| 21 | 11 | change the period to comma after "U.S.," and make the "a" in "and" lowercase |
| 64 | 25 | change "derived" to "arrived" |
| 71 | 22 & 23 | Add "been" between "have" and "deemed" |
| 79 | 21 | Add a comma after "understanding" |
| 79 | 21 | Add "not" after "that's" |
| 91 | 17 | Add "not" after "are" |

| Page | Line | Change |
|---|---|---|
| 108 | 23 | change "were" to "was" |
| 108 | 24 | change "to" between "reasonableness" and "cost" to "and" |
| 220 | 17 | change comma to period after "deputies" and capitalize "as" |
| 220 | 18 | Add "and ~~between~~ after "planning" |
| 220 | 19 | change comma to period after "things" and capitalize "as" |
| 230 | 16 | Add "Congress" after "code" |
| 230 | 17 | Change "membered" to "members" |
| 238 | 11 | Change comma to period after "language." Capitalize "the" |
| 240 | 11 | Change "publish" to "published" |
| 244 | 19 | Change "that" to "at" |
| 245 | 3 | Add "rather" after "or" |
| 256 | 17 | change "centers" to "centerlines" |
| 256 | 18 | Delete "we" |
| 257 | 19 | Change "closets" to "coolers" |
| 264 | 10 | Change "we" to "he" |
| 318 | 24 | change "acceptable" to "accessible" |
| 333 | 3 & 6 & 16 (3 lines) | Change "Sheryl" to "Cheryl" |
| 408 | 11 | Change "maximal" to "maximum" |
| 410 | 16 | change "sixteenth" to "fourth" |
| 410 | 20 | change "one-sixteenth" to "one-fourth" |
| 434 | 24 | Add "5 percent cross-slope and" between "a" and "5" |
| 538 | 15 | Add comma after "then" |

(If you need more space, please use reverse side)

Page 286

| | | |
|---|---|---|
| 1 | Building Inspector certificate? | 18:47 |
| 2 | A. The same. There were no | 18:47 |
| 3 | educational requirements. | 18:47 |
| 4 | MR. HANBACK: | 18:47 |
| 5 | We're beyond our stopping time. | 18:47 |
| 6 | Have we now reached a logical stopping | 18:47 |
| 7 | point? | 18:47 |
| 8 | MR. MEYER-FONG: | 18:47 |
| 9 | Yeah. Why don't we break for the | 18:47 |
| 10 | day. | 18:47 |
| 11 | | |
| 12 | (Whereupon, the deposition was recessed | |
| 13 | for the day.) | |

Page 287

WITNESS CERTIFICATE

I, MARK W. WALES, have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony with the exception of any attached corrections or changes.

*[signature: Mark W. Wales]*
MARK W. WALES

Date: Nov 17, 2004
[ ] No corrections
[X] Correction sheet(s) enclosed

Page 288

REPORTER'S CERTIFICATE

I, John L. Harmonson, R.P.R., Certified Court Reporter in and for the State of Louisiana, do hereby certify that the above-named witness, after having been first duly sworn by me to testify to the truth, did testify as hereinabove set forth;

That the testimony was reported by me in shorthand and transcribed under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding;

That I am not of counsel, not related to counsel or the parties hereto, and not in any way interested in the outcome of this matter.

_____
JOHN L. HARMONSON, R.P.R.,
Certified Court Reporter (#90006)

Deposition of Mark W. Wales, Vol. II / October 6, 2004

**Page 542**

1 impracticality, I have no opinion on that. 17:26
2 All I can tell you is the Fair Housing Act, 17:26
3 the regulations do not require it if you 17:26
4 have that special site condition. And the 17:26
5 guidelines are not a requirement. It's a 17:26
6 way to do something, but it's not a 17:26
7 requirement. 17:26
8     So clearly there are many ways to 17:26
9 do things, just like I've identified through 17:26
10 the units and buildings on the Rose 17:27
11 properties over the last two days. Without 17:27
12 having a specific requirement to follow, 17:27
13 then there are many ways to do that. 17:27
14   Q. So you're not offering an opinion 17:27
15 on what other types of ways there are to 17:27
16 show site impracticability; is that correct? 17:27
17   A. That's correct. 17:27
18   MR. MEYER-FONG: 17:27
19     Thank you, Mr. Wales. 17:27
20     And our positions are noted for 17:27
21 the record. 17:27
22   MR. HANBACK: 17:27
23     And I would request the court 17:27
24 reporter to note the length of time on the 17:27
25 record for each day and total on the 17:27

**Page 543**

1 deposition transcript. 17:27
2
3     (Whereupon, the taking of the
4 deposition was concluded.)

**Page 544**

WITNESS CERTIFICATE

I, MARK W. WALES, have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony with the exception of any attached corrections or changes.

_____
MARK W. WALES

Date: Nov 17, 2004

[ ] No corrections
[X] Correction sheet(s) enclosed

**Page 545**

REPORTER'S CERTIFICATE

I, John L. Harmonson, R.P.R., Certified Court Reporter in and for the State of Louisiana, do hereby certify that the above-named witness, after having been first duly sworn by me to testify to the truth, did testify as hereinabove set forth;

That the testimony was reported by me in shorthand and transcribed under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding;

That I am not of counsel, not related to counsel or the parties hereto, and not in any way interested in the outcome of this matter.

_____
JOHN L. HARMONSON, R.P.R.,
Certified Court Reporter (#90006)