Case 1:10-cv-01866-RJL Document 63-27 Filed 01/14/14 Page 1 of 3

# United States' Exhibit 24

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)



