# United States' Exhibit 25

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)



04 BUILDING A - MASTER PLAN - LEVEL 1
NORTH
COPYRIGHT BY POST PROPERTIES
RTKL
BUILDING "A" MASTER PLAN LEVEL 1
A101
HOUSTON MID-TOWN HOUSING
PHASE 1
HOUSTON, TEXAS
Owner / Developer
POST PROPERTIES, INC.
15851 Dallas Parkway
Suite 855
Dallas, Texas 75248
Architect
RTKL ASSOCIATES INC.
2828 Routh St.
Suite 200
Dallas, Texas 75201
Structural Engineers
BROCKETTE DAVIS DRAKE, INC.
4144 North Central Expressway
Suite 1100
Dallas, Texas 75204
MEP Engineers
BASHARKHAH ENGINEERING, INC.
6500 Greenville Avenue
Suite 525
Dallas, Texas 75206

# HOUSTON MID-TOWN HOUSING

PHASE 1 HOUSTON, TEXAS

| Owner / Developer | Architect | Structural Engineers | MEP Engineers |
|---|---|---|---|
| POST PROPERTIES, INC. | RTKL ASSOCIATES INC. | BROCKETTE DAVIS DRAKE, INC. | BASHARKHAH ENGINEERING, INC. |
| 15851 Dallas Parkway Suite 855 Dallas, Texas 75248 | 2828 Routh St. Suite 200 Dallas, Texas 75201 | 4144 North Central Expressway Suite 1100 Dallas, Texas 75204 | 8500 Greenville Avenue Suite 525 Dallas, Texas 75206 |

# HOUSTON MID-TOWN HOUSING

PHASE 1 HOUSTON, TEXAS

| Owner / Developer | Architect | Structural Engineers | MEP Engineers |
| --- | --- | --- | --- |
| POST PROPERTIES, INC. | RTKL ASSOCIATES INC. | BROCKETTE DAVIS DRAKE, INC. | BASHARKHAH ENGINEERING, INC. |
| 15851 Dallas Parkway Suite 855 Dallas, Texas 75248 | 2828 Routh St. Suite 200 Dallas, Texas 75201 | 4144 North Central Expressway Suite 1100 Dallas, Texas 75204 | 6500 Greenville Avenue Suite 525 Dallas, Texas 75206 |





04 BUILDING A - MASTER PLAN - LEVEL 4

COPYRIGHT BY POST PROPERTIES

RTKL

BUILDING "A" MASTER PLAN LEVEL 4

30
104

# HOUSTON MID-TOWN HOUSING

**PHASE 1** **HOUSTON, TEXAS**

| Owner / Developer | Architect | Structural Engineers | MEP Engineers |
|---|---|---|---|
| POST PROPERTIES, INC. | RTKL ASSOCIATES INC. | BROCKETTE DAVIS DRAKE, INC. | BASHARKHAH ENGINEERING, INC. |
| 15651 Dallas Parkway<br>Suite 655<br>Dallas, Texas 75248 | 2828 Routh St.<br>Suite 200<br>Dallas, Texas 75201 | 4144 North Central Expressway<br>Suite 1100<br>Dallas, Texas 75204 | 6500 Greenville Avenue<br>Suite 625<br>Dallas, Texas 75206 |




04 BUILDING B - MASTER PLAN - LEVEL 1

# HOUSTON MID-TOWN HOUSING

PHASE 1 HOUSTON, TEXAS

| Owner / Developer | Architect | Structural Engineers | MEP Engineers |
|---|---|---|---|
| POST PROPERTIES, INC. | RTKL ASSOCIATES INC. | BROCKETTE DAVIS DRAKE, INC. | BASHARKHAH ENGINEERING, INC. |
| 15051 Dallas Parkway Suite 555 Dallas, Texas 75248 | 2828 Routh St. Suite 200 Dallas, Texas 75201 | 4144 North Central Expressway Suite 1100 Dallas, Texas 75204 | 6500 Greenville Avenue Suite 525 Dallas, Texas 75206 |




# HOUSTON MID-TOWN HOUSING

PHASE 1 HOUSTON, TEXAS

| Owner / Developer | Architect | Structural Engineers | MEP Engineers |
|---|---|---|---|
| POST PROPERTIES, INC. | RTKL ASSOCIATES INC. | BROCKETTE DAVIS DRAKE, INC. | BASHARKHAH ENGINEERING, INC. |
| 15851 Dallas Parkway Suite 655 Dallas, Texas 75248 | 2828 Routh St. Suite 200 Dallas, Texas 75201 | 4144 North Central Expressway Suite 1100 Dallas, Texas 75204 | 8500 Greenville Avenue Suite 525 Dallas, Texas 75206 |







