# United States' Exhibit 26

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)

| | | |
|---|---|---|
| | 1111 | vac/mod |
| | 1118 | |
| • | 1131 | |
| | 1136 | |
| • | 1156 | |
| • | 1159 | vacant |
| • | 2101 | |
| • | 2137 | |
| | 2141 | vacant |
| • | 3122 | |
| | 4104 | |
| | 4105 | |
| • | 4130 | |
| | 4140 | |
| | 4155 | |
| • | 1227 | vacant |
| | 1251 | vacant |
| • | 4207 | |
| • | 4211 | |
| • | 4219 | |
| | 4220 | |
| | 4221 | |
| • | 1306 | |
| • | 1307 | vacant |
| | 1308 | |
| | 2327 | |
| • | 4306 | |
| • | 4359 | |
| o | 2500 | |
| o | 2504 | |
| o | 2505 | |
| o | 2514 | |
| | 2516 | |
| o | 2517 | |
| o | 2519 | |
| ✓• | 4401 | construct |
| ✓• | 5415 | construct |
| | 5423 | construct |
| ✓• | 5441 | construct |
| ✓• | 5442 | construct |
| | 7403 | occupied |
| | 7430 | construct |
| | 9434 | construct |
| X• | 9437 | construct |
| | 11413 | construct |
| | 11417 | construct |
| | 13414 | occupied |
| X• | 13415 | construct |
| ✓• | 13422 | construct |
| | 13428 | construct |
| • | 15400 | construct |

D2 no elevator!

condo

MW 01254

MW-D-2535

To Do

Building 1 – go back to balconies on 3rd floor & verify routes to units
Laundry
Pool
Elevator near unit 1156
Fire wall @ mid bldg

Building 2 – Courtyard & fireplace

Common balconies doors locked
Trash chutes
High side – overhead obstr parking to entry
Mailboxes
323 Webster Street entry w/ ramps (midtown lofts)

Building 3 –
entry unit 1307 Webster Street (Baldwin)?
Pool

* Camera Battery & charger *
@ market
11:00 pm close

POST MIDTOWN SQUARE™
Pierce Avenue
The Lofts at Post Midtown Square
2000 Bagby
309 Gray
Gray Avenue
206 Gray
110 Gray
302 Gray
310 Gray
COMMUNITY ROOM
LEASING OFFICE
Gray Commons
POOL
FITNESS CENTER
2110 Baldwin
Baldwin Street
2104 Bagby
Midtown Lofts
2105 Baldwin
Bagby Street
1805 Valentine
Valentine Street
1821 Valentine
215 Webster
205 Webster
303 Webster
323 Webster
Webster Avenue
304 Webster
312 Webster
COMMUNITY ROOM
POOL
Bagby Place
2203 Baldwin
2204 Bagby
2209 Baldwin
2214 Bagby
305 Hadley
315 Hadley
Hadley Street
Post Midtown Square™
Apartment Homes Leasing Office
302 Gray Street
Houston, Texas 77002
713.739.POST
Fax 713.739.7679
www.postproperties.com
Post Corporate Apartments
972.774.3378
1.800.643.POST (7678)
QUALITY SHOWS® at
POST
MIDTOWN SQUARE
NORTH (ASSUMED)
NO ELEVATOR
3rd multi-story units
2nd flat units
1st retail
RISE
A
B
C
D

MW 01272

MW-D-2553

# POST MIDTOWN SQUARE™

Pierce Avenue
The Lofts at Post Midtown Square
2000 Bagby
309 Gray
Gray Avenue
206 Gray
110 Gray
302 Gray
310 Gray
COMMUNITY ROOM
LEASING OFFICE
2104 Bagby
Gray Commons
POOL
2110 Baldwin
Baldwin Street
1805 Valentine
Valentine Street
1821 Valentine
Midtown Lofts
2105 Baldwin
Bagby Street
FITNESS CENTER
215 Webster
205 Webster
303 Webster
323 Webster
Webster Avenue
304 Webster
312 Webster
COMMUNITY ROOM
POOL
Bagby Place
2203 Baldwin
2204 Bagby
2209 Baldwin
2214 Bagby
305 Hadley
315 Hadley
Hadley Street

Post Midtown Square™
Apartment Homes Leasing Office
302 Gray Street
Houston, Texas 77002
713.739.POST
Fax 713.739.7679

*www.postproperties.com*

Post Corporate Apartments
972.774.3378
1.800.643.POST (7678)

QUALITY SHOWS® *at* POST MIDTOWN SQUARE



MW 01274

MW-D-2555

3/31/08

BUILDING 13

PARKING GARAGE

1st @ loading (BALDWIN ST ENTRANCE)

HC PARK SPACE – not VAN ACCESS SIGN

AA S/W

ELEVATOR LOBBY

2105 BALDWIN STR ENTRY (LOFTS)

GATE HINGE DMC 40 1/2 (out) PL fr

6" to MAILBOXED WALL

MAILBOXES 59.7

GATE STAIRS TO COURTYARD fr/ PARKING (STAIR 1)

SLOPE 9.8 IN DMC @ GATE (DRAIN IN CONCR)

COURTYARD w/ FOUNTAIN & FIREPLACE

ENTRY @ STAIR 2

PARKING SPACE VAN ACCESSIBLE AA BUT ONLY

REGULAR SIGN

90 AFF ENTRANCE SIGN

107 AFF BEAMS

PARKING ENTRY (LEVEL 1) STAIR 3

(323 WEBSTER ST)

GATE PL LSC 13 1/2

MAILBOXES 49.7 Letter @ 57 AFF

OUTSIDE RAMP w/ HANDRAILS 8.8 -10.4 RS

for 16 ft long

GATE DMC (in) 1.5 RS for 40" long

Combined slopes < 2% @ level change