# United States' Exhibit 27

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)



BUILDING "D2" LEVEL TWO PLAN

PLAN GENERAL NOTES:

Hp2.
MID-TOWN
HOUSTON
PHASE TWO