# United States' Exhibit 28

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)

1/21/08

# POST PARK AT PHILLIPS PLACE®

## SITE PLAN

432 Enter

CAMERON VALLEY PARKWAY
CAMERON VALLEY PARKWAY
APARTMENTS
APARTMENTS
APARTMENTS OVER RETAIL
APARTMENTS OVER RETAIL
PHILLIPS PLACE COURT
CHARLTON LANE
CAMERON VALLEY PARKWAY
GARDEN TERRACE COURT (PRIVATE)
LAKE
POOL
storage #1

**LEGEND**

Plan A — One Bedroom Garden Residence
Plan 1D — One Bedroom Garden Residence
Plan 1E — One Bedroom Garden Residence
Plan 2A — Two Bedroom Garden Residence
Plan 2B — Two Bedroom Townhome
Plan 3A — Three Bedroom Garden Residence

POST®
PARK AT
PHILLIPS PLACE

**Post Park at Phillips Place Apartment Homes**
4835 Cameron Valley Parkway
Charlotte, North Carolina 28210
Phone 704.553.7603
Fax 704.553.7222

**Post Corporate Apartments**
Phone 704.335.9148

WWW.POSTPROPERTIES.COM

MW 01508

MW-D-2158



LAKE
CAMERON VALLEY PARKWAY
CAMERON VALLEY PARKWAY
APARTMENTS
APARTMENTS
COURTYARD
PRIVATE GATE
TENNIS COURTS
POOL
GARDEN TERRACE COURT (PRIVATE)
URBAN VEGETABLE GARDEN
MAINTENANCE & CARWASH
MAIL HOUSE
PRIVACY GATES
GARAGE
APARTMENTS OVER RETAIL
APARTMENTS OVER RETAIL
PHILLIPS PLACE COURT
CHARLTON LANE
CAMERON VALLEY PARKWAY
FAIRVIEW ROAD
NORTH
POST PARK® AT
PHILLIPS PLACE
4835 Cameron Valley Parkway

MW 01519

MW-D-2169

BUILDING 1 (6910 GARDEN TERRACE

1-(6910 GT)

6932 & 6934 (th) 3/4"
No wheel stops, cars can obstruct path.

MW 01521



MW 01525

MW-D-2175

URBAN VEGETABLE GARDEN
PICNIC AREA
GARDEN TERRACE COURT (PRIVATE
MAINTENANCE & CARWASH
PICNIC AREA
PROPOSED
SLOPE

MW 01527

MW-D-2177



NATURE PATH
MAIL HOUSE
RECYCLING/ TRASH COMPACTOR
POOL
LEASING OFFICE
PICNIC AREA
Conc walk to wood deck COL 3/4" to 1 1/4" (R) (L) Grassy lake

MW 01529

MW-D-2179

CAMERON VALLEY PARKWAY
NATURE PATH
LAKE
+/- 80' cross slopes toward lake
Building 7 Terrace Level

MW 01530

MW-D-2180

1/23/08
BLDG 6 - FIRST FLOOR
BLDG 8

MW 01532

MW-D-2182

CAMERON VALLEY PARKWAY
CAMERON VALLEY PARKWAY
APARTMENTS
MAIL HOUSE
NOTE: ROUTES BLOCKED BY PARKED VEHICLES

NATURE PATH
LAKE
PICNIC AREA
CAMERON VALLEY PARKWAY
1D
2B
3A
2A
1K

MW 01535

MW-D-2185

RON VALLEY PARKWAY
ON VALLEY PARKWAY
APARTMENT
PICNIC AREA NOT
PICNIC AREA
CHARLTON LANE
PRIVACY GATES
Curb Ramp

LAKE
ON VALLEY PARKWAY
RON VALLEY PARKWAY
CHARLTON LANE
PICNIC AREA
2A
3A
1D
1E

MW 01540

MW-D-2190



SLOPES DOWN 14' Stags 1-3
5' Long SW
6.3 X
REAR 4 to 2
6.1/0.8 Stag 1
6.2/0.5 2
5.0/1.6 3
1.8/1.8 4
1.7/0.4
1.0/2.4
2.4/1.6
REAR 2 TOPKG
4.8/1.2
1.0/0.4
1.1/3.6
1.2/2.5
0.2/3.1
3.0/2.3
GRAVEL PATH to PICNIC AREA
OVER CURB & UP ROCKS to
MULTI LEVEL
ENTRY 1 TO AA
0.7/0.8
0.7/2.2
0.1/0.8
1.9/0.5
6.1/0.6
6.6/6.5
BLDG
ENTRY 3 TO AA
0.2/0.1
2.1/0.4
0.1/0.0
0.1/0.4
8.3/1.5
1.6/1.4
for 5' (+/-)
BLDG
NOT PAVED
RAMP 14.2 R
COL OK
COL 1"
COL 1/4"
COL 3/8"
CAL BETW/STAGS (1/2")
0.7/6.3
1.6/6.1
PICNIC AREA
GARAGE
2A
1D
1E
3A
2A
A5
A6
10
11
9
4955
4957
4975
4977
4963
4965
4983
4985
WAY

MW 01542

MW-D-2192



1D
2A
3A
2A
9
GARAGE
11
A5
A6
2A
2A
A5
A6
2A
2A
A6
A5
A6
A5
4948
4946
4944
4906
4904
4902
7 Risers
4 Risers
Bottom Ramp
PICNIC AREA
2A
2A
CHARLTON LANE
12
2A
2A
1D
1E
1D
1E
2A
2A
PRIVACY GATES
GARAGE
TO ENTRY
SIDEWALK
LANDING TOP

MW 01544

MW-D-2194



CHARLTON LANE
PRIVACY GATES
GARAGE
B
A
2A
2A
1E
1D
1B
1B
2A
2A
12
TO ENTRY 1 & 3
TO ENTRY 3
TO ENTRY 2
TO ENTRY 4

MW 01547

MW-D-2197

CAMERON VA
1E
MAIL HOUSE
2A
1D
1D
2A
2A
1E
1E
2A
CAMERON V
PRIVACY GATES
APARTMENTS
HIGHRISE (EAST)
COURTYAR
PRIVAT
GATE

2A
2A
1D
1D
2A
2A
1E
1E
2A
PICNIC AREA
CHARLTON LANE
RON VALLEY PARKWAY
High Rise West
APARTMENTS
PRIVACY GATES
COURTYARD
PRIVATE GATE
APARTMENTS OVER RETAIL
N LANE

MW 01551

MW-D-2201