# United States' Exhibit 29

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)

Property Name: **Post Rocky Point**
Property Address: **3101 N Rocky Point Dr E Tampa FL 33607**
Contact Person: **Chris Fisher**
Phone number: **813-289-3584   cell 404-324-7199**
Office Hours: **M-F 10-6   Sat 10-5   Closed Sunday**

Name of person completing this form: **Chris Fisher**
Phone number: See above

Plans
1. Provide Site Plan-**available on site**
2. Provide Plan for each dwelling unit
Buildings-**Floorplans available on site**
3. No. of Residential buildings on property **44**
4. Type of buildings – Elevatored or walk-up-**all walk-up**
5. How many levels of each building are at grade level (accessible from grade without using stairs) and identify the buildings. **38 are at grade level. 7401 Transom Ct., 7265 Barque, 7501 Transom Cout and 7201 Gennaker are not.**

Routes
6. Number of pedestrian routes into property from public streets & sidewalks. **Three**
7. Are there sidewalks connecting residential buildings to common use amenities on site? **Yes for question #7**

Parking
8. Amenities Parking - Location and number of accessible parking spaces for public and common use areas (amenities) and what they serve (e.g., Leasing office- 1 space, Tennis court- 1 space, swimming pool #1- 2 spaces, swimming pool #2- 0 spaces, etc)
9. Residential Parking - Number of parking spaces and number of accessible parking spaces on site by type - (e.g., Surface parking - 100 total/2 accessible)
   A. Surface
   B. Carport
   C. Detached Garages (subclass – assigned with apartment or available for rent)**90**
   D. Attached Garages (subclass – assigned with apartment or available for rent)**286**
   E. Parking Structure (i.e., multi-story parking garage) Also provide the number of levels where accessible parking is provided. **N/A**

Dwelling Units:
10. List of Unit types, number of each type that is on grade level (accessible from grade without using stairs) or the total number if the building is served by elevators. **Libby sent 21 plans and 5 are not available from grade level.**

MW 01961

MW-D-2742


MW 01962

MW-D-2743



MW 01963

MW-D-2744



MW 02000

MW-D-2781


Case 1:10-cv-01866-RJL Document 63-32 Filed 01/14/14 Page 6 of 9


MW 02002

MW-D-2783



SITE PLAN

2/21/08

UNITS TO INSPECT —
+ 3525 TABERNACLE (model)
+ 8203 DIAMOND KNOT
+ 3415 MARLINSPIKE (model)
+ 7008 BONAVENTURE (model)
+ 7146 BONAVENTURE
+ 3932 SKYSAIL
+ 7410 TRANSOM
+ 3404 MARLINSPIKE
+ 3458 MARLINSPIKE


ALREADY INSPECTED —
- 7243 GENNAKER
- 7247 GENNAKER
- 7138 TRYSAIL
- 3511 HANKED
- 7169 TRYSAIL (SUBSTITUTE FOR 7104)


NOT AVAILABLE TO INSPECT (OCCUPIED & NOT NOTICED) —
- 3442 MARLINSPIKE

- 3119 WINDLASS

MW 02087

MW-D-2868



SITE PLAN