# United States' Exhibit 30

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)



POST07224

MW 00335

MW-D-1772





MW 00344

MW-D-1781



MW 00345

MW-D-1782

5/8/08

(2)

DR HAM SIDE PSH 1 bmc 45 1/2

(B) RAMP BOT  9.7 / 5.2
                    14.0   (1 ft long)
                    8.4
                    8.5
                    10.2  top  (1'6 long)   (5145 / 5147 UNITS)

(Y) GATE PSH LSC  13"1/4
    mail  2 of 10 boxes
    letter 59 APC        parcel 1 of 1

(Z) GATE PSH LSC  13 3/8
    mail  4 of 15 boxes
    letter 59 APC        parcel 1 of 1

MW 00347

MW-D-1784

| PREPARED BY | |
|---|---|
| DATE | 5/8/08 |

③

1. BUILDING 5
2. ELEVATOR & PARKING GARAGE
3. 4 FLOORS

MW 00348

MW-D-1785







MW 00357

MW-D-1794



MW 00370

MW-D-1807

Uptown Village Units

2127 (model) #2 — Bates 6363
3143 #3 — 6364
5145 #5 — 6349
5147 #5 — 6317
4103 #4 sim to 6361

→ Added by Zook
no bates numbers
ask office for plans

1027 ⎫
1059 ⎭ → phase II 1st floor

4305 #4
4304 #4
3103 #3
2147 #2
1301 - tower  (12)  1

✓ 1301
✓ 2127 - model
✓ 2147
tower off ✓ 3103
✓ 3113
Ver (Veron) ✓ 4103 ⎫
         ✓ 4304 ⎬ ELEV
         ✓ 4305 ⎭
✓ 5145
✓ 5147

1027
✓ 1059

MW 00372

MW-D-1809