# United States' Exhibit 31

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)

