# United States' Exhibit 32

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)

2800 Cole Av
52

BLDG A FIRST FLOOR PLAN

POST 177194
CONFIDENTIAL - Subject to Protective Order

