# United States' Exhibit 33

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)



MW 00307

MW-D-2625

