# United States' Exhibit 34

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)

Luminaria

Mail Center (1ˢᵗ Floor)                    10

100% Boxes < 54" AFF

shelf - fold up - ≈ 25" AFF

Mail drop - front desk

Freezer door - 47½ AFF
gap on both ends

Packages - dry cleaning etc -
retrieved from storage by front desk
employee

Roof deck - stairs

MW 00177

MW-D-2352