# United States' Exhibit 35

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)

| Unit Number: | 11 A | Type: | Studio 1b |
|---|---|---|---|
| Variable | Msmnt | Notes | |
| Bathroom 1 | | door swings in / can't shut w/ w/ch | |
| Toilet left | 19 5/8 | revs swing to close door | |
| Toilet right | | | |
| Toilet front | 95 3/8 | folded chair to show sink usability | |
| Sink left | inquire @ 17 3/4 to 2 1/4 salt + 34 more CRS | | |
| Sink right | 3 1 | 18 wing wall 2 1/4 + 4 3/4 past wall | |
| Sink height | 35 | | |
| Kitchen | eff'cncy | kitchen | |
| Width | | | |
| Fridge to barrier | 38 | | |
| Stove to barrier | | | |
| Sink left | | | |
| Sink right | | | |
| Entry | 38 5/8 | | |
| U-shape width | | | |
| Bathroom 2 | | | |
| Toilet left | | | |
| Toilet right | | | |
| Toilet front | | | |
| Sink left | | | |
| Sink right | | | |
| Sink height | | | |
| Thermo height | 57 3/4 | | |
| Entry threshold | | | |
| Patio threshold | | | |