# United States' Exhibit 36

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)

POST VINEYARD

PREPARED BY
DATE 5/7/08
④

FOURTH FLOOR
Ⓑ  5.2/4.7  BOTTOM  (RT SIDE)
    4.6/2.8
    5.0/3.5  TOP     3.5/1.8  DMC (OUT)
FOR READER  10 3/4  REACH @ 43
COC  2'4  IN  5'½  TAR

SKY TERRACE
    UP STAIRS

SHARED ST RAMPS (AR)
    BOT  6.9
         7.4
    TOP  7.8

Ⓐ TO Ⓑ  RAMP  (AR)
    TOP  7.4
         7.9
    BOT  7.9
    TOP  7.9
         (9.0 SW 12)  OA
    BOT  7.6

COLE AVE. ELEV. MISSING HOST #'S

MW 00282

MW-D-1748