# United States' Exhibit 37

*United States v. Post Properties, Inc., et al.*

Civil Action No. 10-1866 (RJL)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:10-CV-01866-RJL |
| ) | Judge Richard J. Leon |
| POST PROPERTIES, INC. ) | |
| POST APARTMENT HOMES, L.P. ) | |
| POST GP HOLDINGS, INC. ) | |
| ) | |
| Defendants. ) | |

## REPORT OF PAUL SHERIFF

1. I am over 18 years old and have personal knowledge regarding the facts contained in this declaration.

2. I am a paraplegic and have used a wheelchair for the past 31 years. I am the founder and President of Paul Sheriff Incorporated, which provides accessibility consulting services to large corporations (*e.g.* owners of multi-family communities and hotels), small companies (restaurants and the like), architects, individuals with disabilities, attorneys, individual business owners, insurance companies, and the federal government. I have been an accessibility consultant since 1991, starting with the Americans with Disabilities Act (ADA). Thereafter, I consulted on Fair Housing Act (FHA) accessibility matters beginning in the early 1990s with the mentorship of other accessibility experts. I founded my accessibility consulting practice in 1993 and have operated it continuously since then.

3. My company offers a wide range of services related to evaluation of accessibility and compliance strategies. I serve as a Special Master, Court Monitor and Arbitrator/Mediator to the United States District Court for District of Hawaii on issues relating to accessibility and compliance with the Fair Housing Act and Americans with Disabilities Act. Among the services

I regularly provide, I conduct "roll-thru" surveys by which I assess property and dwelling unit usability and accessibility. I have analyzed thousands of apartment units, condominiums, hotel rooms, and public spaces at hundreds of different properties -- from Saipan to Boston. I have examined accessibility from all angles, offering comprehensive services such as design drawings, compliance inspections, blueprint reviews, and barrier removal plans. I also provide services concerning spinal cord injury life care and consult with individuals on adaptability of their living spaces following injury.

4. I have been retained by Defendants to provide an expert opinion regarding the roll-thru surveys I have conducted for the properties at issue and the accessibility, usability and adaptability of those properties. I was also previously retained in the portion of this case filed by the Equal Rights Center and asked to determine whether the inspections conducted by ERC provide a true and reliable assessment of whether the properties inspected are accessible and usable under the requirements of the Fair Housing Act and the Americans with Disabilities Act.

5. As part of my assignment, I inspected 31 properties and conducted "roll-thru" surveys during which I assessed the accessibility, usability, and adaptability of the Subject Properties as well as any barriers to accessibility. My written reports are supplemented by property-specific videos of my roll-thru assessments as well as a summary video compiled from various locations.

6. As a professional who regularly evaluates whether a public facility or element of a dwelling unit is accessible to a person with a disability, including individuals who use wheelchairs, I assess whether the fundamental elements of accessibility, usability, and adaptability are present. I utilize the framework set forth in the FHA (*i.e.* the seven requirements of the Act) as the basic scope of my analysis with a focus on features of usability and adaptability.

2

previous 10 years, and a list of all other cases in which I have testified as an expert at trial or by deposition. I note that since the ERC portion of this matter, the United States Department of Justice was unsuccessful in having me excluded as an expert in *United States v. JPI*, NO. 3:09-cv-0412-B (N.D. Tex).

22. The sample base demonstrative exhibit on adaptability that I will be relying upon is attached hereto as Exhibit F.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Dated: July 31, 2013

_____
Paul Sheriff