UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>POST PROPERTIES, INC., *et al.*,<br><br>        Defendants. | Civil Action No. 10-1866 (RJL) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the United States' Motion for Summary Judgment as to Liability for violations of the Fair Housing Act, 42 U.S.C. § 3604(f)(3)(C), and Title III of the Americans with Disabilities Act, 42 U.S.C. § 12183(a)(1), and memorandum and exhibits in support submitted therewith, and the opposition filed thereto by Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, L.P. ("Defendants"), and the entire record herein, it is hereby:

ORDERED that the United States' Motion for Summary Judgment is GRANTED as to Defendants' liability under the FHA and ADA. In particular, the Court finds that there exists no genuine issue of material fact that:

    a.   Defendants have denied rights to persons with disabilities, raising an issue of general public importance, and engaged in a pattern or practice of discrimination by failing to design and construct multi-family properties in a manner that is accessible to persons with disabilities, in violation of the requirements of the Fair Housing Act, 42 U.S.C. §§ 3604(f)(3)(C), 3614(a); and,

- 2 -

      b.  Defendants have discriminated against persons with disabilities, raising an issue of general public importance, and engaged in a pattern or practice of discrimination by failing to design and construct the public use areas in a manner that is accessible to persons with disabilities, in violation of the requirements of Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12183(a)(1), 12188(b)(1)(B); and it is further,

ORDERED that the Defendants shall submit briefing concerning the appropriate remedy arising from this decision within 60 days of this Order and the United States shall have 30 days to respond thereto.

SIGNED:

_____         _____
Date         THE HONORABLE RICHARD J. LEON
       United States District Judge