HOUSTON MID-TOWN HOUSING

PHASE 1 HOUSTON, TEXAS

| Owner / Developer | Architect | Structural Engineers | MEP Engineers |
|---|---|---|---|
| POST PROPERTIES, INC. | RTKL ASSOCIATES INC. | BROCKETTE DAVIS DRAKE, INC. | BASHARKHAH ENGINEERING, INC. |
| 15851 Dallas Parkway Suite 855 Dallas, Texas 75248 | 2828 Routh St. Suite 200 Dallas, Texas 75201 | 4144 North Central Expressway Suite 1100 Dallas, Texas 75204 | 8500 Greenville Avenue Suite 525 Dallas, Texas 75206 |

COPYRIGHT BY POST PROPERTIES

RTKL

BUILDING "B"
MASTER PLAN
LEVEL 4

30
204

# HOUSTON MID-TOWN HOUSING

PHASE 1 HOUSTON, TEXAS

| Owner / Developer | Architect | Structural Engineers | MEP Engineers |
| --- | --- | --- | --- |
| POST PROPERTIES, INC. | RTKL ASSOCIATES INC. | BROCKETTE DAVIS DRAKE, INC. | BASHARKHAH ENGINEERING, INC. |
| 15851 Dallas Parkway<br>Suite 655<br>Dallas, Texas 75248 | 2828 Routh St.<br>Suite 200<br>Dallas, Texas 75201 | 4144 North Central Expressway<br>Suite 1100<br>Dallas, Texas 75204 | 6500 Greenville Avenue<br>Suite 525<br>Dallas, Texas 75206 |

04 BUILDING C - MASTER PLAN - LEVEL 1

NORTH

COPYRIGHT BY POST PROPERTIES

RTKL

BUILDING "C" MASTER PLAN LEVEL 1

301

# HOUSTON MID-TOWN HOUSING

PHASE 1 — HOUSTON, TEXAS

| Owner / Developer | Architect | Structural Engineers | MEP Engineers |
|---|---|---|---|
| POST PROPERTIES, INC. | RTKL ASSOCIATES INC. | BROCKETTE DAVIS DRAKE, INC. | BASHARKHAH ENGINEERING, INC. |
| 15851 Dallas Parkway Suite 855 Dallas, Texas 75248 | 2828 Routh St. Suite 200 Dallas, Texas 75201 | 4144 North Central Expressway Suite 1100 Dallas, Texas 75204 | 8500 Greenville Avenue Suite 525 Dallas, Texas 75206 |







# HOUSTON MID-TOWN HOUSING

PHASE 1 HOUSTON, TEXAS

| Owner / Developer | Architect | Structural Engineers | MEP Engineers |
| --- | --- | --- | --- |
| POST PROPERTIES, INC. | RTKL ASSOCIATES INC. | BROCKETTE DAVIS DRAKE, INC. | BASHARKHAH ENGINEERING, INC. |
| 15851 Dallas Parkway Suite 855 Dallas, Texas 75248 | 2828 Routh St. Suite 200 Dallas, Texas 75201 | 4144 North Central Expressway Suite 1100 Dallas, Texas 75204 | 6500 Greenville Avenue Suite 525 Dallas, Texas 75206 |




04 BUILDING C - MASTER PLAN - LEVEL 3

APPROVED FOR BUILDING PERMIT ONLY
CITY OF HOUSTON
CODE ENFORCEMENT DIVISION

AREA 1

AREA 2

# HOUSTON MID-TOWN HOUSING

PHASE 1 — HOUSTON, TEXAS

| Owner / Developer | Architect | Structural Engineers | MEP Engineers |
| --- | --- | --- | --- |
| POST PROPERTIES, INC. | RTKL ASSOCIATES INC. | BROCKETTE DAVIS DRAKE, INC. | BASHARKHAH ENGINEERING, INC. |
| 15851 Dallas Parkway Suite 655 Dallas, Texas 75248 | 2828 Routh St. Suite 200 Dallas, Texas 75201 | 4144 North Central Expressway Suite 1100 Dallas, Texas 75204 | 8500 Greenville Avenue Suite 625 Dallas, Texas 75206 |




# HOUSTON MID-TOWN HOUSING

PHASE 1 HOUSTON, TEXAS

| Owner / Developer | Architect | Structural Engineers | MEP Engineers |
|---|---|---|---|
| POST PROPERTIES, INC. | RTKL ASSOCIATES INC. | BROCKETTE DAVIS DRAKE, INC. | BASHARKHAH ENGINEERING, INC. |
| 15851 Dallas Parkway Suite 855 Dallas, Texas 75248 | 2828 Routh St. Suite 200 Dallas, Texas 75201 | 4144 North Central Expressway Suite 1100 Dallas, Texas 75204 | 8500 Greenville Avenue Suite 525 Dallas, Texas 75206 |